# EXHIBIT THREE


# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 1 Apr 2008 06:12:15 -0700 (PDT) |
| **From:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Fwd: Referrance acceptance letter |
| **To:** | pcade@fixellawoffices.com |

Note: forwarded message attached.

Like movies? Here's a limited-time offer: Blockbuster Total Access for one month at no cost.

**Forwarded Message**

| | |
|---|---|
| **From:** | "Debbie Fischer" <dfische1@tampabay.rr.com> |
| **To:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Referrance acceptance letter |
| **Date:** | Sun, 4 Nov 2007 20:16:44 -0500 |

**HTML Attachment**

## LLITTLE PEARLS ADOPTION AGENCY, INC.           "ADOPTIONS FOR LIFE"

1135 Pasadena Avenue South Suite 327F
South Pasadena, Florida 33707
727-388-3311 or 1-866-396-6861   Fax 727-388-9673

November 4, 2007

Sean and Lori Boynton
20306 Laarino Loop
Estero, Florida 33928

Dear Sean and Lori,

We are pleased that your application has been approved.
We are very excited for you on your new addition to your family.
We know you wish to adopt baby girl NGBG518, from the Nam Dinh province.

We will be submitting your dossier to the Vietnam Adoption Board and the final decision will be made by them.

To expedite the process of referral please contact us for wire instructions or you can send a cashier check and please fax back to our office the signed adoption agreement. The laws of the State of Florida recognizes signatures as a binding contract.

Application Fee $200.00 Paid on credit card
Agency Fee $7300.00

Yahoo! Mail - barrenbrochovich@yahoo.com
Case 8:10-cv-00671-JSM-TGW   Document 1-3   Filed 03/19/10   Page 3 of 5 PageID 37
Page 2 of 2

½ Country Fees Due  $6000.00
Total Invoice due $13,300.00 . .
Total paid until approval from Ministry of Justice in Vietnam and the balance of the foreign fee will be due $6000.
Total to be paid for the adoption $19,500.00 not including dossier fees and travel, etc.

Welcome to Little Peals Adoption Agency, Inc. and our extended family!


Cordially,

Debra L. Fischer

Case 8:10-cv-00671-JSM-TGW   Document 1-3   Filed 03/19/10   Page 4 of 5 PageID 38

Yahoo! Mail - barienbrochovich@yahoo.com                                                Page 1 of 2

# YAHOO! MAIL

Print - Close Window

**Date:** Tue, 1 Apr 2008 06:10:29 -0700 (PDT)
**From:** "Lori Boynton" <loriboynton@yahoo.com>
**Subject:** Fwd: referral acceptance
**To:** pcade@fixellawoffices.com

Note: forwarded message attached.

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

**Forwarded Message**

**From:** "Debbie Fischer" <dfische1@tampabay.rr.com>
**To:** "Lori Boynton" <loriboynton@yahoo.com>
**Subject:** referral acceptance
**Date:** Mon, 5 Nov 2007 10:21:54 -0500

**HTML Attachment**

# Little Pearls Adoption Agency Inc.
# Referral Acceptance

Referral of _NDBG518
dob_ Sept. 23, 2007_____ residing at Nam Dinh Ophanage, Vietnam has been accepted by _                        Sean  and Lori Boynton                             of       20306 Larino Loop, Estero, Florida 33928
Child's health has been documented as good and hiv negative.  Should child's health change adversely or blood test results are different within the course of the pending adoption then all funds paid is to be transferred to another adoptable child.
All placements must be approved by the Justice Department in Hanoi, Vietnam when adoptive parent's dossier is submitted.

_____          _____
Adoptive Father                                              Date

Case 8:10-cv-00671-JSM-TGW Document 1-3 Filed 03/19/10 Page 5 of 5 PageID 39

Yahoo! Mail - christoforostsichlas@yahoo.com                                      Page 2 of 2

Adoptive Mother                             Date