# EXHIBIT FOUR

# LITTLE PEARLS ADOPTION AGENCY, Inc.

1135 Pasadena Avenue S., Suite #327F
South Pasadena Florida 33707
866-396-6861 / 727-388-3311
Fax: 727-388-9673
www.aangelicchoice.org

## ADOPTION AGREEMENT

This Adoption Agreement ("Agreement") dated for reference the ___9th___ day of ___November___, 20_07_,

BETWEEN:

Little Pearls Adoption Agency, Inc. ("Agency"), having its principal place of business and records office at 1135 Pasadena Avenue S., Suite #327F, South Pasadena, Florida 33707;

AND

___Kevin & Nichole Lucas___, individuals, residing at ___2102 NW Alberta, Bentonville AR 72712___
_____(hereinafter referred to as "Applicant").

**WHEREAS**

The Agency provides adoption services to persons who wish to adopt in various international locations.

Applicant wishes to adopt a child internationally and bring the adopted child back to the United States as a permanent resident, and seeks the aid of the Agency in completing the adoption and post-adoption services. The Agency has agreed to provide the information and assistance necessary to aid Applicant in adopting a child internationally, and immigrating the child to the United States for permanent residence.

**NOW WITNESSETH** that in consideration of the mutual covenants the parties hereto agree as follows:

### A. NATURE OF SERVICES

In consideration of the payments described in the adoption fee Schedule attached hereto as Addendum 1, and incorporated herein, the Agency agrees to:

1. provide informational packets about the adoption program;
2. provide assistance in gathering information and preparing documents for Applicant's dossier;
3. review and check the documents submitted by Applicant, and advise of changes, if needed;
4. assemble documents into a dossier for presentation to adoption officials in the designated country;

1                                                Initial: _HL_
                                                         _NL_

RX Date/Time 02/29/2008 13:18 479-273-3315
Case 8:10-cv-00671-JSM-TGW Document 1-4 Filed 03/19/10 Page 3 of 9 PageID 42 P.005
FEB 29,2008 10:57A Bentonville Copy and Shi 479-273-3315 page 5

5. transfer the dossier to the designated country;
6. translate the dossier and add the translation to the dossier, if needed;
7. present the completed dossier to the adoption officials;
8. receive and send referral from adoption officials to Applicant;
9. act as liaison between adoption officials and Applicant;
10. consult by telephone throughout the process;
11. help coordinate travel and accommodations from United States by our travel agent;
12. help arrange travel to the designated country and help provide a coordinator/escort throughout the trip within the country, and/or arrange for child to be escorted to the United States as more specifically set forth in the Fee Schedule attached hereto; and,
13. such other services as the Agency determines are appropriate and necessary.

## B. ASSUMPTION OF RISK

Applicant understands and agrees that:

14. the amount of time before a child is placed in Applicant's home is dependent on many circumstances beyond the control of the Agency;
15. in many instances the identity and location of the biological parents will be unknown and true information on the medical, genetic and health history of the child and his/her parents will not be available or may be inaccurate;
16. the information received by the Agency has been primarily provided by the orphanage in the designated country, who are often not experts in the fields of psychiatry, health or genetics. Even when medical records can be accessed, there may be differences in translations and terminology, or other reasons that may render a diagnosis inaccurate;
17. no person, agency or doctor can predict with total accuracy whether a child will develop a disability or medical condition as the child grows and matures. Applicant understands that the child may not show evidence of a condition even though the condition may exist. Applicant releases the Agency from all liability, so long as the Agency did not knowingly withhold relevant material information relating to the child's condition from Applicant;
18. because of the incubation period for AIDS and Hepatitis B, children can test false-negative for these diseases, but actually develop the disease later on. Applicant understands the risk exists, is willing to assume the risk, and releases the Agency from all liability should the child develop these diseases, so long as the Agency does not knowingly withhold such relevant material information from Applicant;
19. the adoption of an older child holds the risk of an attachment or bonding disorder, and that, while in most cases the children are able to bond, the Agency cannot guarantee a given child's ability to attach to a new parent; and,
20. in the event hospitalization and/or treatments above and beyond general medical checkups are required for the child during the course of the adoption process, Applicant will cover these medical expenses and will receive a thorough explanation of and receipts for treatments provided.

## C. NO WARRANTIES OR GUARANTEES

The Agency works in full faith that every adoption will be completed, but does not and cannot guarantee that Applicant will be successful adopting a child or that Applicant will be successful in returning to the United States with that child.

The Agency does not warrant or guarantee, and shall not be responsible, for any of the following:

21. the health and safety or well being of the child before or after the adoption;
22. the information about the health and safety or well being of the child provided by adoption officials or orphanage staff;
23. changes or amendments to the regulations, statutes and policies of the country of adoption and/or the United States prior to the completion of the adoption;

2                                                                                      Initial: *[initials]*

RX Date/Time 02/29/2008 15:18
Case 8:10-cv-00671-JSM-TGW   Document 1-4   Filed 03/19/10   Page 4 of 9 PageID 43   P. 006
FEB 29,2008 10:58A Bentonville Copy and Shi   479-273-3315                                page 6

24. that the fees, expenses and disbursements charged by the United States and country of adoption government will not be changed prior to the completion of adoption; or,
25. any medical, disability and travel insurance for Applicant or the adopted child.

### D. APPLICANT'S RISKS, RESPONSIBILITIES, AND INFORMED CONSENT

Applicant covenants and agrees to comply with all statutes, regulations and policies of the United States and the country of adoption and applicable states in the United States and regions and providences in the country of adoption and any other jurisdiction which Applicant and child may pass from the time of their departure from the United States to the return of Applicant and child to the United States.

Applicant agrees NOT to act in a manner that could be construed as discourteous, immoral or insulting towards the United States or adoption country authorities or the Agency staff or which may injure the interests or subsequent facilities of the Agency or any of its employees or consultants. Any such action will be cause for termination of Agreement pursuant to the terms of Section E.

Applicant is aware of the risk in international adoption and agrees to be honest, patient and flexible throughout the adoption process with the Agency and other authorities. Applicant further agrees to make a full and complete disclosure to the Agency of all matters relating to the adoption (marital relationship, health status, etc.) and inform the Agency immediately of any changes during the process.

Applicant is aware of the risk of delays that may occur through international adoption and is aware of the fact that extra costs may be involved if delays occur. Applicant is aware that the Agency is not responsible for extra costs incurred by the families if delays occur and that the Agency does not reimburse families for extra costs incurred, nor does it pay for any travel costs of the families.

Applicant agrees not to pursue another adoption or plan a pregnancy after applying to the Agency for adoption and before the adoption is completed. If an unplanned pregnancy should occur, Applicant will inform the Agency and the Agency will determine whether or not to continue the adoption process.

Applicant further understands that after a child is placed with Applicant, the Agency is not obligated for any replacement if the adoption disrupts at any time, but is willing to make suggestions for a prospective new adoptive family and assist in reporting all changes to the proper officials in the country of origin.

The Agency maintains a policy of non-discrimination. Applicant understands that final approval is made by adoption officials in the designated country and the Agency is not responsible if adoption officials ultimately reject Applicant. Applicant further understands the Agency will not refund fees for the services already provided if Applicant is rejected by officials in the adopting country.

3                                    Initial:

RX Date/Time 02/29/2008 13:18
Case 8:10-cv-00671-JSM-TGW   Document 1-4   Filed 03/19/10   Page 5 of 9 PageID 44   P. 007
FEB 29,2008 10:59A Bentonville Copy and Shi    479-273-3315                                page 7

Applicant understands and agrees all contacts with adoption officials and the orphanage will be made by/or through the Agency. This may be excepted if the Agency gives permission to Applicant in writing.

Applicant shall abide by the advice and process described in the Agency's Adoption Guide and other written materials, as well as the possible changes made by the adoptive country officials or the United States government.

The Agency and Applicant agree that all information provided with respect to the adoption process shall be held in the strictest confidence by both parties, and no information or document shall be released to a third party without the consent of the other. Third parties shall include newspapers, internet and other public media, as well as any other person or organization not authorized to have access to Applicant's information. Applicant understands that the staff of the Agency is mandated by state child abuse laws to report indicated cases of child abuse or neglect to state child welfare authorities.

Applicant agrees to meet all post placement requirements, including a legal re-adoption if necessary, and to fulfill all requirements of the Agency and the country of adoption. All costs relating to the post placement reports are the responsibility of Applicant.

### E. TERMINATION

Applicant may terminate this Agreement at any time, but shall compensate the Agency for all services provided to Applicant to that date. Applicant further understands that the Agency may not be able to recover the adoption dossier after it has been presented to the officials in the designated country of adoption.

The Agency may terminate this Agreement if Applicant's social worker/home study agency cannot recommend the family for a favorable home study. The Agency may also terminate this Agreement at any time if Applicant is found to be: (a) acting in bad faith and/or being non-compliant with the direction and instruction of personnel of the Agency; () presenting him/herself over a period time in an inappropriate manner that indicates placement of a child with Applicant would not be in the best interest of the child. In the unlikely event of termination, Applicant is responsible for payment to the Agency for all services provided to Applicant to that date.

### F. FEES

The Agency's fees relative to each program are set forth in the Fee Schedule attached hereto and incorporated herein. The Agency charges only for services rendered. All fees are non-refundable, all fees are transferable.

### G. GENERAL COVENANTS

This Agreement including these terms and conditions and the Addendums hereto contains the entire agreement of the parties hereto with respect to the subject matter

4                                                                Initial:

Preview                                                                                    Page 1 of 2

**Date:** Monday, November 5, 2007 10:19 AM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** referral acceptance

727-288-1673 - fax

# Little Pearls Adoption Agency Inc.
## Referral Acceptance

Referral of  NDBG510
dob   Sept. 5, 2007                         residing at Nam Dinh Ophanage,
Vietnam has been accepted by _              Kevin and Nichole
Lucas                                       of    3102 NW Alberta,
Bentonville, AR
72712.

Child's health has been documented as good and hiv negative. Should child's health change adversely or blood test results are different within the course of the pending adoption then all funds paid is to be transferred to another adoptable child.

All placements must be approved by the Justice Department in Hanoi, Vietnam when adoptive parent's dossier is submitted.

_____        11-6-07
Adoptive Father                Date

_____        11-6-07

RX Date/Time       02/29/2008 14:18                479 273 3315           P.001
Case 8:10-cv-00671-JSM-TGW   Document 1-4   Filed 03/19/10   Page 7 of 9 PageID 46
FEB 29,2008 10:56A Bentonville Copy and Shi    479-273-3315                page 1



# Bentonville Copy and Ship

*"We're your branch office in Bentonville!"*

902a South Walton Blvd Ste 1
Bentonville, Arkansas 72712
Phone: (479) 273-3987 | Fax: (479) 273-3315
Email: copyandship@aol.com

## FAX COVER PAGE

**Attention:** Jim Fixel

**Company:**

**Phone:**

**Fax:** 377-371-7127

**Number of pages including cover:** 7

**From:** Nichole Lucas

**Company:**

**Phone:** 479.659.3414

**Fax:** (479) 273-3315

**Message:**

I appreciate your time, please
contact me if I can provide you
with any other needed information

Jim Fixel
Nichole Lucas

RX Date/Time 02/29/2008 14:18 479-273-3315 P.002
Case 8:10-cv-00671-JSM-TGW   Document 1-4   Filed 03/19/10   Page 8 of 9 PageID 47
FEB 29,2008 10:56A Bentonville Copy and Shi   479-273-3315                       page 2

Preview	Page 1 of 2

**Date:** Sunday, November 4, 2007 8:51 PM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Referrance acceptance letter

# LLITTLE PEARLS ADOPTION AGENCY, INC.  "ADOPTIONS FOR LIFE"

1135 Pasadena Avenue South Suite 327F

South Pasadena, Florida 33707

727-388-3311 or 1-866-396-6861   Fax 727-388-9673

November 4, 2007

Kevin and Nichole Lucas

3102 NW Alberta

Bentonville, AR 72712

Dear Kevin and Nichole,

We are pleased that your application has been approved.

We are very excited for you on your new addition to your family.

We know you wish to adopt baby girl NGBG510, from the Nam Dinh province.

RX Date/Time 02/29/2008 13:18  Case 8:10-cv-00671-JSM-TGW   Document 1-4   Filed 03/19/10   Page 9 of 9 PageID 48   P. 003
FEB 29,2008 10:56A Bentonville Copy and Shi    479-273-3315                                                  page 3
Preview                                                                                        Page 2 of 2

We will be submitting your dossier to the Vietnam Adoption Board and the final decision will be made by them.

To expedite the process of referral please contact us for wire instructions or you can send a cashier check and please fax back to our office the signed adoption agreement. The laws of the State of Florida recognizes signatures as a binding contract.

Application Fee $200.00 Paid by check

Agency Fee $7300.00 – Discover  (7417 AM)

½ Country Fees Due $6000.00 – Amex + 2.15% (6129.00)

Total Invoice due $13,300.00 . .

Total paid until approval from Ministry of Justice in Vietnam and the balance of the foreign fee will be due $6000.

Total to be paid for the adoption $19,500.00 not including dossier fees and travel, etc.

Welcome to Little Peals Adoption Agency, Inc. and our extended family!

Cordially,

Debra L. Fischer