# EXHIBIT FIVE

Dear Lori,

Thank you for your inquiry into our adoption program from Vietnam. The process time take approximately 4-6 months from the time your dossier is in Vietnam. As far as traveling, both parents must travel for 2-4 weeks, but one parent may leave after 3-4 days and stay until the process if complete. If you are interested in adopting an infant or an older child please request an application. I am sure you have many questions.

Please contact us for detailed information on domestic adoptions and disruptions.

In regards to placing a child with you please know that until your application has been approved and your application fee and agency fee have been paid, your referral will not be put on hold. It is strongly recommended to complete your home study as soon as possible.

We hope that you have found this information helpful and look forward to answering any questions that you have. Please feel free to contact us at 866-396-6861 or visit us at www.aangelsadoption.org.

Sincerely,

Debbie Fischer

Little Pearls Adoption Agency, Inc.