## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SUZANNE & ROBERT CRAIG,  )
SEAN & LORI BOYNTON,  )
SUMMER ELIZANDO,  )
KEVIN & NICHOLE LUCAS,  )
           Plaintiffs,  )
)
v.  )    CASE NO: 8:10-cv-671-T30 TGW
)
LITTLE PEARLS ADOPTION AGENCY, INC.,  )
a Florida for Profit Corporation,  )
DEBBIE FISCHER and RICHARD FEINBERG,  )
individuals, jointly and severally,  )
           Defendants.  )    **SUMMONS IN A CIVIL CASE**
)

TO:    Little Pearls Adoption Agency, Inc.
        c/o Debra L. Fischer, Registered Agent
        8047 Stimie Avenue North
        St. Petersburg, FL 33710-3605
        (727) 381-6000

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(a)(2) or (3) -- you must serve on the Plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiffs or Plaintiffs' attorney, whose name and address are:

        Sean C. Boynton, Esq., Florida Bar No. 728918
        BUSH ROSS, P.A.
        P.O. Box 3913
        Tampa, FL 33601-3913
        (813) 224-9255; (813) 223-9620 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

**SHERYL L. LOESCH**
CLERK OF COURT

Date: MAR 2 2 2010

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SUZANNE & ROBERT CRAIG, <br> SEAN & LORI BOYNTON, <br> SUMMER ELIZANDO, <br> KEVIN & NICHOLE LUCAS, <br>         Plaintiffs, <br><br> v. <br><br> LITTLE PEARLS ADOPTION AGENCY, INC., <br> a Florida for Profit Corporation, <br> DEBBIE FISCHER and RICHARD FEINBERG, <br> individuals, jointly and severally, <br>         Defendants. | CASE NO: 8:10-cv-671-T30 TGW <br><br><br> **SUMMONS IN A CIVIL CASE** |

TO:   Debra L. Fischer, Registered Agent
       8047 Stimie Avenue North
       St. Petersburg, FL 33710-3605
       (727) 381-6000

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(a)(2) or (3) -- you must serve on the Plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiffs or Plaintiffs' attorney, whose name and address are:

        Sean C. Boynton, Esq., Florida Bar No. 728918
        BUSH ROSS, P.A.
        P.O. Box 3913
        Tampa, FL 33601-3913
        (813) 224-9255; (813) 223-9620 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

CLERK OF COURT SHERYL L. LOESCH

MAR 2 2 2010

Date:_____     _____
                                                        Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUZANNE & ROBERT CRAIG,<br>SEAN & LORI BOYNTON,<br>SUMMER ELIZANDO,<br>KEVIN & NICHOLE LUCAS,<br>　　　　　Plaintiffs,<br><br>v.<br><br>LITTLE PEARLS ADOPTION AGENCY, INC.,<br>a Florida for Profit Corporation,<br>DEBBIE FISCHER and RICHARD FEINBERG,<br>individuals, jointly and severally,<br>　　　　　Defendants. | CASE NO: 8:10-cv-671-T30 TGW<br><br><br><br>**SUMMONS IN A CIVIL CASE** |

TO:　Richard Feinberg, Esq.
　　　P.R. Smith Law Group
　　　901 W. Hillsborough Avenue
　　　Tampa, FL  33603

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(a)(2) or (3) -- you must serve on the Plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiffs or Plaintiffs' attorney, whose name and address are:

　　　　　　Sean C. Boynton, Esq., Florida Bar No. 728918
　　　　　　BUSH ROSS, P.A.
　　　　　　P.O. Box 3913
　　　　　　Tampa, FL  33601-3913
　　　　　　(813) 224-9255; (813) 223-9620 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SHERYL L. LOESCH
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: MAR 2 2 2010　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk