UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUZANNE CRAIG, et al.,**

    **Plaintiffs,**

v.                                                   Case No. **8:10-cv-671-T-30TGW**

**LITTLE PEARLS ADOPTION AGENCY,
INC., et al.,**

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. Defendant Richard Feinberg filed a Motion to Dismiss Plaintiffs' Complaint (Dkt. #4) on April 13, 2010. A review of the file reveals that Plaintiffs have failed to timely respond to said Motion as permitted by Local Rule 3.01(b). Plaintiffs shall file a response to said Motion **within eleven (11) days** of the date of this Order or shall **SHOW CAUSE in writing within eleven (11) days** of this Order why the Court should not consider said Motion without a response by Plaintiffs.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2010\10-cv-671.sco.no response to MTD.wpd