**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SUZANNE CRAIG, et al.,

    Plaintiff(s),

v.                                          CASE NO:  8:10-cv-671-T-30TGW

LITTLE PEARLS ADOPTION
AGENCY, INC., et al.,

    Defendant(s).
_____/

## ORDER

    THIS CAUSE comes before the Court *sua sponte*.  On July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF.  Extensive notice of this conversion was provided via the Middle District of Florida's web-page, announcements, and numerous mailings.  In addition, CM/ECF training sessions were offered by the Court's administrative staff.  As such, **all attorneys appearing before this Court must use the CM/ECF docket system in all actions pending before this Court.**

    Counsel are directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where they can request their password from the Court.  Counsel are also encouraged to sign up for the training class offered by the Clerk's Office which can also be accessed at the same website under "Training."

    **SEAN C. BOYNTON** is currently not utilizing the CM/ECF system to file and receive Court documents.  Counsel is/are directed to sign up for CM/ECF, and after signing

up for CM/ECF, they must enter an e-mail address at which they will receive all Court filings.[1]

It is therefore ORDERED AND ADJUDGED that:

1. Said counsel is/are directed to sign up for CM/ECF and enter their e-mail addresses in their CM/ECF accounts **within twenty (20) days of the date of this Order**.

2. After signing up for CM/ECF and registering their e-mail address, counsel is/are directed to electronically file a Notice of Compliance with this Court's Order.

3. The Clerk is directed to stop sending paper copies to the above-referenced attorney(s) after sending this Order.

4. Attorneys may seek permission from the Court for relief from this Order upon a showing of good cause.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-671.ecf comply.wpd*

---

[1] To register an e-mail address, one must go into CM/ECF, click on the "Utilities" tab on the top of the screen, then click on the "Maintain Your Account" link, then click on the "E-Mail information" tab, and then enter the e-mail address in the space provided.