**UNITED STATES FEDERAL DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA**

**SUZANNE CRAIG, et al**   Hon. **JAMES S. MOODY, JR.**

    **Plaintiffs,**   Case No. **10-CV-00671 –JSM-TGW**

**v.**

**LITTLE PEARLS ADOPTION
AGENCY, INC., et al.**

    **Defendants.**

**VERIFIED MOTION TO APPEAR PRO HAC VICE**

Plaintiffs respectfully request that the Court admit the undersigned to represent them in this action, as co-counsel along with Sean Boynton, Esq.

As grounds for this Motion, the Plaintiffs would show the following regarding Joni M. Fixel:

1.    She is a member of good standing and is admitted to practice in the United States District Court – Eastern District of Michigan, United States District Court – Western District of Michigan, United States Bankruptcy Court – Western District of Michigan, United States District Court – Eastern District Pennsylvania (admitted pro hac vice) and United States District Court of Maryland (admitted pro hac vice), 6th Circuit Court of Appeals and the United States Supreme Court.

2.    She has not been disciplined in any manner by any jurisdiction and is not the subject of any disciplinary proceeding.

3.    Joni M. Fixel is a member in good standing with the Michigan Bar Number, P56712 whose Address is 4084 Okemos Rd., Ste B, Okemos, MI  48864.

4.    Service of this verified motion will be made upon all counsel of record.

5.    This motion is verified by her by her signature following the jurat below.

In further support of this verified motion, it is hereby designated that Sean Boynton, Esquire, a member of the bar of this Court maintains an office in this District for the practice of law.  He is a person to whom the Court and counsel may readily communicate and upon papers may be served.

Under penalties of perjury I declare that I have read the foregoing motion and the facts stated in it are true.

Dated:  5/10/10                                             s/ Joni M. Fixel                  
                                                                                                        Joni M. Fixel

## **CONSENT TO DESIGNATION**

I hereby consent to the foregoing designation.

Dated:  5/12/10                                                                     s/ Sean C. Boynton              
                                                                                        Sean C. Boynton Esq.
                                                                                        Bush Ross, P.A.
                                                                                        1801 North Highland Avenue
                                                                                        Tampa, Florida 33602
                                                                                        (813) 204-6494 [Phone]
                                                                                        (813) 223-9620 [Fax]
                                                                                        sboynton@bushross.com

**CERTIFICATE OF COMPLIANCE WITH THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT OF
FLORIDA RULE NO.3.01(g)**

Undersigned counsel states that the parties in the above-referenced matter have conferred and consented to the Motion for Pro Hac Vice of Joni M. Fixel.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2010, I electronically filed with the Clerk of Court using the CM/ECG system which will send notification of such filing to the counsel of record.

    s/ Sean C. Boynton

Sean C. Boynton Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, Florida 33602
(813) 204-6494 [Phone]
(813) 223-9620 [Fax]
sboynton@bushross.com

**UNITED STATES FEDERAL DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA**

**SUZANNE CRAIG, et al**     Hon. **JAMES S. MOODY, JR.**

    **Plaintiffs,**     Case No. **10-CV-00671 –JSM-TGW**

**v.**

**LITTLE PEARLS ADOPTION
AGENCY, INC., et al.**

    **Defendants.**

---

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE has come before the Court to consider Plaintiff Suzanne Craig, et al's Verified Motion for Pro Hac Vice admission of Joni M. Fixel, in the above-styled case. For good cause shown, it is hereby:

**ORDERED** that Joni M. Fixel, Fixel Law Offices, PLLC, 4084 Okemos Rd., Ste B Okemos, MI 48864 be admitted pro hac vice for the purposes of serving as counsel of record in this action for the Defendants.

**DONE AND ORDERED** this ____ day of _____, 2010.

                                                  _____
                                                U.S. DISTRICT JUDGE
                                                Middle District of Florida