# UNITED STATES FEDERAL DISTRICT COURT
# IN THE MIDDLE DISTRICT COURT OF FLORIDA

| | |
|---|---|
| **SUZANNE & ROBERT CRAIG,** ) <br> **SEAN & LORI BOYNTON,** ) <br> **SUMMER ELIZANDO,** ) <br> **KEVIN & NICHOLE LUCAS,** ) <br> Individuals, ) <br>  ) <br> Plaintiffs ) <br>  ) <br> v. ) <br>  ) <br> **LITTLE PEARLS ADOPTION** ) <br> **AGENCY, INC.** ) <br> a Florida For-Profit Corporation ) <br> **DEBBIE FISCHER,** ) <br> and **RICHARD FEINBERG,** ) <br> Individuals, ) <br> **Jointly and Severally** ) <br> Defendants ) <br>  ) <br>  ) <br>  ) | Hon.: JAMES S. MOODY, JR. <br><br> Case No.: 10-cv-671-T30 TGW |

Sean C. Boynton Esq.  
1801 North Highland Avenue  
Tampa, Florida 33602  
Attorney for Plaintiffs  
(813) 204-6494 [Phone]  
(813) 223-9620 [Fax]  
sboynton@bushross.com  

Jonathan B. Sbar (131016)  
Robert L. Rocke  (710342)  
Rocke, Mclean & Sbar, PA  
Attorneys for Defendant Feinberg  
2309 S. MacDill Avenue  
Tampa, FL 33602  
(813) 769-5600 (Phone)  
(813) 769-5601 (Fax)  
jsbar@rmslegal.com

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOTION TO DISMISS

Plaintiffs, by and through undersigned counsel, file this Motion for Extension of Time to respond to Defendant Richard Feinberg's Motion to Dismiss and in support of said Motion, state:

1. Plaintiffs are awaiting a court order on a Motion for Pro Hac Vice to Joni Fixel as attorney in this case.

2. Joni Fixel is to be lead counsel on the case as Sean C. Boynton is a plantiff.

3. All parties have worked diligently but have been unable to obtain the order admiting Joni Fixel prior to the expiration of the Order to Show Cause.

4. Plaintiff's counsel therefore requests an additional two (2) weeks to complete the settlement of the case and enter the appropriate dismissal to the Court.

5. Counsel for Defendant Richard Feinberg has agreed to the two week extension.

WHEREFORE, Plaintiff requests the Court to grant the parties an extension of two (2) weeks time respond to Defendant Richard Feinberg's Motion to Dismiss for the reasons stated above.

Respectfully Submitted,

Dated: May 18, 2010

 s/ Sean C. Boynton
Sean C. Boynton, Esquire
Florida Bar No.: 728918

        sboynton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Telephone No.: (813) 204-6492
Facsimile No.: (813) 223-9620

### CERTIFICATION

I hereby certify that I, Sean C. Boynton, conferred with opposing counsel and that counsel agreed to the two week extension.

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation to all ECF participants. I certify that a copy of the same was placed in the U.S. mail receptacle, post pre-paid for all non-ECF participants.

Respectfully Submitted,

Dated: May 18, 2010

          s/ Sean C. Boynton
Sean C. Boynton, Esquire
Florida Bar No.: 728918
sboynton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Telephone No.: (813) 204-6492
Facsimile No.: (813) 223-9620