# UNITED STATES FEDERAL DISTRICT COURT
# IN THE MIDDLE DISTRICT COURT OF FLORIDA

| | |
|---|---|
| **SUZANNE & ROBERT CRAIG,** ) | Hon.: JAMES S. MOODY, JR. |
| **SEAN & LORI BOYNTON,** ) | |
| **SUMMER ELIZANDO,** ) | Case No.: 10-cv-671-T30 TGW |
| **KEVIN & NICHOLE LUCAS,** ) | |
| Individuals, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| **LITTLE PEARLS ADOPTION** ) | |
| **AGENCY, INC.** ) | |
| a Florida For-Profit Corporation ) | |
| **DEBBIE FISCHER,** ) | |
| and **RICHARD FEINBERG,** ) | |
| Individuals, ) | |
| **Jointly and Severally** ) | |
| Defendants ) | |
| ) | |
| ) | |
| ) | |

Sean C. Boynton Esq.  
1801 North Highland Avenue  
Tampa, Florida 33602  
Attorney for Plaintiffs  
(813) 204-6494 [Phone]  
(813) 223-9620 [Fax]  
sboynton@bushross.com  

Jonathan B. Sbar (131016)  
Robert L. Rocke  (710342)  
Rocke, Mclean & Sbar, PA  
Attorneys for Defendant Feinberg  
2309 S. MacDill Avenue  
Tampa, FL 33602  
(813) 769-5600           (Phone)  
(813) 769-5601           (Fax)  
jsbar@rmslegal.com

## MOTION TO WITHDRAW

Sean C. Boynton of Bush Ross, P.A., counsel for Plaintiffs, respectfully moves this Court for an order permitting Sean C. Boynton, Bush Ross, P.A. and its attorneys to withdraw from their representation of Plaintiffs in this matter.

As grounds for this motion, Sean C. Boynton states as follows:

1.  Joni Fixel has been admitted to serve as counsel for Plaintiff's in this case..

2.  The withdrawal of Sean C. Boynton will not delay the case and will not prejudice any Plaintiff or Defendant.

3.  Sean C. Boynton is also a Plaintiff in the case, and requests that the Court enter an Order permitting Sean C. Boynton and Bush Ross, P.A. and its attorneys to withdraw from their representation of the Plaintiffs in the above-styled action;

WHEREFORE, Sean C. Boynton, counsel to Plaintiffs, request that the Court grant this motion.

Respectfully Submitted,

Dated: May 19, 2010

  s/ Sean C. Boynton
Sean C. Boynton, Esquire
Florida Bar No.: 728918
sboynton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913

Tampa, FL 33601<br>
Telephone No.: (813) 204-6492<br>
Facsimile No.: (813) 223-9620

## CERTIFICATION

I hereby certify that I, Sean C. Boynton, conferred with opposing counsel and that counsel has no objection to the relief requested in the motion.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation to all ECF participants. I certify that a copy of the same was placed in the U.S. mail receptacle, post pre-paid for all non-ECF participants.

Respectfully Submitted,

Dated: May 19, 2010

 s/ Sean C. Boynton
Sean C. Boynton, Esquire
Florida Bar No.: 728918
sboynton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Telephone No.: (813) 204-6492
Facsimile No.: (813) 223-9620

636025.1