**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SUZANNE CRAIG, et al.,**

    **Plaintiffs,**

v.	Case No.  8:10-cv-671-T-30TGW

**LITTLE PEARLS ADOPTION AGENCY,**
**INC., et al.,**

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. A review of the file reveals that Plantiffs' Attorney, Joni Fixel, has not been admitted pro hac vice due to her failure to pay the filing fee. Because she is not admitted to the Middle District, Ms. Fixel has improperly filed a Response in Opposition to the Motion to Dismiss (Dkt. 9). The Court also notes that Plaintiffs' local counsel, Sean C. Boynton, has moved to withdraw as counsel of record in this action. Ms. Fixel cannot be admitted pro hac vice without local counsel.

It is therefore ORDERED AND ADJUDGED that within **eleven (11) days** of this order, Joni Fixel shall show cause why the Response in Opposition to the Motion to Dismiss (Dkt. 9) should not be stricken for her failure to be admitted as counsel of record.

**DONE** and **ORDERED** in Tampa, Florida on May 26, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-671.sco.strike response.frm