# UNITED STATES FEDERAL DISTRICT COURT
# IN THE MIDDLE DISTRICT COURT OF FLORIDA

| | |
|---|---|
| **SUZANNE & ROBERT CRAIG,** ) <br> **SEAN & LORI BOYNTON,** ) <br> **SUMMER ELIZANDO,** ) <br> **KEVIN & NICHOLE LUCAS,** ) <br> Individuals, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> **LITTLE PEARLS ADOPTION** ) <br> **AGENCY, INC.** ) <br> a Florida For-Profit Corporation ) <br> **DEBBIE FISCHER,** ) <br> and **RICHARD FEINBERG,** ) <br> Individuals, ) <br> **Jointly and Severally** ) <br> Defendants ) <br> ) <br> ) <br> ) | Hon.: JAMES S. MOODY, JR. <br><br> Case No.: 10-cv-671-T30 TGW |

Sean C. Boynton Esq.
1801 North Highland Avenue
Tampa, Florida 33602
Attorney for Plaintiffs
(813) 204-6494 [Phone]
(813) 223-9620 [Fax]
sboynton@bushross.com

Jonathan B. Sbar (131016)
Robert L. Rocke  (710342)
Rocke, Mclean & Sbar, PA
Attorneys for Defendant Feinberg
2309 S. MacDill Avenue
Tampa, FL 33602
(813) 769-5600          (Phone)
(813) 769-5601          (Fax)
jsbar@rmslegal.com

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW

Sean C. Boynton., counsel for Plaintiffs hereby withdraws the Motion to Withdraw from representation of Plaintiffs filed in this matter.

Respectfully Submitted,

Dated: May 28, 2010

 s/ Sean C. Boynton
Sean C. Boynton, Esquire
Florida Bar No.: 728918
sboynton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Telephone No.: (813) 204-6492
Facsimile No.: (813) 223-9620

## CERTIFICATION

I hereby certify that I, Sean C. Boynton, conferred with opposing counsel and that counsel has no objection to the relief requested in the motion.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation to all ECF participants. I certify that a copy of the same was placed in the U.S. mail receptacle, post pre-paid for all non-ECF participants.

Respectfully Submitted,

|  |  |
|---|---|
| Dated: <u>May 28, 2010</u> | <u>  s/ Sean C. Boynton</u><br>Sean C. Boynton, Esquire<br>Florida Bar No.: 728918<br>sboynton@bushross.com<br>BUSH ROSS, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601<br>Telephone No.: (813) 204-6492<br>Facsimile No.: (813) 223-9620 |

636025.1