UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE CRAIG, et al.,

    Plaintiffs,

v.                                            CASE NO. 8:10-CV-671-T-30TGW

LITTLE PEARLS ADOPTION
AGENCY, INC., et al.,

    Defendants.

---

## ORDER

THIS CAUSE came on for consideration upon the Motion for Counsel to Appear *Pro Hac Vice* on Behalf of the Plaintiffs (Doc. 7). The attorney has complied with Local Rule 2.02.

It is, therefore, upon consideration

ORDERED:

That the Motion for Counsel to Appear *Pro Hac Vice* on Behalf of the Plaintiffs (Doc. 7) be, and the same is hereby, **GRANTED**. Accordingly, attorney Joni M. Fixel is admitted to appear in this matter *pro hac vice*.

DONE and ORDERED at Tampa, Florida, this 28th day of May, 2009.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2