UNITED STATES FEDERAL DISTRICT COURT
IN THE MIDDLE DISTRICT COURT OF FLORIDA

| | |
|---|---|
| SUZANNE & ROBERT CRAIG,<br>SEAN & LORI BOYNTON,<br>SUMMER ELIZANDO,<br>KEVIN & NICHOLE LUCAS,<br>Individuals,<br><br>          Plaintiffs<br><br>v.<br><br>**LITTLE PEARLS ADOPTION<br>AGENCY, INC.**<br>a Florida For-Profit Corporation<br>**DEBBIE FISCHER,**<br>**and RICHARD FEINBERG,**<br>Individuals,<br>**Jointly and Severally**<br>          Defendants | Hon.: JAMES S. MOODY, JR.<br><br>Case No.: 10-cv-671-T30 TGW |

| | |
|---|---|
| Joni M. Fixel (P56712)<br>Fixel Law Offices, PLLC<br>Admitted Pro Hac Vice<br>Attorney for Plaintiffs<br>4084 Okemos Rd., Ste B<br>Okemos, MI  48864<br>(517) 332-3390 [Phone]<br>(517) 853-0434 [Fax]<br>Jfixel@fixellawoffices.com | Jonathan B. Sbar (131016)<br>Robert L. Rocke  (710342)<br>Rocke, Mclean & Sbar, PA<br>Attorneys for Defendant Feinberg<br>2309 S. MacDille Avenue<br>Tampa, FL 33602<br>(813) 769-5600 (Phone)<br>(813) 769-5601 (Fax)<br>jsbar@rmslegal.com |

**RESPONSE TO SHOW CAUSE ORDER**

1. On or about April 23, 2010, an application for Special Appearance was sent to this Honorable Court with the filing fees of $10.00.

2. On April 29, 2010, the Court presented the applicant's bank with the check. **(See Exhibit A).**

3. Applicant called the ECF help line to inquire whether she would need to apply for a new ECF number and was told that once she was admitted by the court, she would be placed on the current ECF system under the number she currently holds. No ECF notices would be sent to applicant until she was admitted by the court.

4. On May 18, 2010, applicant received Docket number [8] via the ECF system. **(See Exhibit B)** At that time, applicant went on line to the Case number and double checked that she was listed as an attorney for the Plaintiffs. She was.

5. The following day, the Response to Defendant's Motion to Dismiss was uploaded Docket number [9] under the incorrect assumption that the Motion for Pro Hac Vice had been granted.

6. Subsequent to that filing, Local Counsel had entered a Motion to withdraw as counsel. That Motion has been withdrawn. **(See Exhibit C)**

7. Applicant's Motion for Pro Hac Vice was granted. **(See Exhibit D)**

8. Applicant at no time would intentionally violate the Federal or Local Court rules and respectfully regrets uploading the Response prematurely and prays that this honorable court will accept the filing as submitted.

Respectfully submitted

Dated: June 3, 2010

/s/ Joni M. Fixel_____
Joni M. Fixel

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation to all ECF participants. I certify that a copy of the same was placed in the U.S. mail receptacle, post pre-paid for all non-ECF participants.

                Respectfully submitted,

Dated:  June 3, 2010         /s/  Joni M. Fixel_____
                Joni M. Fixel
                Attorney for Plaintiffs
                Admitted Pro Hac Vice
                4084 Okemos Rd., Ste B
                Okemos, MI  48864
                Telephone No.: (517) 332-3390
                Fax No.: (517) 853-0434
                jfixel@fixellawoffices.com