# EXHIBIT A

Contact   Policies/Agreement   Logout



# CAPITOL
## NATIONAL BANK

| Online Banking | Bill Pay | e-Statements | Options | | |
|---|---|---|---|---|---|
| Accounts | Transactions | Transfers | Stop Payments | | Statements |
| Current Transactions | Download | Search | | | |

Capitol National Bank-Main
200 Washington Square North, Lansing, MI 48933
Phone:517-316-0180 Fax:517-374-2559

View Check Image   ?

```
$55.25

FIXEL LAW OFFICES, PLLC              CAPITOL NATIONAL BANK         2774
4990 Northwind Drive, Suite 121      LANSING, MI 48901
East Lansing, MI 48823               74-1315/724
(517) 332-3390
                                                               4/23/2010

PAY TO THE
ORDER OF  Clerk, US District Court                         $ **10.00

Ten and 00/100**********************************************  DOLLARS

          Clerk, US District Court


#2774#                                                    Special Appearance - Middle District Florida US Dist

#002774#  #072113450#:  305-049 7#                      #000001000#
```

Flip  Rotate  Return

FDIC  EQUAL HOUSING LENDER

Presented 4/29/2010

Contact    Policies/Agreement    Logout



| Online Banking | Bill Pay | e-Statements | Options | | |
|---|---|---|---|---|---|
| Accounts | Transactions | Transfers | Stop Payments | | Statements |
| Current Transactions | Download | Search | | | |

Capitol National Bank-Main
200 Washington Square North, Lansing, MI 48933
Phone:517-316-0180 Fax:517-374-2559

**View Check Image**    ?

