# EXHIBIT B

## Joni Fixel

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Tuesday, May 18, 2010 6:13 PM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 8:10-cv-00671-JSM-TGW Craig et al v. Little Pearls Adoption Agency, Inc. et al Motion for extension of time to file response/reply |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered by Boynton, Sean on 5/18/2010 at 6:13 PM EDT and filed on 5/18/2010

| | |
|---|---|
| **Case Name:** | Craig et al v. Little Pearls Adoption Agency, Inc. et al |
| **Case Number:** | 8:10-cv-00671-JSM-TGW |
| **Filer:** | Kevin Lucas |
| | Robert Craig |
| | Suzanne Craig |
| | Sean Boynton |
| | Boynton Lori |
| | Summer Elizando |
| | Nichole Lucas |

**Document Number:** 8

**Docket Text:**
**First MOTION for extension of time to file response/reply by Sean Boynton, Robert Craig, Suzanne Craig, Summer Elizando, Boynton Lori, Kevin Lucas, Nichole Lucas. (Boynton, Sean) Motions referred to Magistrate Judge Thomas G. Wilson.**


**8:10-cv-00671-JSM-TGW Notice has been electronically mailed to:**

Jonathan B. Sbar    jsbar@rmslegal.com, mtungate@rmslegal.com

Joni Fixel    jfixel@fixellawoffices.com, jkeddle@fixellawoffices.com

Sean C. Boynton    sboynton@bushross.com

1

**8:10-cv-00671-JSM-TGW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=5/18/2010] [FileNumber=7672238-0
] [93b5ae517969568c9a2d24a4d9b55e502e3d6ae1cf9c5848be13cc1170b424674c8
891f72376fbc6c3e80e47536a1a3483c4670674493cdc75810a733e39fbb1]]