# EXHIBIT C

UNITED STATES FEDERAL DISTRICT COURT
IN THE MIDDLE DISTRICT COURT OF FLORIDA

| | |
|---|---|
| SUZANNE & ROBERT CRAIG, <br> SEAN & LORI BOYNTON, <br> SUMMER ELIZANDO, <br> KEVIN & NICHOLE LUCAS, <br> Individuals, <br><br> Plaintiffs <br><br> v. <br><br> **LITTLE PEARLS ADOPTION AGENCY, INC.** <br> a Florida For-Profit Corporation <br> **DEBBIE FISCHER,** <br> and **RICHARD FEINBERG,** <br> Individuals, <br> **Jointly and Severally** <br> Defendants | Hon.: JAMES S. MOODY, JR. <br><br> Case No.: 10-cv-671-T30 TGW |

Sean C. Boynton Esq.
1801 North Highland Avenue
Tampa, Florida 33602
Attorney for Plaintiffs
(813) 204-6494 [Phone]
(813) 223-9620 [Fax]
sboynton@bushross.com

Jonathan B. Sbar (131016)
Robert L. Rocke (710342)
Rocke, Mclean & Sbar, PA
Attorneys for Defendant Feinberg
2309 S. MacDill Avenue
Tampa, FL 33602
(813) 769-5600      (Phone)
(813) 769-5601      (Fax)
jsbar@rmslegal.com

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW

Sean C. Boynton., counsel for Plaintiffs hereby withdraws the Motion to Withdraw from representation of Plaintiffs filed in this matter.

Respectfully Submitted,

Dated: May 28, 2010

s/ Sean C. Boynton
Sean C. Boynton, Esquire
Florida Bar No.: 728918
sboynton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Telephone No.: (813) 204-6492
Facsimile No.: (813) 223-9620

## CERTIFICATION

I hereby certify that I, Sean C. Boynton, conferred with opposing counsel and that counsel has no objection to the relief requested in the motion.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation to all ECF participants. I certify that a copy of the same was placed in the U.S. mail receptacle, post pre-paid for all non-ECF participants.

Respectfully Submitted,

Dated: May 28, 2010

/s/ Sean C. Boynton
Sean C. Boynton, Esquire
Florida Bar No.: 728918
sboynton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Telephone No.: (813) 204-6492
Facsimile No.: (813) 223-9620

636025.1