**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SUZANNE CRAIG, et al.,**

    **Plaintiffs,**

v.                                                       Case No.  8:10-cv-671-T-30TGW

**LITTLE PEARLS ADOPTION AGENCY,**
**INC., et al.,**

    **Defendants.**
_____/

**ORDER TO SHOW CAUSE**

A review of the file shows that no Case Management Report has been filed by the parties within the time proscribed in Local Rule 3.05.

Accordingly, it is **ORDERED AND ADJUDGED** that the Plaintiff(s) shall **within eleven (11) days of the date of this Order SHOW CAUSE, in writing,** why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05.  **Failure to do so shall result in this action being dismissed without further notice.**

**DONE** and **ORDERED** in Tampa, Florida on October 5, 2010.

                                                     JAMES S. MOODY, JR.
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-671.osc cmr.frm