UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUZANNE CRAIG, et al.,**

    Plaintiffs,

v.                         Case No. 8:10-cv-671-T-30TGW

**LITTLE PEARLS ADOPTION AGENCY, INC., et al.,**

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court *sua sponte*. A review of the file reveals that the Plaintiffs have failed to serve Defendants LITTLE PEARLS ADOPTION AGENCY, INC. and DEBBIE FISCHER, jointly and severally, within the time permitted by Rule 4(m), Fed. R. Civ. P.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs shall **within eleven (11) days** from the date of this Order **show cause, in writing**, why this action should not be dismissed for lack of service as to these two (2) Defendants. **Failure to show cause shall result in this action being dismissed as to these two (2) Defendants without further notice.**

DONE and ORDERED in Tampa, Florida on October 12, 2010.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record