*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit B

Adopted Children Immigrant Visa Unit - Hanoi, Vietnam

Page 1 of 3

 

EMBASSY OF THE UNITED STATES
**HANOI · VIETNAM**

U.S. DEPARTMENT of STATE

enter keyword   SEARCH

Embassy   U.S. Citizen Services   Visas to the U.S.   U.S. Policy & Issues   Resources   Tiếng Việt

You Are In: Home > Visas to the U.S. > Adopted Children Immigrant Visa

- ▸ Non-Immigrant Visas
- ▾ **Adopted Children Immigrant Visa**
  - Important Notices
  - Adoption Procedures
  - Filing Your I-600
  - Applying for an Immigrant Visa
  - Reference Documents
  - Forms
  - Frequently Asked Questions
  - Useful Links
  - Contact Us
- ▸ Immigrant Visas
- ▸ People Ineligible to Receive Visas
- ▸ Visa Free Travel
- ▸ Other Useful Links
- ▸ American and Vietnamese Holidays

## ADOPTED CHILDREN IMMIGRANT VISA UNIT

### ADOPTION AGENCIES LICENSED IN VIETNAM

This listing includes all American Adoption Agencies currently licensed by the Government of Vietnam's Department of International Adoptions (DIA). DIA advises that prospective adoptive parents should deal with these agencies only. Prospective parents should make sure the agency chosen is licensed in the province from which you desire to adopt.

1. **A.D.O.P.P.T Inc.:** Phu Tho, Hung Yen, Ho Chi Minh City
2. **Adopt International:** Ben Tre
3. **Adoption Center of Washington:** Binh Thuan, Binh Duong
4. **Adoption from the Heart:** Ho Chi Minh City
5. **Adoptions International Inc.:** Ho Chi Minh City, Binh Duong
6. **Adoptions Together, Inc.:** Hoa Binh, Thanh Hoa
7. **Alliance for Children:** Thua Thien Hue
8. **Americans for International Aids and Adoptions:** An Giang
9. **Asian Children's Services and Vietnam Humanitarian Corp:** Ha Tinh, Bac Ninh, Bac Giang, Thai Binh
10. **Carolina Adoption Services:** Tuyen Quang, Phu Tho, Quang Ninh, Da Nang, Quang Nam, Yen Bai
11. **Children's Home Society and Family Services (CHSFS):** Phu Tho, Ben Tre, Binh Thuan, Vinh Long
12. **Children's Hope International:** Ho Chi Minh City, Kien Giang, Vinh Long
13. **Children's House International:** Ho Chi Minh City, Phu Tho, Binh

Page Tools:
📇 Print this article

Duong
14. **Commonwealth Adoption International:** Da Nang, Quang Nam, Bac Giang
15. **Crossroads Adoption Services:** Hanoi, Nam Dinh
16. **Dillon International:** Lam Dong, Ninh Thuan, Vinh Long, An Giang, Can Tho
17. **Faith International Adoption:** Bac Ninh, Can Tho, Ha Noi, Ho Chi Minh City, Nam Dinh
18. **Families Thru International Adoption:** Thanh Hoa, Quang Binh, Lao Cai
19. **Florida Home Studies and Adoptions, Inc.:** Ba Ria- Vung Tau, Ho Chi Minh City, Ninh Binh, Hung Yen, Vinh Long
20. **Gift of Love International Adoptions, Inc.:** Hoa Binh
21. **Harrah's Adoptions International Mission:** Thai Binh, Ha Tay
22. **Hawaii International Child & Family Services, Inc.:** Quang Nam
23. **Holt International:** Da Nang, Binh Duong, Dong Nai, Ha Noi
24. **International Assistance and Adoption Project:** Da Nang, Quang Nam, Kien Giang, Soc Trang
25. **International Children's Alliance:** Ho Chi Minh City
26. **Little Pearls Adoption Agency:** Ha Nam, Nam Dinh
27. **Los Ninos International Adoption Center:** An Giang, Nam Dinh, Ninh Thuan
28. **Lutheran Community Services of South New England Inc.:** Ninh Binh
29. **Lutheran Social Service Minnesota:** Ho Chi Minh City, Dong Thap, Quang Tri
30. **Mandala Adoption Services:** Ho Chi Minh City, Thanh Hoa
31. **New Beginnings:** Vinh Phuc, Cao Bang, Hai Duong
32. **Orphans Overseas:** Ha Nam, Nam Dinh, Ha Giang, Lai Chau
33. **Pearl S. Buck International:** Ha Noi, Ho Chi Minh City, Khanh Hoa
34. **Plan Loving Adoption Now:** Ha Noi, Phu Tho, Ba Ria- Vung Tau

Adopted Children Immigrant Visa Unit - Hanoi, Vietnam

35. **Rainbow House International:** Da Nang
36. **Small World Adoption Foundation of Missouri:** Phu Tho
37. **Ventures for Children International:** Nghe An
38. **Vietnamese Orphans Relief Fund:** Phu Tho, Da Nang, Quang Nam, Ca Mau
39. **Wasatch International:** Phu Tho
40. **World Association for Children & Parents (WACAP):** Thai Binh
41. **World Child International:** Thai Nguyen, Lang Son, Quang Nam, Ho Chi Minh City, Bac Ninh, Quang Ngai
42. **Worldwide Adoption Services (WAS):** Hau Giang

back to top ^

This site is managed by the U.S. Department of State.
External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

HOME | EMBASSY | CITIZEN SERVICES | VISAS | POLICY & ISSUES | RESOURCES
CONTACT US | PRIVACY | WEBMASTER

EMBASSY OF THE UNITED STATES

6/30/2008

**SOCIALIST REPUBLIC OF VIETNAM**

Independence - Freedom - Happiness

------------\*\*\* -----------

# MINISTRY OF JUSTICE

# PERMIT

# FOR

# ESTABLISHING FOREIGN OFFICE

# FOR CHILDREN ADOPTION IN VIETNAM

MINISTRY OF JUSTICE

No.: 33/BTP - CNQT

SOCIALIST REPUBLIC OF VIETNAM

Independence - Freedom - Happiness
------------*** ------------

*Hanoi, September 06, 2006*

### THE MINISTER OF JUSTICE

- Pursuant to Decree No.68/2002/ND-CP dated July 10, 2002 by the Government stipulating in detail the implementation of a number of articles of the Law on Marriage and the Family concerning foreign- related marriage and family relationship;
- Considering the Application for establing a foreign office for children adoption in Vietnam by:

*Organization LITTLE PEARLS ADOPTION AGENCY, USA*

- At the proposal of the *Director of the Department of International Adopted Children, Ministry of Justice.*

### DECIDES

**Article 1.** To permit:

*Organization LITTLE PEARLS ADOPTION AGENCY, USA*
*Head Office: 306 E Tyler St., Suite 300, Tampa, Florida 33602, USA*

to establish a foreign office for children adoption in Vietnam.

**Article 2.** The foreign office for children adoption in Vietnam is named:
*LITTLE PEARLS Vietnam*
Address of the office in Vietnam: *No.4, Alley 34, Au Co Road, Tay Ho District, Hanoi*
Full name of the Director of the office:
*Mrs. Le Thuy Hoa*

**Article 3.** Contents of the office activities:
- Aiding and giving advice for children adoption;
- Giving technical help and humanitarian help relating to foreign-related adoption of children;
- Realizing the tasks authorized by foreign competent organ.
 Area of operation: *Ha Nam*

**Article 4.** This Permit is valid until September 06, 2011 on condition that this organization's operation is renewed by competent US organ from the date when its US former permit expires.

Article 5. Any alterations of the contents of this Permit should be realized in accordance with the regulations at Article 63 of Decree No. 68/2002/ND-CP dated July 10, 2002 by the Government.

Article 6. All activities in the domain of children adoption by
**Little Pearls Vietnam**
should be realized in strict accordance with the regulations of Decree No. 68/2002/ND-CP dated July 10, 2002 by the Government and other current regulations of the law of the Socialist Republic of Vietnam.

**Minister**
*(Signed and sealed)*

*UONG CHU LUU*

DIRECTOR

HANOI TRANSLATION CO., LTD
( HATRACO )
*Certified accurate translation*
Hanoi   Oct / 3 / 2006.

## NOTES

1. Show this Permit when requested.
2. No corrections, additions or changes are possible.
3. Permit is invalid except for its owner.
4. Extension, changes, supplements, if any, must be done at International Department for Adoptive Children under the Ministry of Justice.
5. In case of losing Permit, the holder must notify the Department of the loss immediately.

| People 's committee of nam dinh province<br>-----------------------------<br>No: 48 UBND -VP8<br>Re: International Adoption Agency asking for permission to operate in the locality | Socialist republic of viet nam<br>Independence-Freedom-Happiness<br>-----------------------<br>Nam Dinh, March 23rd 2007 |
|---|---|

To : Ministry of Justice

People's Committee of Nam Dinh province received the documents No 1915/BTP-CNQT and No 3762/BTP-CNQT from Ministry of Justice that proposed Provincial People's Committee of Nam Dinh to give the idea about asking permission to operate in the locality of adoption agencies of DESTINEES-REPUBLIC OF FRANCE and LITTLE PEARLS ADOPTION AGENCY-US.

Pursuant to the Decree No 68/2002/ND-CP dated Junly 10th 2002 of the Government that stipulated in detail implementing several provisions of marriage and family laws on foreign - related marriage and family

Pursuant to the Decree No 69/2006/ND-CP dated July 21st 2006 of the Government that reformed and supplemented several provisions of the Decree No 68/2002/ND-CP dated July 10th 2002 of the Government that stipulated in detail implementing several provisions of marriage and family laws on foreign - related marriage and family

After considering and studying the content of proposal of Ministry of Justice , the People 's Committee of Nam Dinh province has given out the idea as follow :

- On the basic of coorperational agreement on adoption between the Government of Viet Nam and the concerned governments, when agencies of DESTINEES - REPUBLIC OF FRANCE and LITTLE PEARLS ADOPTION AGENCY - US are licensed for operation, People's Committee of Nam Dinh province is going to create favorable condition so that the two agencies can operate in accordance with regulation of laws.

Receiving places :
- As above
- Department of International Adoption, BTP
- Department of Justice, Provincial police
- Kept at the office as archive,Vp8

People 's committee
President
Deputy president


Tran thi ha

**SOCIALIST REPUBLIC OF VIETNAM**
Independence- Freedom- Happiness

## MINISTRY OF JUSTICE

### PERMIT

**TO ESTABILISH OVERSEA OFFICES OF ADOPTIVE CHILDREN IN VIETNAM**



DIRECTOR
*Trần Đăng Hùng*

HANOI TRANSLATION CENTER
(HATRACO)
*Certified accurate translation*
signed... 04 / 03 / 200 8

**SOCIALIST REPUBLIC OF VIETNAM**
Independence- Freedom- Happiness

## MINISTRY OF JUSTICE

### PERMIT

**TO ESTABILISH OVERSEA OFFICES OF ADOPTIVE CHILDREN IN VIETNAM**



DIRECTOR
*Trần Đăng Hùng*

HANOI TRANSLATION CENTER
(HATRACO)
*Certified accurate translation*
signed... 04 / 03 / 200 8

MINISTRY OF JUSTICE
No.33/BTP-CNQT

SOCIALIST REPUBLIC OF VIETNAM
Independence – Freedom – Happiness

*Hanoi, September 06, 2006*

### THE MINISTER OF JUSTICE

- In pursuance of Decree No.68/2002/ND-CP dated July 10, 2002 by the Government stipulating in detail the implementation of some articles of the Law on Marriage and the Family dealing with the relations between marriage and the family with foreign factors;
- In consideration of the application for asking permission to establish oversea offices of adoptive children in Vietnam made by

**LITTLE PEARLS ADOPTION AGENCY, USA**

- At the request by the *Chief of the Department of International Adoption under the Ministry of Justice*

### DECIDES

Article 1: To give permission to

Little Pearls Adoption Agency, USA

whose principal office locates at 306E. Tyler St., Suite 300

Tampa, Florida 33602, USA

to set up its Oversea Office of Foreign Adoptive Children in Vietnam.

Article 2: This office shall be named

LITTLE PEARLS Vietnam

based at No.4, Alley 34, Au Co Street, Tay Ho District, Hanoi

and its chief is

Mrs Le Thuy Hoa

1

MINISTRY OF JUSTICE
No.33/BTP-CNQT

SOCIALIST REPUBLIC OF VIETNAM
Independence – Freedom – Happiness

*Hanoi, September 06, 2006*

THE MINISTER OF JUSTICE

- In pursuance of Decree No.68/2002/ND-CP dated July 10, 2002 by the Government stipulating in detail the implementation of some articles of the Law on Marriage and the Family dealing with the relations between marriage and the family with foreign factors;
- In consideration of the application for asking permission to establish oversea offices of adoptive children in Vietnam made by

LITTLE PEARLS ADOPTION AGENCY, USA

- At the request by the *Chief of the Department of International Adoption under the Ministry of Justice*

DECIDES

Article 1: To give permission to

Little Pearls Adoption Agency, USA

whose principal office locates at 306E. Tyler St., Suite 300

Tampa, Florida 33602, USA

to set up its Oversea Office of Foreign Adoptive Children in Vietnam.

Article 2: This office shall be named

LITTLE PEARLS Vietnam

based at No.4, Alley 34, Au Co Street, Tay Ho District, Hanoi

and its chief is

Mrs Le Thuy Hoa

1

Article 3: This Office is in charge of:

- Facilitating and consulting the adoption of children;
- Technically supporting and humanistically assisting matters in connection with the adoption with foreign factors;
- Carrying out the tasks entrusted by duly authorized foreign agencies.
- Sphere of activities: Ha Nam Province.

Article 4: This Permit is still valid until September 06, 2011, provided that it is renewed by the duly authorized agency of the USA when the Office's former licence issued by the USA authorities becomes invalid. . .

Article 5: Any alterations on the contents of this Permit shall be in compliance with Article 63, Decree No.68/2002/ND-CP dated July 10, 2002 by the Government.

Article 6: All activities in the field of adoption by

**LITTLE PEARLS Vietnam**

must be carried out in conformity with the stipulations mentioned in Decree No.68/2002/ND-CP dated July 10, 2002 by the Government and others still in full force of the Law of the Socialist Republic of Vietnam.

*(Signed and sealed)*
*Uong Chu Luu*
Minister

2

---

Article 3: This Office is in charge of:

- Facilitating and consulting the adoption of children;
- Technically supporting and humanistically assisting matters in connection with the adoption with foreign factors;
- Carrying out the tasks entrusted by duly authorized foreign agencies.
- Sphere of activities: Ha Nam Province.

Article 4: This Permit is still valid until September 06, 2011, provided that it is renewed by the duly authorized agency of the USA when the Office's former licence issued by the USA authorities becomes invalid. . .

Article 5: Any alterations on the contents of this Permit shall be in compliance with Article 63, Decree No.68/2002/ND-CP dated July 10, 2002 by the Government.

Article 6: All activities in the field of adoption by

**LITTLE PEARLS Vietnam**

must be carried out in conformity with the stipulations mentioned in Decree No.68/2002/ND-CP dated July 10, 2002 by the Government and others still in full force of the Law of the Socialist Republic of Vietnam.

*(Signed and sealed)*
*Uong Chu Luu*
Minister

2

AMENDMENTS, SUPPLEMENTS OR RENEWALS

New office chief: *Mr Vuong Huy Thao*

New office address: *No.10, Sub-alley 25, Alley 629, Kim Ma Street, Ba Dinh District, Hanoi*

Enlarged sphere of activities: *Nam Dinh Province*

> *Hanoi, March 12, 2008*
> **p-p MINISTER**
> *(Signed and sealed)*
> *Hoang The Lien*
> Standing Vice- Minister

HEAD OF DEPARTMENT OF INTERNATIONAL ADOPTION
*(Signed)*
*Vu Duc Long*

3

AMENDMENTS, SUPPLEMENTS OR RENEWALS

New office chief: *Mr Vuong Huy Thao*

New office address: *No.10, Sub-alley 25, Alley 629, Kim Ma Street, Ba Dinh District, Hanoi*

Enlarged sphere of activities: *Nam Dinh Province*

> *Hanoi, March 12, 2008*
> **p-p MINISTER**
> *(Signed and sealed)*
> *Hoang The Lien*
> Standing Vice- Minister

HEAD OF DEPARTMENT OF INTERNATIONAL ADOPTION
*(Signed)*
*Vu Duc Long*

3