*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit C

## Joni Fixel

**From:** Debbie Fischer [dfische1@tampabay.rr.com]
**Sent:** Sunday, April 27, 2008 4:36 PM
**To:** Lori Boynton
**Subject:** Family letter

April 26, 2008

**Dear Sean and Lori Boynton,**

We are pleased to inform you that the Vietnam license was issued by the Department of International Adoptions on March 12, 2008 for Little Pearls Adoption Agency, Inc. Vietnam. A copy of the new license is attached. Our license allows us to operate in the provinces of Nam Dinh and Ha Nam.
Mr. Voung Huy Thao is our representative. As of today we have terminated (2) staff members, Marie La Trace and Mr. Nguyen Dinh Lam. It is our understanding they may have been contacted you directly and requested you send them money to process your adoption. Please be advised that if you send either of these individuals any money or seek to have them take actions concerning your adoption you do so at your own risk and peril. Little Pearls Adoption Agency, Inc. assumes absolutely NO liability and/or responsibility for any such actions.

Please be advised that the rent is presently current with respect to the office for Vietnam and a payment for the next six (6) months will be sent as of May 1, 2008. In addition, we are in the process of hiring an English speaking staff person in Vietnam and has substantial experience in adoptions in Vietnam. We will be going forward to process your adoption and keep you updated as to the progress.

Please call me if you have any questions.

Cordially,

Debbie Fischer
Little Pearls Adoption Agency, Inc.

5/27/2008