*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit D

# YAHOO! MAIL
### Classic

**Date:**      Tue, 1 Apr 2008 06:17:20 -0700 (PDT)

**From:**      "Lori Boynton" <loriboynton@yahoo.com>

**Subject:**   Fwd:

**To:**        pcade@fixellawoffices.com


Note: forwarded message attached.

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

## Forwarded Message

**From:**      "Debbie Fischer" <dfische1@tampabay.rr.com>

**To:**        loriboynton@yahoo.com

**Subject:**

**Date:**      Tue, 23 Oct 2007 17:14:55 -0400

### HTML Attachment

Dear Lori,
Very nice talk with you. I will also give you Elizabeth Morrill cell number 727-542-8372 to schedule the home study.
Let me know if I can answer any other questions.
Cordially,
Debbie Fischer


### Attachments

Files:

📎 **prospective_parent_form_letter.doc** (21k) [Preview]

Dear Lori,

Thank you for your inquiry into our adoption program from Vietnam. The process time take approximately 4-6 months from the time your dossier is in Vietnam. As far as traveling, both parents must travel for 2-4 weeks, but one parent may leave after 3-4 days and stay until the process if complete. If you are interested in adopting an infant or an older child please request an application. I am sure you have many questions.

Please contact us for detailed information on domestic adoptions and disruptions.

In regards to placing a child with you please know that until your application has been approved and your application fee and agency fee have been paid, your referral will not be put on hold. It is strongly recommended to complete your home study as soon as possible.

We hope that you have found this information helpful and look forward to answering any questions that you have. Please feel free to contact us at 866-396-6861 or visit us at www.aangelsadoption.org.

Sincerely,

Debbie Fischer

Little Pearls Adoption Agency, Inc.

# YAHOO! MAIL
CLASSIC

Print - Close Window

**Date:** Tue, 1 Apr 2008 06:14:57 -0700 (PDT)

**From:** "Lori Boynton" <loriboynton@yahoo.com>

**Subject:** Fwd: licenseinND

**To:** pcade@fixellawoffices.com

Note: forwarded message attached.

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

**Forwarded Message**

**From:** "Debbie Fischer" <dfische1@tampabay.rr.com>

**To:** "Lori Boynton" <loriboynton@yahoo.com>

**Subject:** licenseinND

**Date:** Wed, 31 Oct 2007 22:29:24 -0400

**HTML Attachment**

| People 's committee of nam dinh province | Socialist republic of viet nam<br>Independence-Freedom-Happiness |
|---|---|
| ------------------------<br>No: 48 UBND -VP8<br>Re: International Adoption Agency asking for permission to operate in the locality | ------------------------<br>Nam Dinh, March 23rd 2007 |

To : Ministry of Justice

People's Committee of Nam Dinh province received the documents No 1915/BTP-CNQT and No 3762/BTP-CNQT from Ministry of Justice that proposed Provincial People's Committee of Nam Dinh to give the idea about asking permission to operate in the locality of adoption agencies of DESTINEES-REPUBLIC OF FRANCE and LITTLE PEARLS ADOPTION AGENCY-US.

Pursuant to the Decree No 68/2002/ND-CP dated Junly 10th 2002 of the Government that stipulated in detail implementing several provisions of marriage and family laws on foreign – related marriage and family

Pursuant to the Decree No 69/2006/ND-CP dated July 21st 2006 of the Government that reformed and supplemented several provisions of the Decree No 68/2002/ND-CP dated July 10th 2002 of the Government that stipulated in detail implementing several provisions of marriage and family laws on foreign – related marriage and family
After considering and studying the content of proposal of Ministry of Justice , the People 's Committee of Nam Dinh province has given out the idea as follow :
- On the basic of coorperational agreement on adoption between the Government of

Viet Nam and the concerned governments, when agencies of DESTINEES – REPUBLIC OF FRANCE and LITTLE PEARLS ADOPTION AGENCY – US are licensed for operation, People's Committee of Nam Dinh province is going to create favorable condition so that the two agencies can operate in accordance with regulation of laws.

Receiving places :
- As above
- Department of International Adoption, BTP
- Department of Justice, Provincial police
- Kept at the office as archive,Vp8

<br>

People 's committee
President
Deputy president


Tran thi ha

**YAHOO! MAIL** Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 1 Apr 2008 06:12:15 -0700 (PDT) |
| **From:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Fwd: Referrance acceptance letter |
| **To:** | pcade@fixellawoffices.com |

Note: forwarded message attached.

Like movies? Here's a limited-time offer: Blockbuster Total Access for one month at no cost.

**Forwarded Message**

| | |
|---|---|
| **From:** | "Debbie Fischer" <dfische1@tampabay.rr.com> |
| **To:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Referrance acceptance letter |
| **Date:** | Sun, 4 Nov 2007 20:16:44 -0500 |

**HTML Attachment**

# LLITTLE PEARLS ADOPTION AGENCY, INC.   "ADOPTIONS FOR LIFE"

1135 Pasadena Avenue South Suite 327F
South Pasadena, Florida 33707
727-388-3311 or 1-866-396-6861   Fax 727-388-9673

November 4, 2007

Sean and Lori Boynton
20306 Laarino Loop
Estero, Florida 33928

Dear  Sean and Lori,

We are pleased  that  your application has been approved.
We are  very  excited for you on your new addition to your family.
We know you wish to adopt baby girl NGBG518, from the Nam Dinh province.

We will  be submitting  your dossier to the Vietnam Adoption Board and the final decision will
be made by them.

To expedite the process of referral please contact us for wire instructions or you can send a
cashier check and please fax back to our office the signed adoption agreement.  The laws of
the State of Florida recognizes signatures as a binding contract.

Application Fee $200.00 Paid on credit card
Agency Fee $7300.00

½ Country Fees Due  $6000.00
Total Invoice due $13,300.00 . .
Total paid until approval from Ministry of Justice in Vietnam and the balance of the foreign fee will be due $6000.
Total to be paid for the adoption $19,500.00 not including dossier fees and travel, etc.

Welcome to Little Peals Adoption Agency, Inc. and our extended family!


Cordially,

Debra L. Fischer

# YAHOO! MAIL
### Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 1 Apr 2008 06:10:29 -0700 (PDT) |
| **From:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Fwd: referral acceptance |
| **To:** | pcade@fixellawoffices.com |

Note: forwarded message attached.

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

**Forwarded Message**

| | |
|---|---|
| **From:** | "Debbie Fischer" <dfische1@tampabay.rr.com> |
| **To:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | referral acceptance |
| **Date:** | Mon, 5 Nov 2007 10:21:54 -0500 |

**HTML Attachment**

# Little Pearls Adoption Agency Inc.
## Referral Acceptance

Referral of _NDBG518 _____ residing at Nam Dinh Ophanage,
dob_ Sept. 23, 2007_____ of Sean and Lori Boynton
Vietnam has been accepted by _ 20306 Larino Loop, Estero,
_____
Florida 33928_____
Child's health has been documented as good and hiv negative. Should
child's health change adversely or blood test results are different within the
course of the pending adoption then all funds paid is to be transferred to
another adoptable child.
All placements must be approved by the Justice Department in Hanoi,
Vietnam when adoptive parent's dossier is submitted.

_____     _____
Adoptive Father              Date

_____     _____

# YAHOO! MAIL
Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 1 Apr 2008 06:09:22 -0700 (PDT) |
| **From:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Fwd: LOI NDBG518 |
| **To:** | pcade@fixellawoffices.com |

Note: forwarded message attached.

OMG, Sweet deal for Yahoo! users/friends: Get A Month of Blockbuster Total Access, No Cost. W00t

**Forwarded Message**

| | |
|---|---|
| **From:** | "Debbie Fischer" <dfische1@tampabay.rr.com> |
| **To:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | LOI NDBG518 |
| **Date:** | Mon, 5 Nov 2007 10:10:55 -0500 |

**HTML Attachment**

# Letter of Introduction

Child Name_NDBG518____
Child Date of birth__Sept 23, 2007_____
Province__Nam Dinh_____
Health__good__ weight __7.11lbs__height_19in._ head circumferance__13.9_

## Blood tests
hiv__Neg___date_9-23-07_
hep b_Neg__date _9-23-07_
hep c_Neg__date _9-23-07__
std/syphillis__Neg_date _9-23-07_


Abandoned or Relinquished __Abandoned__
Any known siblings_NO__ how many_____ available for adoption_____
Estimated date child will be available for adoption _11-15-07____

Other information:_____
_____


Photo date__9-30-07____
Video clip date_____

 **MAIL** Classic

Print - Close Window

**Date:**     Tue, 1 Apr 2008 06:04:05 -0700 (PDT)

**From:**    "Lori Boynton" <loriboynton@yahoo.com>

**Subject:**  Fwd: Vietnam baby girl

**To:**        pcade@fixellawoffices.com


Note: forwarded message attached.

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

**Forwarded Message**

**From:**    "Debbie Fischer" <dfische1@tampabay.rr.com>

**To:**        "Lori Boynton" <loriboynton@yahoo.com>

**Subject:**  Vietnam baby girl

**Date:**     Fri, 9 Nov 2007 16:36:45 -0500

**HTML Attachment**

Dear Sean and Lori,
We will hold her for you. The banks are closed Monday. If you get the check we would like you to wire if possible.
Liz went to Chicago last Friday thru Monday because her Mom  was in hospice care. This weekend thru Tuesday she has to go back to Chicago because her Mom died yesterday. So in a few weeks she can come down to finish the home study. Maybe even the Sunday after Thanksgiving or the next weekend. Let me know if I can help with the paperwork.
Cordially,
Debbie Fischer

# YAHOO! MAIL
### Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 1 Apr 2008 06:01:41 -0700 (PDT) |
| **From:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Fwd: Re: Homestudy |
| **To:** | pcade@fixellawoffices.com |

Note: forwarded message attached.

Special deal for Yahoo! users & friends - No Cost. Get a month of Blockbuster Total Access now

## Forwarded Message

| | |
|---|---|
| **From:** | "Debbie Fischer" <dfische1@tampabay.rr.com> |
| **To:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Re: Homestudy |
| **Date:** | Fri, 14 Dec 2007 20:24:33 -0500 |

## HTML Attachment

Met with Liz tonight and she will complete it over the weekend and mail to you. They should be going to orphanage and getting new photos so I will send to you.
Cordially,
Debbie Fischer

> ----- Original Message -----
> **From:** Lori Boynton
> **To:** Debbie Fischer
> **Sent:** Thursday, December 13, 2007 3:25 PM
> **Subject:** Homestudy
>
> Hi Debbie,
>
> Just wanted to make sure you had got my message in regards to the homestudy. It looked perfect to me. There were a couple of spots where I think Liz was going to input info but she should now have everything she needs! Do you think she'll be able to mail the original notarized tomorrow or Sat?
>
> Also, I was just curious, have you gotten any updated pictures of the babies? If not do you know when you might?
>
> Thanks,
>
> Lori
>
> I
>
> Looking for last minute shopping deals? Find them fast with Yahoo! Search.

# YAHOO! MAIL Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 1 Apr 2008 06:00:25 -0700 (PDT) |
| **From:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Fwd: Re: USCIS Approval |
| **To:** | pcade@fixellawoffices.com |

Note: forwarded message attached.

Special deal for Yahoo! users & friends - No Cost. Get a month of Blockbuster Total Access now

**Forwarded Message**

| | |
|---|---|
| **From:** | "Debbie Fischer" <dfische1@tampabay.rr.com> |
| **To:** | "Lori Boynton" <loriboynton@yahoo.com> |
| **Subject:** | Re: USCIS Approval |
| **Date:** | Sat, 26 Jan 2008 08:34:12 -0500 |

**Plain Text Attachment**

```
yes.
----- Original Message -----
From: "Lori Boynton" <loriboynton@yahoo.com>
To: "Debbie Fischer" <dfische1@tampabay.rr.com>
Sent: Friday, January 25, 2008 8:50 PM
Subject: Re: USCIS Approval


> Hi Debbie,
>
> Can you please have Liz call us ASAP?! We received a
> letter from USCIS and our homestudy has to be changed.
> I called her but have not gotten a call back!! This is
> very important, we don't need anymore delays!
>
> Lori
> --- Debbie Fischer <dfischel@tampabay.rr.com> wrote:
>
>> They were off for the holiday and just back so
>> should be processing them soon.
>> Good news for you.Happy New Year.
>> Cordially,
>> Debbie Fischer
>>    ----- Original Message -----
>>    From: Lori Boynton
>>    To: Debbie Fischer
>>    Sent: Wednesday, January 02, 2008 11:25 AM
>>    Subject: USCIS Approval
>>
>>
>>
>>
>>    Hi Debbie,
>>
>>    Happy New Year!
```

```
>>
>>    Just wanted to update you and let you know that
>> Sean and I had our fingerprint appt and submitted
>> our home study to USCIS. They told us that if there
>> were any problems with it they would most likely
>> contact you or Liz before us. If you hear from them
>> please let us know!
>>
>>    Once they send us our approval we will send our
>> dossier to Tallahasse for authentication and then
>> off to the consulate!
>>
>>    Has there been any news on the dossiers that our
>> in VN now?
>>
>>    Thanks!
>>
>>    Lori
>>
>>
>>
>
>  --------------------------------------------------------------
>>    Be a better friend, newshound, and know-it-all
>> with Yahoo! Mobile. Try it now.
>
>
>
>
>

> Be a better friend, newshound, and
> know-it-all with Yahoo! Mobile.  Try it now.
> http://mobile.yahoo.com/; _ylt=Ahu06i62sR8HDtDypao6Wcj9tAcJ
>
>
```

Yahoo! Mail - barrenorochoview@yahoo.com

 **MAIL**

Print - Close Window

**Subject:** FW: Thursday

**Date:** Tue, 1 Apr 2008 08:52:19 -0400

**From:** "Boynton, Sean" <SBoynton@becker-poliakoff.com>

**To:** pcade@fixellawoffices.com

**From:** info [mailto:info@aangelsadoption.org]
**Sent:** Friday, February 01, 2008 11:21 AM
**To:** Boynton, Sean
**Subject:** Re: Thursday

I am working on it and I will call you later today.
Debbie Fischer

> ----- Original Message -----
> **From:** Boynton, Sean
> **To:** info@aangelsadoption.org
> **Sent:** Thursday, January 31, 2008 10:06 PM
> **Subject:** Re: Thursday
>
> I didn't speak with Lynne. Please update me on the status of our refund.
>
>
> | BECKER &amp; POLIAKOFF | **Sean C. Boynton** |
> |---|---|
> | Legal and Business Strategists | Attorney at Law |
>
> 14241 Metropolis Avenue, Suite 100
>
> Fort Myers, FL 33912
>
> Tel 239.433.7707
> Fax 239.433.5933
> SBoynton@becker-poliakoff.com
> www.becker-poliakoff.com
>
>
> ----- Original Message -----
>
>
>
> **From:** info <info@aangelsadoption.org>
> **To:** Boynton, Sean
> **Sent:** Thu Jan 31 19:23:10 2008
> **Subject:** Re: Thursday
>
>
> I believe you spoke with Lynne England.
> ----- Original Message -----

From: "Boynton, Sean" <SBoynton@becker-poliakoff.com>
To: "info" <info@aangelsadoption.org>
Sent: Thursday, January 31, 2008 10:15 AM
Subject: Thursday


>
> Debbie,
>
> Please call me regarding our conversation yesterday.
>
> Sincerely,
> Sean
> Sean C. Boynton
> Attorney at Law
>
> Becker & Poliakoff, P.A.
> 14241 Metropolis Avenue, Suite 100
> Fort Myers, FL 33912
>
> Tel  239.433.7707
> Fax  239.433.5933
> SBoynton@becker-poliakoff.com
> www.becker-poliakoff.com
>

**YAHOO! MAIL** Classic

Print - Close Window

| | |
|---|---|
| **Subject:** | FW: Thursday |
| **Date:** | Tue, 1 Apr 2008 08:52:25 -0400 |
| **From:** | "Boynton, Sean" <SBoynton@becker-poliakoff.com> |
| **To:** | pcade@fixellawoffices.com |

**From:** info [mailto:info@aangelsadoption.org]
**Sent:** Tuesday, February 05, 2008 4:19 PM
**To:** Boynton, Sean
**Subject:** Re: Thursday

Lynne and I were in her office yesterday and tried to call you. You may call her tomorrow anytime she will be in her office. 813-661-6464
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Boynton, Sean
**To:** info
**Sent:** Tuesday, February 05, 2008 12:21 PM
**Subject:** FW: Thursday

Debbie,

Please let me know whether you'll be responding to my last e-mail, which is copied below, or whether I should contact Lynne.

Thank you.
Sean

**From:** Boynton, Sean
**Sent:** Monday, February 04, 2008 11:05 AM
**To:** info
**Cc:** Lori B. - Activity Director
**Subject:** RE: Thursday

Debbie,

Thank you for your call on Friday. As I'm sure you are aware, Lori and I are devastated that we cannot follow through with our adoption through Little Pearls. Our only other option is to begin the process with another agency. However, we cannot start another adoption process until we receive at least part of the amount we sent to you. Lori and I need $6000 right away to start an adoption with another agency we've been in contact with. We'd be willing to take a promissory note on the remaining $7500. I'd prefer a promissory note that was tied to the sale of either property rather than a mortgage tied to one or the other.

Please let me know.

Thanks,
Sean

**From:** info [mailto:info@aangelsadoption.org]
**Sent:** Friday, February 01, 2008 10:21 AM
**To:** Boynton, Sean
**Subject:** Re: Thursday

I am working on it and I will call you later today.
Debbie Fischer
----- Original Message -----
**From:** Boynton, Sean
**To:** info@aangelsadoption.org
**Sent:** Thursday, January 31, 2008 10:06 PM
**Subject:** Re: Thursday


I didn't speak with Lynne. Please update me on the status of our refund.


| | |
|---|---|
| ✦ | **Sean C. Boynton**<br>Attorney at Law |
| | 14241 Metropolis Avenue, Suite 100<br><br>Fort Myers, FL 33912<br><br>Tel  239.433.7707<br>Fax 239.433.5933<br>SBoynton@becker-poliakoff.com<br>www.becker-poliakoff.com |


----- Original Message -----




From: info <info@aangelsadoption.org>
To: Boynton, Sean
Sent: Thu Jan 31 19:23:10 2008
Subject: Re: Thursday


I believe you spoke with Lynne England.
----- Original Message -----
From: "Boynton, Sean" <SBoynton@becker-poliakoff.com>
To: "info" <info@aangelsadoption.org>
Sent: Thursday, January 31, 2008 10:15 AM
Subject: Thursday


>
> Debbie,

>
> Please call me regarding our conversation yesterday.
>
> Sincerely,
> Sean
> Sean C. Boynton
> Attorney at Law
>
> Becker & Poliakoff, P.A.
> 14241 Metropolis Avenue, Suite 100
> Fort Myers, FL 33912
>
> Tel  239.433.7707
> Fax  239.433.5933
> SBoynton@becker-poliakoff.com
> www.becker-poliakoff.com
>


**MAIL** Classic

Print - Close Window

**Subject:** FW: Thursday
**Date:** Tue, 1 Apr 2008 08:50:55 -0400
**From:** "Boynton, Sean" <SBoynton@becker-poliakoff.com>
**To:** pcade@fixellawoffices.com

**From:** Boynton, Sean
**Sent:** Tuesday, February 05, 2008 1:22 PM
**To:** info
**Subject:** FW: Thursday

Debbie,

Please let me know whether you'll be responding to my last e-mail, which is copied below, or whether I should contact Lynne.

Thank you.
Sean

> **From:** Boynton, Sean
> **Sent:** Monday, February 04, 2008 11:05 AM
> **To:** info
> **Cc:** Lori B. - Activity Director
> **Subject:** RE: Thursday
>
> Debbie,
>
> Thank you for your call on Friday. As I'm sure you are aware, Lori and I are devastated that we cannot follow through with our adoption through Little Pearls. Our only other option is to begin the process with another agency. However, we cannot start another adoption process until we receive at least part of the amount we sent to you. Lori and I need $6000 right away to start an adoption with another agency we've been in contact with. We'd be willing to take a promissory note on the remaining $7500. I'd prefer a promissory note that was tied to the sale of either property rather than a mortgage tied to one or the other.
>
> Please let me know.
>
> Thanks,
> Sean
>
> > **From:** info [mailto:info@aangelsadoption.org]
> > **Sent:** Friday, February 01, 2008 10:21 AM
> > **To:** Boynton, Sean
> > **Subject:** Re: Thursday
> >
> > I am working on it and I will call you later today.
> > Debbie Fischer

Signature of Representative

__T. Nguyen__

## Joni Fixel

**From:**    Debbie Fischer [dfische1@tampabay.rr.com]
**Sent:**    Sunday, April 27, 2008 4:36 PM
**To:**      Lori Boynton
**Subject:** Family letter


**April 26, 2008**

**Dear Sean and Lori Boynton,**

**We are pleased to inform you that the Vietnam license was issued by the
Department of International Adoptions on March 12, 2008 for Little Pearls
Adoption Agency, Inc. Vietnam. A copy of the new license is attached.  Our license
allows us to operate in the provinces of Nam Dinh and Ha Nam.
Mr. Voung Huy Thao is our representative. As of today we have terminated (2) staff
members, Marie La Trace and Mr. Nguyen Dinh Lam. It is our understanding they
may have been contacted you directly and requested you send them money to
process your adoption. Please be advised that if you send either of these individuals
any money or seek to have them take actions concerning your adoption you do so at
your own risk and peril. Little Pearls Adoption Agency, Inc. assumes absolutely NO
liability and/or responsibility for any such actions.**

**Please be advised that the rent is presently current with respect to the office for
Vietnam and a payment for the next six (6) months will be sent  as of  May 1, 2008.
In addition, we are in the process of hiring an English speaking staff person in
Vietnam  and has substantial experience in adoptions in Vietnam. We will be going
forward to process your adoption and keep you updated as to the progress.**

**Please call me if you have any questions.**

**Cordially,**

**Debbie Fischer
Little Pearls Adoption Agency, Inc.**

5/27/2008