*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit E

#1

Friday, February 22, 2008 12:03 AM

Thank you for your inquiry. We have checked with Mr. Dang Van Dao - specialist of Department of Inter-country Adoption under Ministry of Justice today and he confirmed that Little Pearl has not been licensed to work in Nam Dinh yet. They have license in Ha Nam only.

Regards,

Hanoi Adoptions
Consular Section
US Embassy, Hanoi
Rose Garden Tower
170 Ngoc Khanh, Hanoi
Tel : 84-4-8314590
Fax: 84-4-8314578
Public email: HanoiAdoptions@state.gov
Web-site:http://vietnam.usembassy.gov

Rcvd this via fax from state dept.