*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit F

**Date:** Wednesday, October 24, 2007 7:39 AM
**From:** Debbie Fischer <debbie@aangelsadoption.org>
**To:** kevinici@cox.net
**Subject:** Re: adoption quesion

Dear Nikki,
My niece is Nikki for Nicole. All the children are from Vietnam. They are healthy and have been tested for HIV, hep.b, and sylllis. They are in an orphanage and most have been abandoned. They do not have special needs. They are from an orphanage in Ha Vinh which is a new orphanage for us. We will be posted 8 children from Nam Dinh in a few days as well. Ler me know if I can answer any other questions.
Cordially,
Debbie Fischer
----- Original Message -----
From: <kevinici@cox.net>
To: <debbie@aangelsadoption.org>
Sent: Wednesday, October 24, 2007 12:19 AM
Subject: adoption quesion

> Hi, I was visiting a website, precious.org? You have some children listed
> on the website as China, "TNFIVE", "TNFOUR", TNTHREE and TNTWO, can you
> clarify for me what countries these children are from and if the are
> special needs or non special needs, thanks!
>
> Nikki
>

*[Handwritten note: This is illegal to do, we later found out]*

📎 prospective parent form letter.doc

# 2

**Date:** Monday, October 29, 2007 8:54 AM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Re: agreement

```
Hi Nikki,
After the dossier is approved in Vietnam, you would travel up to 4 months.
Each family will travel when they have their Giving and Receiving Ceremony
in Vietnam. As time goes on we may be able to have families travel together.
I made arrangements when I was there for a rate at the Prince Hanoi Hotel in
Hanoi for a rate of $25 per night including breakfast for any families
wanting to stay there. We stayed there for 2 weeks 9/20-10/2 and it had been
open for 2 days and was nice. Did they ever give you a copy of the
homestudy? Let me know if you have any other questions.
Cordially,
Debbie Fischer.
----- Original Message -----
From: <kevinici@cox.net>
To: "Debbie Fischer" <dfische1@tampabay.rr.com>
Sent: Sunday, October 28, 2007 3:52 PM
Subject: Re: agreement


> Hi, Debbie,
>
> sorry, more questions:)  I promise they will come to an end:)
>
> I forgot to ask Suzanne, how long before they travel?  and how long
> between the referrals and the travel?  this is your first batch of
> placements correct???   also, do the families travel over together in a
> group, or is it each individual family at a time?  are they escorted
> there/or when over there, or you on your own?
>
> I think that is it...for now anyway:)...also, my agency will not share my
> homestudy, but I did find someone to do it, and they know that we already
> have a current one, so they didn't think it would take long to complete.
>
> Thanks
> Nikki
> ---- Debbie Fischer <dfische1@tampabay.rr.com> wrote:
>> Hey Nikki,
>> It is possible. We are placing twin boys in our first group. If you
>> take 2
>> children at once the country fees are the same, $12,000 each but the
>> agency
>> fee for one is $7500 and for the second is $3500. We should have 3 new
>> babies up on precious within the next 24 hours.
>> It was nice talking to you.
>> Suzanne said she talked with you.
>> Cordially,
>> Debbie Fischer
>> ----- Original Message -----
>> From: <kevinici@cox.net>
>> To: "Debbie Fischer" <dfische1@tampabay.rr.com>
>> Sent: Thursday, October 25, 2007 10:01 PM
>> Subject: Re: agreement
>>
>>
>> > Hey Debbie, what would the likely hood be of getting twin infant girls?
>> >
>> > Do we pay double agency fees if we do 2 at once?
>> >
>> > Thanks, it was great talking with you!
>> > Nikki
>> >
>> > ---- Debbie Fischer <dfische1@tampabay.rr.com> wrote:
>> >
```

*Handwritten annotation:*

I spoke with Debbie via phone late Oct 07 or early Nov 07 & at that time she told me "2 to 4 months to complete" the adoption, depending on paperwork time line." And that we could travel as early as Jan 08 or as late as Apr 08 to "go get the child"

She advised us that travel times were anywhere from 2-4 weeks in Vietnam, and that our adoption would be finalized when we leave Vietnam.

**Date:** Friday, November 2, 2007 7:29 AM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Re: travel

Fly into Hanoi and the orphanage in Nam Dinh is 3 hours from Hanoi. We pick you at the airport. When I was there we stayed at the Prince Hanoi Hotel and it had just opened 2 days before. The hotel was nice. They will give our clients a rate of $25 per night which includes breakfast if you wanted to stay there. Then we drive you to the giving and receiving ceremony in Nam Dinh. After the ceremony you would stay in Hanoi and go to the Embassy for the appointments for the visa and passport for the baby. If you would need to go to Saigon then youcould fly or take a bus. I would fly since it is a long way. I flew from Tampa to Hanoi each ticket on orbitz was $1106 and $27 for both paper tickers. Hope that helps.
Cordially,
Debbie Fischer
----- Original Message -----
From: <kevinici@cox.net>
To: <dfische1@tampabay.rr.com>
Sent: Friday, November 02, 2007 12:36 AM
Subject: travel

> Debbie,
>
> when you travel over there, do you travel into Hanoi or Saigon?  Since she
> is in Hanoi would we then have to travel between the two for the INS
> stuff?  If so, how do you travel between the two, drive, fly?
>
> Just trying to figure out our travel budget:)
>
> Thanks
> Nikki
>

**Date:** Sunday, November 4, 2007 7:51 PM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Referrance acceptance letter

# LLITTLE PEARLS ADOPTION AGENCY, INC. "ADOPTIONS FOR LIFE"

1135 Pasadena Avenue South Suite 327F

South Pasadena, Florida 33707

727-388-3311 or 1-866-396-6861   Fax 727-388-9673

November 4, 2007

Kevin and Nichole Lucas

3102 NW Alberta

Bentonville, AR 72712

Dear Kevin and Nichole,

We are pleased that your application has been approved.

We are very excited for you on your new addition to your family.

We know you wish to adopt baby girl NGBG510, from the Nam Dinh province.

We will be submitting your dossier to the Vietnam Adoption Board and the final decision will be made by them.

To expedite the process of referral please contact us for wire instructions or you can send a cashier check and please fax back to our office the signed adoption agreement. The laws of the State of Florida recognizes signatures as a binding contract.

#2

Application Fee $200.00 Paid by check

Agency Fee $7300.00

½ Country Fees Due $6000.00

Total Invoice due $13,300.00 ..

Total paid until approval from Ministry of Justice in Vietnam and the balance of the foreign fee will be due $6000.

Total to be paid for the adoption $19,500.00 not including dossier fees and travel, etc.

Welcome to Little Peals Adoption Agency, Inc. and our extended family!

Cordially,

Debra L. Fischer

**Date:** Monday, November 5, 2007 9:12 AM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** LOI NDBG510

# Letter of Introduction

Child Name_NDBG510____

Child Date of birth__Sept 5, 2007_____

Province__Nam Dinh_____

Health__good__ weight __7.8lbs___ height_19.3in._ head circumferance__13.6_

## Blood tests

hiv__Neg____date_9-05-07_

hep b_Neg__date _9-05-07_

hep c_Neg__date _9-05-07__

std/syphillis__Neg_date _9-05-07_

Abandoned or Relinquished __Abandoned__

Any known siblings_NO__ how many_____ available for adoption_____

Estimated date child will be available for adoption _11-5-07____

Other information:_____

_____

Photo date __9-30-07____

Video clip date_____

Signature of Representative

__T. Nguyen__

Date: Monday, November 5, 2007 9:19 AM
From: Debbie Fischer <dfische1@tampabay.rr.com>
To: kevinici@cox.net
Subject: referral acceptance

# Little Pearls Adoption Agency Inc.
# Referral Acceptance

Referral of _NDBG510_
dob_ Sept. 5, 2007_____ residing at Nam Dinh _Ophanage_
Vietnam has been accepted by _____ Kevin and Nichole
Lucas_____ of   3102 NW Alberta,
Bentonville, AR
72712._

Child's health has been documented as <u>good and hiv negative</u>. Should child's health change adversely or blood test results are different within the course of the pending adoption then all funds paid is to be transferred to another adoptable child.

All placements must be approved by the Justice Department in Hanoi, Vietnam when adoptive parent's dossier is submitted.

_____    _____
Adoptive Father            Date

_____    _____

# 1

**Date:** Monday, January 21, 2008 2:58 PM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Re: address in Hanoi

Dear Nikki,
We had a family death over the weekend.
I received a letter from Mr. Dao the Senior legal expert of the Department of Intercountry Adoption of Vietnam, writing on behalf of Dr. Long. He stated they are waiting for the consent of the People's Committee on our new office location. Upon receipt thereof, we can add it in your license. I will update you soon.
Cordially,
Debbie Fischer

----- Original Message -----
From: <kevinici@cox.net>
To: "Debbie Fischer" <dfische1@tampabay.rr.com>
Sent: Wednesday, January 16, 2008 9:47 PM
Subject: Re: address in Hanoi

> good, I will get them sent tomorrow...what is the time frame...this is the
> final approval right?  also, one concern I did have is how do they know
> that BG510 is the one when it isn't anywhere on the paperwork?
>
> getting so excited, just can't hardly stand it!
>
> thanks
> Nikki
> ---- Debbie Fischer <dfische1@tampabay.rr.com> wrote:
>>
>>
>>                    Address for Dossier in Vietnam
>>                              Hanoi Office
>>
>> Mr. Nguyen Dinh Lam
>> 91 Thuoc Bac
>> Fhuog Hang Bo
>> Quan Hoan Kiem
>> Hanoi, Thanh Pho, Vietnam
>

*Handwritten annotations:*

This was the 1st time we heard anything about NOT being licensed in Nam Dinh... I didn't understand what this email said so I had meant to go to her for clarification - we were completely thrown off & suprised with this one!

As you see, her response didn't go with my question to her.

#1

**Date:** Thursday, January 31, 2008 10:05 AM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Parent letter

LITTLE PEARLS ADOPTION AGENCY, INC.

306 E. Tyler Street, Tampa, Florida  33602

*And the "volumes" begin to unravel!*

January 31, 2008

Dear Kevin and Nikki,

Last Friday, January 25, 2008, I hired a Tampa, Florida attorney, Lynne L. England, to assist me with these matters. Unfortunately, on Saturday, Mrs. England's step-father passed away. As a result, the meeting we had scheduled with Ric Feinberg for Monday, had to be changed to Wednesday.

Mrs. England and I met with Ric Feinberg yesterday; however due to Mrs. England having to be with her mother during this time, she will not be able to contact you until the beginning of next week.

Thank you for your patience and kind understanding.

Sinecerely, President

Debbie Fischer

Little Pearls Adoption Agency, Inc.

**Date:** Friday, February 1, 2008 11:20 AM
**From:** Debbie Fischel <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Re:

Here it the license sent to me by Ric Feinberg.
----- Original Message -----
From: <kevinici@cox.net>
To: <dfische1@tampabay.rr.com>
Cc: <kevinici@cox.net>
Sent: Thursday, January 31, 2008 7:38 PM

> Debbie,
>
> We are writing to request your IMMEDIATE filing and turning over of our
> dossier to Mr. DOA at the DIA in Vietnam.
>
> We are also requesting a return of ALL fees paid to you to facilitate our
> adoption.  We have lost faith in Little Pearls to fulfil our adoption at
> this point.
>
> I am sad that this situation has come to this.  Unfortunately,  we have
> been left on our own to process the paperwork and to find answers to
> questions on our own through this adoption.
>
> We wish Little Pearls all the best in the future and hold no ill feelings
> toward the staff and agency.  We hope that all problems can be resolved
> for you in the future.
>
> Please respond to this email to confirm that you received it.
>
> Sincerely
> Kevin and Nichole Lucas
>

licenseinND.doc

*[Handwritten annotation:] We contacted another agency for help - this is what they advised us to do, when we discovered they were NOT licensed in Nam Dinh*

| People 's committee of nam dinh province<br>----<br>No: 48 UBND -VP8<br>Re: International Adoption Agency asking for permission to operate in the locality | Socialist republic of viet nam<br>Independence-Freedom-Happiness<br>----<br>Nam Dinh, March 23rd 2007 |
|---|---|

To : Ministry of Justice

People's Committee of Nam Dinh province received the documents No 1915/BTP-CNQT and No 3762/BTP-CNQT from Ministry of Justice that proposed Provincial People's Committee of Nam Dinh to give the idea about asking permission to operate in the locality of adoption agencies of DESTINEES-REPUBLIC OF FRANCE and LITTLE PEARLS ADOPTION AGENCY-US.

Pursuant to the Decree No 68/2002/ND-CP dated Junly 10th 2002 of the Government that stipulated in detail implementing several provisions of marriage and family laws on foreign – related marriage and family

Pursuant to the Decree No 69/2006/ND-CP dated July 21st 2006 of the Government that reformed and supplemented several provisions of the Decree No 68/2002/ND-CP dated July 10th 2002 of the Government that stipulated in detail implementing several provisions of marriage and family laws on foreign – related marriage and family

After considering and studying the content of proposal of Ministry of Justice , the People 's Committee of Nam Dinh province has given out the idea as follow :
- On the basic of coorperational agreement on adoption between the Government of Viet Nam and the concerned governments, when agencies of DESTINEES – REPUBLIC OF FRANCE and LITTLE PEARLS ADOPTION AGENCY – US are licensed for operation, People's Committee of Nam Dinh province is going to create favorable condition so that the two agencies can operate in accordance with regulation of laws.

Receiving places :
- As above
- Department of International Adoption, BTP
- Department of Justice, Provincial police
- Kept at the office as archive,Vp8

                                      People 's committee
                                                    President
                                      Deputy president


                                                    Tran thi ha