*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit G

**Date:** Friday, May 2, 2008 8:08 AM
**From:** littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
**To:** kevinici@cox.net
**Subject:** Re:

Dear Kevin and Nichole Lucas,

I want to send you paper that Dr Long signed but all paper we have to send to Nam dinh and Nam ha provinces to combine children. at the moment, Ms Marie is in Nam Dinh province to do some procedure. Now in Viet Nam, it's 8 p.m. and she can not return Ha noi today. so tomorrow, she will come back home and we will email and scan for you some important paper and some information about your
children.

Believe in us. everything will be fine.

have a nice day.

Bui_thao

**kevinici@cox.net** wrote:

> Ms Thao,
>
> Can you email me our log in papers that Dr Long signs, we don't have those.
>
> Thanks
> Nichole Lucas
> ---- littlepearlsagency vn <LITTLEPEARLSAGENCY_VN@YAHOO.COM>wrote:
> > Dear Kevin and Nichole Lucas,
> >
> > I've read the email you sent me. Mr.Lam and Mrs. Marie are so sad now. Ms. Debbie, how can she says to everyone like that. we are here, everyday, try my best to process the paperwork and at the moment everything is so good. procedure are all accepted and sent to Nam Ha and Nam Dinh Province to combine children. That's all we've done. That's effort of Mr. Lam and Mrs. Marie who directly do these paperwork at The Justice Department of Viet Nam.
> >
> > Experts in the Department all understand what Mr. Lam and Mrs. Marie try to do for the job. That's the reason why after so many difficulties which Ms. Debbie given to us at the Justice Department , all paperwork are still accepted.
> >
> > Something I want to tell you about difficulties that Ms. Debbie given to us, for example, she told a lie at the Justice Department and other adoption family that she sent us money to paying for office and employees and procedure. But in fact, we receive no money from her and from Little pearls adoption agency in Us.
> >
> > Because Ms. Debbie hand over her authority for some one or other organization.
> > So one more time, we are sure that, Ms Debbie do not pay no money for us and we are, Mr. Lam and Mrs. Marie are the people who directly do these paperwork for adoption family.
> >
> > For that reason, Please believe in us. and four adoption family will be gather with their children in a more short time.
> > Do not worry and believe in us.
> >
> > Have a nice day.
> >
> >
> > Marie.
> >
> >
> > ---------------------------------
> > Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

**Date:** Thursday, October 25, 2007 3:06 PM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Vietnam Program Fees

# LITTLE PEARLS ADOPTION AGENCY, Inc.

1135 Pasadena Avenue South Suite 327E

South Pasadena, Florida 33707

727-388-3311 or 866-396-6861

Fax 727-388-9673

www.aangelsadoption.org

## VIETNAM PROGRAM FEES

1. **Application Fee**     $200.00                    Non Refundable due with application

2. Agency Fee
   **$7300.00**

Due upon signing of contract

**Includes** administrative and operational agency costs, communication with client by phone, fax, Federal Express, mail, and communication with foreign officials and attorneys, cost of transferring documents to Vietnam, overall coordination and monitoring of the adoption process in the United States and Vietnam.

3. **Country Fee**                     $12,000.00

(Half due when referral is accepted, balance due when approved by Vietnam Department of Justice.

This includes fees in Vietnam including the expenses the orphanage, routine medical care, monthly medical exams for the child, and updated photos every 4 to 6 weeks, court fees, includes translation and preparation of documents, notarization of documents by foreign country, submission of documents in foreign country, administrative and operational expenses of foreign program, preparation of documents for court, coordination of all aspects of adoption in foreign country, coordination of travel while in Vietnam, interaction with government officials and courts, as well as the American Embassy, expenses of obtaining child's documents in Vietnam(birth certificates, decrees) and arrangement for child's physical prior to departure. The first part of the country fee is forwarded directly to our staff in Vietnam for overseas services..

4. **DNA testing**                    N/A.

5. **Travel expenses**                Varies

Airfare to Hanoi, Vietnam, lodging, food, transportation

6. Visa Fees per child                                    $380 approximately

7. **Home study**      **$1000 plus travel expenses** in Florida and otherwise price determined by
agency you select.

   Post Placement Minimum 2 times and or more if
needed                          $200 per visit plus travel expenses

8.. **INS fees $545 / 600 A filing fee, $70 per adult fingerprinting**

9. Documents to be included in your Vietnam dossier will need to be sent to your Secretary of State's office to have them certified, and then to the Vietnam Consulate for authentication. Fees and costs are approximately $50 per authenticated document depending upon the number of documents necessary and whether you choose express service.

10. Any medical expenses after the referral is accepted are the responsibility of the adoptive family.

11. There may be additional costs after your adoption to register or readopt your child according to your state laws. You may visit your state laws: NAI-Summary of Laws Regarding International Adoption. We have our General Counsel to the Agency, Keith Wynne, Tampa, Florida.

He will help with Dossier and I600 or Petition with Government I600A and completing the I171H and Name change of Baby in Florida $1000.00

These fees are approximate. Our agency fee will not change during your adoption process, but all other costs are subject to change.