*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit H

```
HARPS FOOD STORE #178              Oper ID: 708   Money Transfer Send
110 MIDTOWN SHPG CENTER            06/05/08       Envio de Dinero
BENTONVILLE AR 72712               521P CDT       MTCN: 429-131-0110

Sender/Remitente: KEVIN LUCAS
Receiver/Destinatario: NGUYEN LAM

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago: 5,000.00 US DOLLAR
Exchange Rate/Tipo de cambio:   1.0000000


                                   Amount/Cantidad:      $ 5000.00
                                   Charge(s)/Cargos:
                                       Service/Servicio:   250.00
                                                         $ 5250.00
```

**WESTERN UNION**

Extra cash from your tax rebate? 3 great ways to send & SAVE 50% on one US to US Money in Minutes, Next Day, or Direct to Bank transfer. One discount per transfer. No cash value. Use code J5326-148593106. Expires 07/31/08.
*** Apply for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: June 30, 2008.

**Agent Signature /**
**Firma del Agente** _____

**Customer Signature /**
**Firma del Cliente** _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

*888-883-6046*
*DL #*
*SSN #*
*Business Address*



```
HARPS FOOD STORE #178              Oper ID: 708  Money Transfer Send
110 MIDTOWN SHPG CENTER             06/05/08       Envio de Dinero
BENTONVILLE AR 72712                514P CDT       MTCN: 223-031-9074

Sender/Remitente: KEVIN LUCAS
Receiver/Destinatario: NRUYEN LAM                         800-325-6000

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago: 5,000.00 US DOLLAR
Exchange Rate/Tipo de cambio:   1.0000000
```



```
                                  Amount/Cantidad:      $ 5000.00
                                  Charge(s)/Cargos:
                                    Service/Servicio:     250.00
                                                        $ 5250.00
```

Extra cash from your tax rebate? 3 great ways to send & SAVE 50% on one US to US Money in Minutes, Next Day, or Direct to Bank transfer. One discount per transfer. No cash value. Use code J5326-146592357. Expires 07/31/08.
*** Apply for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: June 30, 2008.

Agent Signature / Firma del Agente: Ron McClain
Customer Signature / Firma del Cliente:

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



```
HARPS FOOD STORE #178              Oper ID: 495  Money Transfer Send
110 MIDTOWN SHPG CENTER             12/01/08      Envio de Dinero
BENTONVILLE AR 72712                836A CST      MTCN: 185-051-6919

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: MINH THI NGUYEN

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago: 300.00 US DOLLAR
Exchange Rate/Tipo de cambio:     1.0000000
```

*suzannes*
*069.292.6945*

```
                        Amount/Cantidad:     $   300.00
                        Charge(s)/Cargos:
                           Service/Servicio:    15.00
                                             $   315.00
```

Send the gift of cash with Western Union; perfect for any holiday!
Visit www.WesternUnion.com to share holiday gift stories and send
free e-cards.
*** Sign up for your Western Union Prepaid Visa Card and the $9.95
Activation Fee will be waived. No credit check. Enroll today at
www.mycardplace.com/wuvisa3 Valid to: December 31, 2008.

Agent Signature /
Firma del Agente _____

Customer Signature /
Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



```
HARPS FOOD STORE #178            Oper ID: 495   Money Transfer Send
110 MIDTOWN SHPG CENTER          02/02/09       Envio de Dinero
BENTONVILLE AR 72712             858A CST       MTCN: 415-871-1203

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: MINH THI NGUYEN

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago:  300.00 US DOLLAR
Exchange Rate/Tipo de cambio:    1.0000000


                                 Amount/Cantidad:      $   300.00
                                 Charge(s)/Cargos:
                                    Service/Servicio:      15.00
                                 Total/Total:          $   315.00
```



Agent Signature / Firma del Agente _____

Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



```
HARPS FOOD STORE #178          Oper ID: 495   Money Transfer Send
110 MIDTOWN SHPG CENTER        12/02/08       Envio de Dinero
BENTONVILLE AR 72712           826A CST       MTCN: 964-934-0742

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: MINH THI NGUYEN

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago: 300.00 US DOLLAR
Exchange Rate/Tipo de cambio:   1.0000000


                               Amount/Cantidad:      $   300.00
                               Charge(s)/Cargos:
                                 Service/Servicio:        15.00
                                                     $   315.00
```

Send the gift of cash with Western Union; perfect for any holiday!
Visit www.WesternUnion.com to share holiday gift stories and send
free e-cards.
*** Sign up for your Western Union Prepaid Visa Card and the $9.95
Activation Fee will be waived. No credit check. Enroll today at
www.mycardplace.com/wuvisa3 Valid to: December 31, 2008.

**Agent Signature /**
**Firma del Agente** _____

**Customer Signature /**
**Firma del Cliente** _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



**Customer Receipt / Recibo del Cliente**     www.westernunion.com

HARPS FOOD STORE #178  
110 MIDTOWN SHPG CENTER  
BENTONVILLE AR 72712  

Oper ID: 495    Money Transfer Send  
08/25/08        Envio de Dinero  
837A CDT      MTCN: 579-450-7452  

Sender/Remitente: NIKKI LUCAS  
Receiver/Destinatario: NINH THI NGUYEN  
*Minh*

Available In/Disponible en: VIETNAM USD  
Payout amount/Cantidad de pago: 675.00 US DOLLAR  
Exchange Rate/Tipo de cambio:   1.00000000  

*Orphanage donation all 3 of us*

Amount/Cantidad:     $    675.00  
Charge(s)/Cargos:  
    Service/Servicio:       33.75  
    Total:            $    708.75  

*** Sign up for your Western Union Prepaid Visa Card and the $9.95  
Activation Fee will be waived. No credit check. Enroll today at  
www.mycardplace.com/wuvisa3 Valid to: September 30, 2008.

Agent Signature /  
Firma del Agente _____

Customer Signature /  
Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



```
HARPS FOOD STORE #178              Oper ID: 495   Money Transfer Send
110 MIDTOWN SHPG CENTER            10/27/08       Envio de Dinero
BENTONVILLE AR 72712               915A CDT       MTCN: 715-918-1792

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: AGNES TUYET NGA LATRACE

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago: 1,000.00 US DOLLAR
Exchange Rate/Tipo de cambio:   1.0000000
```

*baby Lan*

```
                                   Amount/Cantidad:      $ 1000.00
                                   Charge(s)/Cargos:
                                       Service/Servicio:    50.00
                                       Total/Total:      $ 1050.00
```

*** Sign up for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: December 31, 2008.

Agent Signature /
Firma del Agente _____

Customer Signature /
Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



Customer Receipt / Recibo del Cliente                     www.westernunion.com

```
HARPS FOOD STORE #178              Oper ID: 234  Money Transfer Send
110 MIDTOWN SHPG CENTER  Minh      09/12/08      Envio de Dinero
BENTONVILLE AR 72712               1053A CDT     MTCN: 863-713-5628

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: MINH THI  Nguyen

Available In/Disponible en: VIETNAM
Payout amount/Cantidad de pago: 14,773,000 DONG
Exchange Rate/Tipo de cambio:      16414.200
```

baby # all 30 of us

```
                              Amount/Cantidad:    $  900.00
                              Charge(s)/Cargos:
                                Service/Servicio:    45.00
                              Total:              $  945.00
```

**WESTERN UNION**

*** Sign up for your Western Union Prepaid Visa Card and the $9.95
Activation Fee will be waived. No credit check. Enroll today at
www.mycardplace.com/wuvisa3 Valid to: September 30, 2008.

Agent Signature / Firma del Agente _____    Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



```
HARPS FOOD STORE #178              Oper ID: 234   Money Transfer Send-Modified
110 MIDTOWN SHPG CENTER            09/12/08       Envio de Dinero-Modificar
BENTONVILLE AR 72712               1058A CDT      MTCN: 863-713-5628

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: MINH THI NGUYEN

Available In/Disponible en: VIETNAM
Payout amount/Cantidad de pago: 14,773,000 DONG
Exchange Rate/Tipo de cambio:    16414.200


                                   Amount/Cantidad:      $  900.00
                                   Charge(s)/Cargos:
                                     Service/Servicio:      45.00
                                                         $  945.00
```

Agent Signature / Firma del Agente    Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTA DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



Customer Receipt / Recibo del Cliente  www.westernunion.com

```
HARPS FOOD STORE #178            Oper ID: 222   Money Transfer Send
110 MIDTOWN SHPG CENTER          10/04/08       Envio de Dinero
BENTONVILLE AR 72712             927A CDT       MTCN: 796-380-0675

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: MINH  THI NGUYEN

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago: 300.00 US DOLLAR
Exchange Rate/Tipo de cambio:   1.0000000
```

*957-317-0449*
*Robert Craig*

```
                                 Amount/Cantidad:      $  300.00
                                 Charge(s)/Cargos:
                                     Service/Servicio:    15.00
                                     Total:           $  315.00
```

**WESTERN UNION**

*** Sign up for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: December 31, 2008.

Agent Signature / Firma del Agente _____    Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

```
HARPS FOOD STORE #122              Oper ID:   27  Money Transfer Send
710 W CENTERTON BLVD               11/04/08       Envio de Dinero
CENTERTON AR 72719                 905A EST       MTCN: 287-179-6998

Sender/Remitente: NIKKI  LUCAS
Receiver/Destinatario: MINH THI NGUYEN

Available In/Disponible en: VIETNAM
Payout amount/Cantidad de pago: 5,001,000 DONG
Exchange Rate/Tipo de cambio:   16667.640


                                   Amount/Cantidad:     $  300.00
                                   Charge(s)/Cargos:
                                      Service/Servicio:    15.00
                                              Total:    $  315.00


Send the gift of cash with Western Union; perfect for any holiday!
Visit www.WesternUnion.com to share holiday gift stories and send
free e-cards.
*** Sign up for your Western Union Prepaid Visa Card and the $9.95
Activation Fee will be waived. No credit check. Enroll today at
www.mycardplace.com/wuvisa3 Valid to: December 31, 2008.
```

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENC PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTIO WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIF OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING TH TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEIN TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUN( TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



www.westernunion.com

```
 FOOD STORE #178                    Oper ID: 708  Money Transfer Send
 MIDTOWN SHPG CENTER                05/09/08      Envio de Dinero
 NTONVILLE AR 72712                 730A CDT      MTCN: 573-___-8523
```

Sender/Remitente: NIKKI LUCAS
Receiver/Destinatario: NGUYEN DINH LAM

Available In/Disponible en: VIETNAM USD
Payout amount/Cantidad de pago: 1,000.00 US DOLLAR
Exchange Rate/Tipo de cambio: 1.0000000

```
                            Amount/Cantidad:    $ 1000.00
                            Charge(s)/Cargos:
                               Service/Servicio:   50.00
                            Total/Total:        $ 1050.00
```

**WESTERN UNION**

Debit Card/Tarjeta de Debito:
   Authorization Code  581146

Extra cash from your tax rebate? 3 great ways to send & SAVE 50% on one US to US Money in Minutes, Next Day, or Direct to Bank transfer. One discount per transfer. No cash value. Use code J5326-139951305. Expires 07/31/08.
*** Apply for your Western Union Prepaid Visa Card and the $9.95 Activation Fee will be waived. No credit check. Enroll today at www.mycardplace.com/wuvisa3 Valid to: June 30, 2008.

Agent Signature /
Firma del Agente _____

Customer Signature /
Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENC PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTIO WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIF OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING TH TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEIN TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA S TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO S INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNC TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. / FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



# Western Union Money Transfer Form

**Western Union® Gold Card or phone number**

3:10-cv-00671-JMM Document 23-8 Filed 11/15/10

**OR #**

**Gold Card Members: Fill out yellow shaded areas only**
Titulares de la Tarjeta Dorada: Completar los recuadros amarillos únicamente

**Agent Use Only** / Sólo Para Uso del Agente
**Money Transfer Control Number** / Número de Control de Envío de Dinero (MTCN)

## Sending Money to / Envío de Dinero a:
- [ ] USA
- [x] International (excludes Mexico) / Internacional (no incluye a México)

Country/País: **VIETNAM**

## Services / Servicios
- [x] Money in Minutes / Dinero en Minutos
- [ ] Next Day (where available) / Dinero Día Siguiente (según disponibilidad)

## 1. Receiver Information / Información del Destinatario

- Dollar Amount: **$1000.00**
- First Name: [redacted]
- Paternal Last Name: [redacted]
- Maternal Last Name: **[illegible] VIETNAM**
- Expected Payout Location: **HANOI**
- City/Ciudad: **HANOI**
- State/Estado: **VIETNAM**

## 2. Sender Information / Información del Remitente

- First Name: [illegible]
- Last Name: [illegible]
- Phone/Teléfono: **479-685-3914**
- Email: **kevinici@cox.net**
- Street: **3102 NW ALBERTA**
- City/Ciudad: **BENTONVILLE**
- State/Estado: **AR**
- Zip/Código Postal: **72712**

## 3. Additional Services / Servicios Adicionales

The following services are available to some destinations for an additional fee / Los siguientes servicios están disponibles para ciertos destinos por un costo adicional:

- [ ] Send message to Receiver / Enviar este mensaje al Destinatario
- [ ] Call my Receiver when funds are available / Llamar al Destinatario cuando los fondos estén disponibles
- [ ] Deliver cash or check/draft to my Receiver / Entregar efectivo o cheque a mi Destinatario

## 4. Consumer Signature / Firma del Cliente

X [signature]

## Test Question / Pregunta de Prueba

If sending under $1,000, and a U.S. receiver has no identification, you may provide a test question and answer. Si la cantidad enviada es inferior a $1,000 y el destinatario en EE.UU. no posee un documento de identidad, se podrá proporcionar una pregunta de prueba y su respuesta.

Question (limit 4 words) / Pregunta (un máximo de cuatro palabras) — Answer/Respuesta

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ♦ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ♦ ² When sending $1,000 or more, the sender must provide identification and additional information. ♦ Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions.

ADEMÁS DEL CARGO POR EL ENVÍO, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. CONSULTE LOS DOCUMENTOS ANEXOS PARA OBTENER MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDAS. ♦ CUANDO EL TIPO DE CAMBIO PARA LA TRANSACCIÓN SE HAYA FIJADO AL MOMENTO DE ENVIAR EL DINERO, LA MONEDA DE PAGO Y EL TIPO DE CAMBIO APLICADO SE INDICARÁN EN EL RECIBO DEL CLIENTE. EN CASO CONTRARIO, EL TIPO DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO COBRE EL DINERO. ♦ ² Para enviar una cantidad mayor o igual a $1,000, el remitente deberá proporcionar un documento de identidad y otros datos adicionales. ♦ Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los documentos anexos. La firma de este recibo es válida como expresión de consentimiento con tales términos y condiciones.

**WESTERN UNION**

Date/Fecha — Time/Hora — Agent's Signature / Firma del Agente

**Customer Copy**

DFMTOSNDB 04/08