*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*

First Amended Complaint

# Exhibit I

#4

We were contacted by Marie "Liane" LaTrace in April of 08 from Vietnam by phone. She stated she was part of the Little Pearls staff in Vietnam. She called and asked if we "still wanted to adopt?" We of course said "yes" and she said she could still help us. She said she had been trying to find us after Debbie "went away" and that she "wanted to help the babies". She told us that she had our dossiers in the office and they were "ready to go if we still wanted to adopt." She told us that she works at the orphanage in Nam Dinh and that there are babies available and the orphanage director said "he was ready for us and would start getting kids ready for adoption", and that she would be taking our documents to Dr. Long "tomorrow" to process.

We remained in constant communication from April 08 through Feb 09 with either Marie/Liane/Agnes, Thao (who was her office help), or Lam(office help), sometimes daily and sometimes weekly.

Marie stated early on in conversations, all via phone, that Debbie quite paying the staff in Vietnam and quite paying the rent. Marie explained the seriousness of this as Mr. Tao's name was on the License and if they lost him or the office, the License would be null and void, and we would no longer be able to adopt unless we could get another agency to take us on. Marie stated that Lam had not been paid in 10 months, Tao in 7 months and Marie herself in 4-5 months. Marie told us that "in 15 yrs of doing this, she has never had anyone stuck and not able to come home with their child". Marie told us that there were 4 babies all ready in Nam Dinh and that in "4-5 months we would be home with the baby with no problems." And she stated that after we are home with our babies, she would close down the Vietnam office. Marie also stated that Debbie has no clue on how to do adoptions. She also said she told Debbie when she was in Vietnam in the orphanages that she "cannot take pictures of the babies, but she wouldn't listen", of which she came back to the states and posted on the internet that sadly lured us in to this emotional disaster.

Late June Marie told us that The Craig Family was having their documents set to the Embassy for processing by July 1 and that she would have ours done 2-3 days later. She would scan in and send us the documents and send us photo updates of the baby. She stated that Dr Long was already finished and now we are just waiting on the Orphanage, the MOJ, and then the Embassy. She told us that Sept 1 was the end of the agreement to do adoptions and "adoptions will cease, unless we are in process", and we were so we would be "ok, and grandfathered in." During this time, Marie had asked us if we would take this little boy that was available, she sent us his information and we stated we would like to say "no" and keep on with our desire to get a girl. Somehow Mr. Phuc, the orphanage director, "was under the impression we were taking him, and had his paperwork done for us." He was very angry, and didn't want us to continue to adopt, for "backing out" on this child he had for us, so Marie suggested we send money to him to cover the expenses of redoing the paperwork.

We began to see a major slow down, had not gotten really anywhere with our paperwork by July and August, and were beginning to get nervous. When we would speak with Marie, she would always have a reasonable reason as to why. "Paperwork is waiting for signatures", "ministry of justice was out due to the major floods they had that summer, so no one there to process papers", "translation wasn't finished", "Marie is in Nam Dinh working at the orphanage and not able to work on paperwork". She wasn't able to get updated photos, because her camera was "broken". Marie was told to go to a

"summit meeting" by Dr Long regarding the processing of adoptions from this point and the agreement with the US and Vietnam. Marie was gone for a week to that and had to stop working on our papers till she went to this "summit meeting". Early to Mid August, we got the news that Nam Dinh was shut down due to the "child trafficking" that was taking place. She told us that "the police and orphanage directors shut down ANY paperwork and we had to wait it out until it is all sorted out, and that it hadn't taken place in the orphanage where our girl was, everything was ok, we just had to be patient." We were concerned as the Sept 1 date was approaching; we began calling Senators to seek help. Marie and Dept of State both told us that if we were in process, and had a "referral" we would be fine, we would be able to finish. Marie assured us that "yes, we do indeed have a referral." She wasn't able to send us an update photo because "someone was in the orphanage, and she is not supposed to take pictures."

Very little progressed beyond this point, the Provincial police and authorities shut everything down in Nam Dinh and we were stuck. I contacted the Senators and they told me that I really didn't have a referral since my paperwork wasn't "done" by Sept 1 regardless of the circumstances and that was that.

Marie continued to assure us that Dr Long would help us sort it out, he was meeting continually with the US and they were working through these situations like ours to help us finish up. Marie told us, "I try to go to church, you have to know where my heart is, I cannot be like those people." Her desire was to get the babies homes.

Late Nov, early Dec, Marie told us that everything would be "done very soon and that we would be ready to submit to the Embassy, and that Dr Long and US were working together, and that first week of January, everything will be NEW" that the they had come to an agreement to process all the people that were in the middle of stuff when Sept 1 came.

January came and nothing was different, she continued to assure us that the changes were coming, to just be patient. We asked again for a picture, and she finally sent us an "updated photo". When we got the picture of the child, she was the same size, same hair length, same features as the original photo we received of her back in June. Also, the child was on the floor, a wood floor with a couch in the background, not a picture of a child in an orphanage, but of one in a home. We knew at that point, we were had.

The families and us got together in the very early communications with Marie and agreed to send money over to help support and cover expenses while she was helping us to bring our child home. Here is a summary of the expenses, our portion that was sent to Marie or Little Pearls staff/representatives over in Vietnam

Rent- May to Oct-$875

Rent-Nov to May-$1170

Office Phone Bill-$440

Maries Summit Meeting Cost-$565

Baby Vihn Referral Money-$10,000

Baby Lan Referral Money-$1000 (we were going to try and bring 2 kids home)

Orphanage Donation-$125

Camera to take pictures-$120

Mr. Phuc boy document redoing mistake-$1000

Sent a box of baby stuff for the orphanage at Christmas-$100

One family didn't pay her portion for all the rent, summit and phone so we divided it up between the rest of us-$795

Baby support money (to care for and buy formula etc)-Sept-$300, Oct-$300, Nov-$300, Dec-$300, Jan-$300, Feb-$300


This doesn't include any other expenses we had for this adoption; this is just strictly moneys that we sent directly to Vietnam.

#4

**Date:** Thursday, October 25, 2007 10:20 PM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Re: agreement

Hey Nikki,
It is possible. We are placing twin boys in our first group. If you take 2 children at once the country fees are the same, $12,000 each but the agency fee for one is $7500 and for the second is $3500. We should have 3 new babies up on precious within the next 24 hours.
It was nice talking to you.
Suzanne said she talked with you.
Cordially,
Debbie Fischer
----- Original Message -----
From: <kevinici@cox.net>
To: "Debbie Fischer" <dfische1@tampabay.rr.com>
Sent: Thursday, October 25, 2007 10:01 PM
Subject: Re: agreement

> Hey Debbie, what would the likely hood be of getting twin infant girls?
>
> Do we pay double agency fees if we do 2 at once?
>
> Thanks, it was great talking with you!
> Nikki
>
> ---- Debbie Fischer <dfische1@tampabay.rr.com> wrote:
>

**Date:** Monday, October 29, 2007 8:55 AM
**From:** Debbie Fischer <dfische1@tampabay.rr.com>
**To:** kevinici@cox.net
**Subject:** Re: agreement

Hi, Nikki,
We will be having our first 10 families travel after the first of the year.
We have 13 referrals to date----- Original Message -----
From: <kevinici@cox.net>
To: "Debbie Fischer" <dfische1@tampabay.rr.com>
Sent: Sunday, October 28, 2007 3:52 PM
Subject: Re: agreement

> Hi, Debbie,
>
> sorry, more questions:) I promise they will come to an end:)
>
> I forgot to ask Suzanne, how long before they travel? and how long
> between the referrals and the travel? this is your first batch of
> placements correct??? also, do the families travel over together in a
> group, or is it each individual family at a time? are they escorted
> there/or when over there, or you on your own?
>
> I think that is it...for now anyway:)...also, my agency will not share my
> homestudy, but I did find someone to do it, and they know that we already
> have a current one, so they didn't think it would take long to complete.
>
> Thanks
> Nikki
> ---- Debbie Fischer <dfische1@tampabay.rr.com> wrote:
>> Hey Nikki,
>> It is possible. We are placing twin boys in our first group. If you
>> take 2
>> children at once the country fees are the same, $12,000 each but the
>> agency
>> fee for one is $7500 and for the second is $3500. We should have 3 new
>> babies up on precious within the next 24 hours.
>> It was nice talking to you.
>> Suzanne said she talked with you.
>> Cordially,
>> Debbie Fischer
>> ----- Original Message -----
>> From: <kevinici@cox.net>
>> To: "Debbie Fischer" <dfische1@tampabay.rr.com>
>> Sent: Thursday, October 25, 2007 10:01 PM
>> Subject: Re: agreement
>>
>>
>> > Hey Debbie, what would the likely hood be of getting twin infant girls?
>> >
>> > Do we pay double agency fees if we do 2 at once?
>> >
>> > Thanks, it was great talking with you!
>> > Nikki
>> >
>> > ---- Debbie Fischer <dfische1@tampabay.rr.com> wrote:
>> >
>>
>>
>

#4

**Date:** Friday, June 6, 2008 12:02 AM
**From:** littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
**To:** kevinici@cox.net
**Subject:** Re: Concerned?

Dear Nikki, I want to know your ideas about accepting Vinh or not. Because Mr Phuc wants to know about it. If you do not accept Vinh, he will send her to another family. And Marie told me that, she can not contact you, but she said that If you do everything slow, it will make other documents of you and others are slow too,( summer documents and Crystal documents are waitting you.) So please tell me what you want. Thank you. Have a good night. Thao

--- On **Thu, 6/5/08, kevinici@cox.net <*kevinici@cox.net*>** wrote:

> From: kevinici@cox.net <kevinici@cox.net>
> Subject: Re: Concerned?
> To: "littlepearlsagency vn" <littlepearlsagency_vn@yahoo.com>
> Date: Thursday, June 5, 2008, 6:18 AM
>
> I will take to my Doctors today and get them to look at the results.
>
> Thanks
> Nikki
> ---- littlepearlsagency vn <littlepearlsagency_vn@yahoo.com> wrote:
> > Dear Nikki,
> > I hope you got the Vinh's Medical that I attach to you. If
> you want , I will take it to  translation center,
> they will transfer it  into English and  I will
> scan, and then send it to you. but it will take us 2 days for having
> it back from the translator. so I want to know your idea.
> > Hope to hear from you soon.
> > have a nice day!
> > Thao.
> > by the way, I will attach you the letter, If you agree to accept Vinh,
> please fill in the letter. Thank you.
> > --- On Wed, 6/4/08, kevinici@cox.net <kevinici@cox.net>
> wrote:
> >
> > From: kevinici@cox.net <kevinici@cox.net>
> > Subject: Re: Concerned?
> > To: littlepearlsagency_vn@yahoo.com
> > Date: Wednesday, June 4, 2008, 8:45 PM
> >
> > Dear Thao,
> >
> > This may help, or not, but if you need to tell Mr Phuc we have the money
> in our
> > account waiting to send for Vinh as soon as we get the contract and the
> medical
> > information. That may make him HAPPY?
> >
> > Thank You
> > Nikki
> >
> >
> > ---- littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
> wrote:
> > > Dear Nikki,
> > >  
> > > I know that you are worrying. As you know, he was like you said.
> and we
> > are trying to persuade him to keep calm and to day, everything is better.
> > because of the transfer from Thang by Vinh, two decisions are not right
> enough
> > so they needed to be correct. you know, only one letter wrong, we have to
> do it
> > again. so tomorrow I will go to the Justice Department and take another

one and
> then go to meet Mr Phuc. I will give you update tomorrow.
> >  
> > have a nice day!
> >  
> > Thao
> >
> >
> > --- On Tue, 6/3/08, kevinici@cox.net
<kevinici@cox.net>
> wrote:
> >
> > From: kevinici@cox.net <kevinici@cox.net>
> > Subject: Concerned?
> > To: littlepearlsagency_vn@yahoo.com
> > Date: Tuesday, June 3, 2008, 6:50 PM
> >
> > Hi Thao,
> >
> > Should we be worried about not getting letter or info on Vinh?
With Mr
> Phuc
> > being mad at us already, I just don't know if we should be
worried
> about
> > not getting our stuff on little girl?
> >
> > Thanks
> > Nikki
> >
> >
> >
>
>
>

#42N

**Date:** Wednesday, June 4, 2008 10:54 PM
**From:** littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
**To:** kevinici@cox.net
**Subject:** Re: Concerned?

Dear Nikki,

I got the decision and take it to Mr Phuc and may be tomorrow he will get some paper works from the center. Marie told me to tell you that when you receive the Medical you should send money to Mr Lam so that he can do next step.

Now I will attach you the medical of Vinh.

it is French language, I hope you can ask anybody who can read it.

and can you write a letter following the before one form with the content that you accept Tran Thi Vinh , Date of Birth: 25/11/2007, Sex: Female, Resident in Trung Tam bao tro xa hoi tinh Nam Dinh to become your daughter in future and then send it to me as soon as you can.

Thank you so much.

Thao

--- On **Tue, 6/3/08, kevinici@cox.net *<kevinici@cox.net>*** wrote:

> From: kevinici@cox.net <kevinici@cox.net>
> Subject: Concerned?
> To: littlepearlsagency_vn@yahoo.com
> Date: Tuesday, June 3, 2008, 6:50 PM
>
> Hi Thao,
>
> Should we be worried about not getting letter or info on Vinh? With Mr Phuc being mad at us already, I just don't know if we should be worried about not getting our stuff on little girl?
>
> Thanks
> Nikki



TRAN THI VINH
0124278

Nguyen Thi Anh Thu
H-Clinic
24 T1 HOANG DAO THUY
HA NOI

Date de prélèvement: 29/05/08 11H30M

Ref: 8052918442/1

Age: 06M

| | résultat | unité | val.de réf. | antérieur |
|---|---|---|---|---|
| **HEMATOLOGIE** | | | | |
| NUMERATION GLOBULAIRE | | | | |
| Globules Blancs | 9.5 | K/uL | ( 6.0 - 15.0) | |
| Globules Rouges | 4.71 | M/uL | ( 3.70- 4.80) | |
| Hémoglobine | 12.1 | g/dl | ( 11.0- 13.0) | |
| Hématocrite | 35.1 | % | ( 33.0- 39.0) | |
| V.G.M. | * 74.5 | fL | ( 80.0- 100.0 | |
| T.G.M.H. | * 25.7 | pg | ( 28.0- 33.0) | |
| C.C.M.H. | 34.5 | g/dl | ( 31.0- 36.0) | |
| PLAQUETTES | H 471 | K/uL | (150 - 450 ) | |
| FORMULE LEUCOCYTAIRE | | | | |
| Poly. neutrophiles | * 25.0 | % | ( 35.0- 45.0) | |
| | soit2.4 | K/uL | | |
| Poly. éosinophiles | 2.0 | % | ( 1.0 - 5.0 ) | |
| | soit0.2 | K/uL | | |
| Poly. basophiles | 0.0 | % | ( 0.0 - 1.0 ) | |
| | soit0.0 | K/uL | | |
| Lymphocytes | H 68.0 | % | ( 44.0- 56.0) | |
| | soit6.5 | K/uL | | |
| Monocytes | 5.0 | % | ( 2.0 - 8.0 ) | |
| | soit0.5 | K/uL | | |

SEROLOGIE

SEROLOGIE SYPHILIS

| | |
|---|---|
| Réaction VDRL Latex | NEGATIF(VE) |
| Réaction T.P.H.A. | NEGATIF(VE) |

(.../...)



124278
TRAN THI
VINH
DOB : 25/11/2007
GEN : F

**APPAREIL RESPIRATOIRE**

Dyspnée: NTV
Tirage:
Fréquence respiratoire: 30/min
Auscultation des deux champs pulmonaires:
Autre: normal

**APPAREIL DIGESTIF**

Cicatrice abdominale: normal
Auscultation abdominale:
Hépatomégalie:
Orifices herniaires: NTV
Examen de l'anus: normal Selles: normal

**APPAREIL UROGENITAL**

Palpation des fosses lombaires:
Fille: Vulve: normal
Garçon: Testicules:
Phimosis:

**APPAREIL LOCOMOTEUR**

Position:
Mobilité des articulations: normal
Dysplasie des hanches:
Anormalies orthopédiques: / NTV

**APPAREIL NEUROLOGIQUE (en fonction de l'âge)**

Mobilité spontanée:
Réflexe de grasping:
Mouvement anormal:
Réaction aux stimulis sonores: / normal
Redressement du tronc:
Réflexes ostéotendineux:
Etat d'éveil en fonction de l'âge:

**ETAT DE LA PEAU**

Tâches: normal
Malformation

**OPHTALMOLOGIE** normal

**ORL** normal

**BILAN BIOLOGIQUE: NFS, HBsAg, VIH et VDRL ( Resultats ci-joints)** HIV : Normal

**CONCLUSION:** Examen clinique Normal

Fait à l'HFH, le 20-5-2008

. Nguyễn Anh Thư
Pédiatrie

124278
TRAN THI
VINH
DOB : 25/11/2007
GEN : F

**APPAREIL RESPIRATOIRE**

Dyspnée:
Tirage: non
Fréquence respiratoire: 30/min
Auscultation des deux champs pulmonaires:
Autre: normal

**APPAREIL DIGESTIF**

Cicatrice abdominale: normal
Auscultation abdominale:
Hépatomégalie:
Orifices herniaires: non
Examen de l'anus: normal

Selles: normal

**APPAREIL UROGENITAL**

Palpation des fosses lombaires:
Fille: Vulve: normal
Garçon: Testicules:
Phimosis:

**APPAREIL LOCOMOTEUR**

Position:
Mobilité des articulations: normal
Dysplasie des hanches:
Anormalies orthopédiques: / non

**APPAREIL NEUROLOGIQUE (en fonction de l'âge)**

Mobilité spontanée:
Réflexe de grasping:
Mouvement anormal:
Réaction aux stimulis sonores: / normal
Redressement du tronc:
Réflexes ostéotendineux:
Etat d'éveil en fonction de l'âge:

**ETAT DE LA PEAU**

Tâches: normal
Malformation

**OPHTALMOLOGIE** normal

**ORL** normal

**BILAN BIOLOGIQUE: NFS, HBsAg, VIH et VDRL ( Resultats ci-joints)** ruc normal

**CONCLUSION:** Examen clinique normal

Fait à l'HFH, le 29-5-2008

Dr. Nguyễn Anh Thu
Pédiatrie



TRAN THI VINH H-Clinic

Ref : 8052918442/1 Date de prélèvement: 29/05/08

| | résultat | unité | val.de réf. | antérieur |
|---|---|---|---|---|
| SEROLOGIE HEPATITIS B | | | | |
| Antigene HBs | NEGATIF | | | |
| DIAGNOSTIC SEROLOGIQUE HIV | NEGATIF(VE) | | | |
| SEROLOGIE HCV | | | | |
| Anticorps anti-HCV | NEGATIF | | | |

SIGNATURE DU LABORATOIRE :

Page: 002

** édition finale



#4

**Date:** Sunday, June 1, 2008 9:07 PM
**From:** littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
**To:** kevinici@cox.net
**Subject:** Re: Fwd: Nikki Lucas' Letter

Dear Nikki,

I can open it and print it. may be that's fault because of my computer. I am so sorry.
So now I will go to The Justice Department. and I think you will need to fill one more paper that you agree to receive Vinh is your future daughter. I will attach you one more letter, If need to do something, you can go ahead because tomorrow you can send this letter back to me.
thank you and I hope everything will be ok so you can hold your baby soon!

I love your daughter, she is so lovely and beautiful. ☺

Have a goodnight.

Thao.

We still held out hope that we would hold our daughter & after all this disaster, we would actually see her & hold her!

--- On **Sun, 6/1/08, kevinici@cox.net *<kevinici@cox.net>*** wrote:

From: kevinici@cox.net <kevinici@cox.net>
Subject: Fwd: Nikki Lucas' Letter
To: littlepearlsagency_vn@yahoo.com
Date: Sunday, June 1, 2008, 4:36 AM

Here is the letter that I emailed you on Thursday, please let me know if you dont get it I am sorry you did not get it the first time. It is signed and scanned in.
Thanks
Nikki Lucas
> Subject: Nikki Lucas' Letter
> Date: Thu, 29 May 2008 08:27:55 -0500
> From: "Kathy" <kathyhader@postnetbentonville.com>
> To: <kevinici@cox.net>,
<littlepearlsagency_vn@yahoo.com>
>
> Sent on behalf of Nikki Lucas at 479-685-3404
>
> Thank you very much,
>
> PostNet - NWA's Copy and Print Center on Steroids
> Right next to Starbucks Coffee...only 5 blocks from the Wal-Mart Home Office
> 1401 So. Walton Blvd, Suite 9
> Bentonville, AR 72712
> 479-254-8600 (voice and fax)
>

---

>
> Read our 50+ articles to improve your business at: http://www.postnetbentonville.com/index.iml?mdl=ideas.mdl
>
> Vendor Support services can be reviewed at: http://www.postnetbentonville.com/index.iml?mdl=selections/view.mdl&PAGE_ID=29764
>
> Upload your files to our website at: www.NWACopyandPrint.com and follow the "Send a File" link
>

**Date:** Friday, May 30, 2008 8:08 AM
**From:** littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
**To:** kevinici@cox.net
**Subject:** Re: Thangs results

Dear Nikki,

I will attach to you your baby girl daughter's photo! as I know,she is 6 months old girl and she is really lovely.you can realize that in the photo that I send you!

have a nice day.

thao.

--- On **Wed, 5/28/08, kevinici@cox.net <*kevinici@cox.net*>** wrote:

From: kevinici@cox.net <kevinici@cox.net>
Subject: Re: Thangs results
To: littlepearlsagency_vn@yahoo.com
Date: Wednesday, May 28, 2008, 6:54 AM

Good morning Thao...

Thank you for new on baby girl, and we will be patient.

My husband and I talked and we were not able to sell what we needed for extra money for 2 babies. Please tell Marie and Mr Phuc that we will be doing 1 baby girl only. Please thank Marie and Mr Phuc for us for all their patience and hard work, and we are sorry we cannot get the money for 2. Thang is beautiful and we want him to have a great home. Tell Mr Phuc to go ahead and find him a family.

Thank you Thao for all your hard work, I am anxious to see baby!

Good night for you
Nikki Lucas
---- littlepearlsagency vn <littlepearlsagency_vn@yahoo.com> wrote:
> Dear you,
>  
> I have a good new for you. tomorrow i will go to the Justice Department to require a decision for your 3 months old girl. and from now on, we will start with her documents but I have to tell you that it will take us rather a long time to complete. so please be patient.
> by the way, I think you  are wondering about Thang. I have to answer for Mr Phuc that you agree or not, If not, he will give him to another family. and we  will find for you another girl baby, I want to know your thingking soon. I can not contact Marie now, I just know that there is a trouble with her car so she can not return Ha noi today. may be tomorrow,in the early morning she will be in Ha noi.
>  
> I hope to hear from you soon.
> Thank you
> Thao
>  
>
>
> --- On Tue, 5/27/08, kevinici@cox.net <kevinici@cox.net> wrote:
>
> From: kevinici@cox.net <kevinici@cox.net>
> Subject: Re: Thangs results
> To: littlepearlsagency_vn@yahoo.com
> Date: Tuesday, May 27, 2008, 9:37 PM

```
>
> ok...thank you
>
> any news about the girl?
>
> you have a good night to
> Thanks
> Nikki
> ---- littlepearlsagency vn &lt;littlepearlsagency_vn@yahoo.com&gt;
wrote:
> &gt; Dear you,
> &gt; Marie will be at the office in the evening and then she will
immediately
> come to Mr Phuc and ask him for the Medical and I will scan it to you
asap.
> &gt; Have a good night.
> &gt; THao
> &gt;
> &gt; --- On Mon, 5/26/08, kevinici@cox.net
&amp;lt;kevinici@cox.net&amp;gt;
> wrote:
> &gt; From: kevinici@cox.net &amp;lt;kevinici@cox.net&amp;gt;
> &gt; Subject: Re: Thangs results
> &gt; To: littlepearlsagency_vn@yahoo.com
> &gt; Date: Monday, May 26, 2008, 8:36 PM
> &gt;
> &gt; Hello Thao,
> &gt;
> &gt; Is there any word on the 3 month old girl?
> &gt;
> &gt; Thanks
> &gt; Nikki
> &gt; ---- littlepearlsagency vn
&amp;lt;littlepearlsagency_vn@yahoo.com&amp;gt;
> wrote:
> &gt; &amp;gt; Greeting Nikki,
> &gt; &amp;gt; &amp;amp;nbsp;
> &gt; &amp;gt; Please, fill in the letter that I sent you in which
you agree to
> accept
> &gt; Thang is your son in future. To day, I've returned from The
Justice
> &gt; Department of Viet Nam, he gave me a paper requiring you to
accept the
> child.
> &gt; we need the letter from you &amp;amp;nbsp;to do next step.
> &gt; &amp;gt; Thank you. I am looking forward to hearing from you
soon.
> &gt; &amp;gt; &amp;amp;nbsp;
> &gt; &amp;gt; Have a good night.
> &gt; &amp;gt; &amp;amp;nbsp;
> &gt; &amp;gt; Thao.
> &gt; &amp;gt;
> &gt; &amp;gt; --- On Fri, 5/23/08, kevinici@cox.net
> &amp;amp;lt;kevinici@cox.net&amp;amp;gt;
> &gt; wrote:
> &gt; &amp;gt;
> &gt; &amp;gt; From: kevinici@cox.net
&amp;amp;lt;kevinici@cox.net&amp;amp;gt;
> &gt; &amp;gt; Subject: Re: Thangs results
> &gt; &amp;gt; To: littlepearlsagency_vn@yahoo.com
> &gt; &amp;gt; Date: Friday, May 23, 2008, 4:41 AM
> &gt; &amp;gt;
> &gt; &amp;gt; that is ok,
> &gt; &amp;gt;
> &gt; &amp;gt; Thank you Thao for trying!
> &gt; &amp;gt;
> &gt; &amp;gt;
> &gt; &amp;gt; ---- littlepearlsagency vn
> &amp;amp;lt;littlepearlsagency_vn@yahoo.com&amp;amp;gt;
> &gt; wrote:
> &gt; &amp;gt; &amp;amp;gt; Dear you,
> &gt; &amp;gt; &amp;amp;gt; &amp;amp;amp;nbsp;
```

> > > > I asked the vice- director of the
orphan center (
> his name is
> > Phuc) but he
> > > did not agree to allow us get it one more time, so I
can not take
> it to go
> > for
> > > photo or translate. he is rather a strict person. so
it's
> really
> > difficult.
> > >
> > > > Can you do anything to make the
scan that I send you
> more
> > clearly?
> > > > I'll try to ask him when he is
in a good mood. I
> hope that is
> > lucky
> > > time.
> > > >  
> > > > have a nice day.
> > > >  
> > > > Thao.
> > > >
> > > >
> > > > --- On Thu, 5/22/08,
kevinici@cox.net
> > <kevinici@cox.net>
> > > wrote:
> > > >
> > > > From: kevinici@cox.net
> <kevinici@cox.net>
> > > > Subject: Re: Thangs results
> > > > To: littlepearlsagency_vn@yahoo.com
> > > > Date: Thursday, May 22, 2008, 9:06
PM
> > > >
> > > > Dear Thao
> > > >
> > > > great, can you have it translated,
and please let me
> know what
> > the fee is
> > > for
> > > > that...
> > > >
> > > > can you go ahead and send me the
Vietnam document
> now, and I can
> > see if I
> > > can
> > > > get some information
> > > >
> > > > THanks
> > > > Nikki
> > > > ---- littlepearlsagency vn
> >
<littlepearlsagency_vn@yahoo.com>
> > > wrote:
> > > >
> > > >
> > > >
> > >
> > >
> > >
> >
> >
> >
>
>

>




**Date:** Wednesday, May 28, 2008 8:42 AM
**From:** littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
**To:** kevinici@cox.net
**Subject:** Re: Thangs results

Dear you,

I have a good new for you. tomorrow i will go to the Justice Department to require a decision for your 3 months old girl. and from now on, we will start with her documents but I have to tell you that it will take us rather a long time to complete. so please be patient.

by the way, I think you are wondering about Thang. I have to answer for Mr Phuc that you agree or not, If not, he will give him to another family. and we will find for you another girl baby, I want to know your thingking soon. I can not contact Marie now, I just know that there is a trouble with her car so she can not return Ha noi today. may be tomorrow,in the early morning she will be in Ha noi.

I hope to hear from you soon.

Thank you

Thao

--- On **Tue, 5/27/08, kevinici@cox.net *<kevinici@cox.net>*** wrote:

> From: kevinici@cox.net <kevinici@cox.net>
> Subject: Re: Thangs results
> To: littlepearlsagency_vn@yahoo.com
> Date: Tuesday, May 27, 2008, 9:37 PM
>
> ok...thank you
>
> any news about the girl?
>
> you have a good night to
> Thanks
> Nikki
> ---- littlepearlsagency vn <littlepearlsagency_vn@yahoo.com> wrote:
> > Dear you,
> > Marie will be at the office in the evening and then she will immediately come to Mr Phuc and ask him for the Medical and I will scan it to you asap.
> > Have a good night.
> > THao
> >
> > --- On Mon, 5/26/08, kevinici@cox.net <kevinici@cox.net> wrote:
> > From: kevinici@cox.net <kevinici@cox.net>
> > Subject: Re: Thangs results
> > To: littlepearlsagency_vn@yahoo.com
> > Date: Monday, May 26, 2008, 8:36 PM
> >
> > Hello Thao,

#4

**Date:** Tuesday, April 22, 2008 4:11 AM
**From:** littlepearlsagency vn <littlepearlsagency_vn@yahoo.com>
**To:** kevinici@cox.net
**Subject:** Re: paperwork-Lucas

Mrs Nichole,

I've returned from the Justice Department of Viet Nam. It's a good new for you. they accepted our files and they said 3 days later, they will give us decision to do some more procedures. Then you and your husband can meet your children. in a short time later. I think they will be happy to have so kind parents like you. Don't be worry because everything is so good until now. I will give you the latest information.

Have a nice day!
Bui_thao.

----- Original Message ----
From: "kevinici@cox.net" <kevinici@cox.net>
To: littlepearlsagency_vn@yahoo.com
Sent: Tuesday, April 22, 2008 10:25:36 AM
Subject: paperwork-Lucas

Hi Ms Thao,

My name is Nichole Lucas, I ask about our paperwork. Ms Marie said it being processed today, can you email me when you have the number from Dr Long, attach the paperwork if possible.

You may call me as well if that easier at 479-685-3404

Thank you Ms Thao
Nichole Lucas

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.