*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit J

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Thursday, October 04, 2007 2:13 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |
| **Attachments:** | 11_14_06_Formal_Adoption_Application_ammended (1).doc |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Summer,
We have a current and valid Florida license with DCF, Department of Children and Families. We are the new management team and myself and Elizabeth Morrill were licensed with A. Angel's Adoption, Inc. We have joined forces with Little Pearls Adoption Agency, Inc. and they are the valid and current license in Vietnam.  I traveled to Vietnam with my husband for the last 2 weeks and met with Dr. Long who is the head of all adoptions in Vietnam.  I have appointed a new Representative in Vietnam who was a former police officer and worked with the Ministry of Justice there. We have 2 provinces there and added a 3rd once while we were there.
I am trying to answer a lot of questions since my voice is bad.

Cordially,

Debbie Fischer

----- Original Message ------
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, October 04, 2007 12:42 PM

Hello

Can you also email me a application for you agency?

Thanks

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

810.714.9680 Phone
810.714.9681 Fax

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Thursday, October 04, 2007 2:25 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Which baby girls do you like? The medicals will be available within 2 weeks. If you wanted a referral on any of these, the fee schedule would be as follows: $200 application fee, $4300 upon acceptance, and after acceptance of the medical then the balance of $9000 would be due, and the $6000 due after approval from Vietnam.
If you wanted a baby girl from Nam Dinh we will have the photos posted later today or tomorrow and  the medicals on Saturday and if you wanted a referral on one of these babies then the fee schedule is $200 application fee, $13,300 upon acceptance of the referral and the balance of $6000 due on the approval in Vietnam.
I am enclosing the fee schedule.
Thanks.

Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, October 04, 2007 2:17 PM
**Subject:** RE:

No problem I completely understand!  Did you receive my email regarding information on the 3 baby girls...medical/pictures/age.

Thanks
Summer

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Thursday, October 04, 2007 2:04 PM
**To:** Summer Elizando
**Subject:** Re:

727-388-3311 and is forwarded to my cell phone. Any time. I must  say I am sorry but have a bad voice due to sinus from my traveled to Vietnam and returning home 10/2 at 8pm.

Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, October 04, 2007 1:54 PM

Could I call you later to discuss Vietnam and how it works...When is a good time and what number should I call you on.

Thanks!
Have a good day!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

1

Thanks!
Have a good day!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

**To:** 'Debbie Fischer'
**Sent:** Thursday, October 04, 2007 2:29 PM
**Subject:** RE:

Wow...ok! I will have to read this again!

I really like two and four! They are all so beautiful!

Is there more children that will be posted from a different location?

---

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Thursday, October 04, 2007 2:25 PM
**To:** Summer Elizando
**Subject:** Re:

Which baby girls do you like? The medicals will be available within 2 weeks. If you wanted a referral on any of these, the fee schedule would be as follows: $200 application fee, $4300 upon acceptance, and after acceptance of the medical then the balance of $9000 would be due, and the $6000 due after approval from Vietnam.
If you wanted a baby girl from Nam Dinh we will have the photos posted later today or tomorrow and the medicals on Saturday and if you wanted a referral on one of these babies then the fee schedule is $200 application fee, $13,300 upon acceptance of the referral and the balance of $6000 due on the approval in Vietnam.
I am enclosing the fee schedule.
Thanks.

Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, October 04, 2007 2:17 PM
**Subject:** RE:

No problem I completely understand! Did you receive my email regarding information on the 3 baby girls...medical/pictures/age.

Thanks
Summer

---

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Thursday, October 04, 2007 2:04 PM
**To:** Summer Elizando
**Subject:** Re:

727-388-3311 and is forwarded to my cell phone. Any time. I must say I am sorry but have a bad voice due to sinus from my traveled to Vietnam and returning home 10/2 at 8pm.

Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, October 04, 2007 1:54 PM

Could I call you later to discuss Vietnam and how it works...When is a good time and what number should I call you on.

2

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Monday, October 08, 2007 10:22 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

I gave wrong number 1-727-388-3311 so sorry

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Monday, October 08, 2007 9:32 AM
**Subject:** RE:

I actually just put your phone number in my phone. I have to leave for a meeting around 10 and was going to call when I get on the road. Is that an ok time?

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Monday, October 08, 2007 9:23 AM
**To:** Summer Elizando
**Subject:** Re:

All the babies have had hep.b, HIV, and syillis tests and are healthy. We will release the medicals to you for your approval after you have registered with us. I am looking forward to working with you.Please call me anytime at 727-399-3311. Thanks.
Cordially,
Debbie Fischer----- Original Message -----

**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Monday, October 08, 2007 8:59 AM
**Subject:** RE:

Hello Debbie

I was just wondering if you receive medical or any other information on these you babies. I could not remember but I thought you said Saturday??? My fingerprint appointment is the 11th so at that time I will ask how to switch countries. Thanks for you help!

Summer Elizando

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Thursday, October 04, 2007 2:34 PM
**To:** Summer Elizando
**Subject:** Re:

On baby 2 and baby 4 I saw all of the babies myself. I believe they are newborns one or 2 weeks old. We will get all the information on them.----- Original Message -----
**From:** Summer Elizando

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Tuesday, October 09, 2007 8:59 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Home fax is easier 727-341-1345.Thanks.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Tuesday, October 09, 2007 8:34 AM
**Subject:** RE:

Oh ok, than I am done and will fax it over later today...!!!  I have a busy morning at the office and Haegen is not feeling well so he is here too!  When I get a second I will fax it...can you give me the fax number, thanks!


**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Monday, October 08, 2007 4:56 PM
**To:** Summer Elizando
**Subject:** Re:

A lot of your application's have come from the China program and are tired of waiting. You may be dossier ready. It is really for information more than anything. Liz is sending you more photos.
Cordially,
Debbie Fischer----- Original Message -----

**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Monday, October 08, 2007 4:29 PM

Can you explain question 9 on the application?

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Tuesday, October 09, 2007 9:05 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

We made arrangements with the brand new Prince Hanoi Hotel, Vietnam.. It was open only 2 days before we got there. We paid $30 per night and included breakfast. They have 3 hotels, 2 Prince and one Sunny Hotel. I liked the new one and they said for our guests if would be $25 per night.  Had internet on 2 floor with 2 computers. They will give us a crib for the babies.  The other Prince was older and the rooms twice the size but they did not have any elevator. I did not prefer that will a new baby. I will send the email address direct later when I get it out of my stuff. I found on orbits from Tampa to Hanoi $1106 each, Tpa to Houston, Houston to Tokyo and Tokyo to Hanoi. Had to pay $27 for paper tickets. Hope this helps. I will email more later. Cordially,
Debbie Fischer----- Original Message -----

**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Tuesday, October 09, 2007 8:46 AM

Could you tell me what you spent on hotel and I can look @ flights, I am just trying to get an idea of $$$

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

**summer elizando**

| From: | Debbie Fischer [debbie@aangelsadoption.org] |
|---|---|
| Sent: | Tuesday, October 09, 2007 4:07 PM |
| To: | Summer Elizando |
| Subject: | Referrance acceptance letter |

## LLITTLE PEARLS ADOPTION AGENCY, INC.
### "ADOPTIONS FOR LIFE"
1135 Pasadena Avenue South Suite 327F
South Pasadena, Florida 33707
727-388-3311 or 1-866-396-6861   Fax 727-388-9673

October 9, 2007

Summer Elizando
12335 Odell                                                           Linden, MI 48430

Dear Summer,

We are pleased  that  your application has been approved.
 We are  very  excited for you on your new addition to your family.
We know you wish to adopt baby TNTWO, from the Ha Vinh province.

We will  be submitting  your dossier to the Vietnam Adoption Board and the final decision will be made
by them.

To expedite the process of referral please contact us for wire instructions or you can send a cashier
check and please fax back to our office the signed adoption agreement.  The laws of the State of
Florida recognizes signatures as a binding contract.

Application Fee $200
Agency Fee $4300
Invoice due $4500 . The complete referral information will be received within 7 days from the receipt
of the contract and funds. Total due  after the acceptance of the referral $3000 plus ½ Foreign Fee
payment $6000 = $13,500 Total paid until approval from Ministry of Justice in Vietnam and the
balance of the foreign fee will be due $6000.
Total to be paid for the adoption $19,500.00 not including dossier fees and travel, etc.

Welcome to Little Peals Adoption Agency, Inc. and our extended family!

Cordially,

Debra L. Fischer

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Wednesday, October 10, 2007 4:53 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Dear Summer.                                    $200 application fee and $4300 to hold her. Total $4500. After you review the medicals within 7 days you would put up the balance of $3000 and the $6000. Since your funds are limited tell me what you can do and let's see if we can work this out. How does your employee help you?
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Wednesday, October 10, 2007 4:19 PM

Ok, I would like to accept the referral of the baby girl however, funds are limited for about a month. What is the exact cost I have to have down to have her. Also just to keep you informed my fingerprint appointment is tomorrow at one. I will ask them about how long before I get my 171h.

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

810.714.9680 Phone
810.714.9681 Fax

**summer elizando**

| | |
|---|---|
| From: | Debbie Fischer [debbie@aangelsadoption.org] |
| Sent: | Friday, October 12, 2007 4:25 PM |
| To: | Summer Elizando |
| Subject: | Re: |

Dear Summer,

The babies from the new orphanage for us Ha Vinh, we must send the money to hold her by Wed next week to get there by Friday. We shared the orphanages with other countries and after 2 weeks they will give them to the other agencies we share the orphanage with. We will have other babies each month. I posted a baby girl yesterday from our existing orphanage Nam Dinh, and we have her full medicals now. Over the weekend we will be getting the others. Probably 8 more. We have someone who has placed one from Nam Dinh on hold til Monday pending sending the funds. Hope this helps.
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Friday, October 12, 2007 4:16 PM
**Subject:** RE:

I am hoping to have the 4,300 by next week. I really really want the baby girl. Thanks!

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Friday, October 12, 2007 4:14 PM
**To:** Summer Elizando
**Subject:** Re:

Hello,
Thank you for the update. Let me know when you are ready.
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Friday, October 12, 2007 4:10 PM

Hello

I talked to the USCIS office yesterday and told me what I need to switch countries. So I called my home study agency and she is on vacation until Monday. When I get my revised home study I can send it to USCIS. Also I forgot to bring my home study to work to fax to you, I will bring it Monday and fax it to you. Maybe Nancy can make all the changes @ once.

Thanks!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Monday, October 15, 2007 9:17 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Good Morning Summer,
Yes we need to send by Wed. It that does not work out then by Wed or THur. we will have more photos and more children from our orphanage with the full medicals from Nam Dinh. The full fees would be due on them, $13,500 at time of referral and the balance when approved in Vietnam $6000. When we get the $200 you will have that credited to you. We will have children each month. If that worked out better for you.
Hope this helps.
Cordially,
Debbie Fischer ----- Original Message -----

**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Monday, October 15, 2007 8:20 AM

Good Morning. Ok just to bring you up to speed...I came in and seen your email regarding the credit card yesterday. So I applied for one and I got approved, I put a rush on it however they couldn't tell me how long for the card to get to me and they could not tell me the card numbers. My deadline is Wednesday with cash right?

Thanks
I wish I had seen her a month from now, when my works funding came in.

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

## summer elizando

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Monday, October 22, 2007 3:53 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Bank of America account for Little Pearls Adoption Agency, Inc. Routing 063100277 and account 229003713036. My Business Specialist is Michael Padgett in St. Petersburg, Florida at 727-821-8453 option 4 or voice mail 727-803-4598 x 22870 if they need to talk to him about the account. Let me know what they said.
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Monday, October 22, 2007 3:05 PM

I JUST SEEN THAT YOU CALLED I STIL HAVE TO CALL AND SEE WHAT I CAN DO...ANY WORD FOR THE OTHER CC COMPANY?

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

## summer elizando

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Monday, October 29, 2007 10:50 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Yes and I should have the medicals by mid week for your review. Thank you.
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Monday, October 29, 2007 10:46 AM

Hello

I just wanted to make sure you received the funds of $4,300.00...thanks!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Thursday, November 01, 2007 2:41 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

We have the medicals and they are faxing to me from Vietnam later so I will let you know when I have them to fax to you.
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, November 01, 2007 1:53 PM

Hello

I just wanted to let you know that I won't be @ work tomorrow.  So if the medical happens to come in will you call me so I
come in to work and check my email?

Thanks
Have a good day!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [dfische1@tampabay.rr.com] |
| **Sent:** | Friday, November 02, 2007 8:40 AM |
| **To:** | Summer Elizando |
| **Subject:** | TNTWO |

# Letter of Introduction

Child Name_TNTWO____
Child Date of birth__ Sept 17, 2007_____
Province__Nam Dinh_____
Health__good__ weight __8.1lbs___height_18.9in._ head circumferance__13.7_

Blood tests
hiv__Neg___date_9-17-07_
hep b_Neg__date _9-17-07_
hep c_Neg__date _9-17-07__
std/syphillis__Neg_date _9-17-07_

Abandoned or Relinquished __Abandoned__
Any known siblings_NO__ how many_____ available for adoption_____
Estimated date child will be available for adoption _11-5-07___

Other information:_____

_____

Photo date__9-30-07____
Video clip date_____

Signature of Representative

__T. Nguyen__

1

**summer elizando**

From:        Debbie Fischer [dfische1@tampabay.rr.com]
Sent:        Friday, November 02, 2007 9:11 AM
To:          Summer Elizando
Subject:     referral acceptance

# Little Pearls Adoption Agency Inc.          **Referral**
## Acceptance

Referral of _Tntwo _____ dob_     Sept.
17, 2007_____ residing at Ha Vinh Ophanage, Vietnam has been
accepted by _              Summer
Elizando_____ of          12335
Odell, Linden, Michigan
48430_____.
Child's health has been documented as <u>good and hiv negative</u>. Should child's
health change adversely or blood test results are different within the course of the
pending adoption then all funds paid is to be transferred to another adoptable child.
All placements must be approved by the Justice Department in Hanoi, Vietnam
when adoptive parent's dossier is submitted.


Adoptive Mother          Date


1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [dfische1@tampabay.rr.com] |
| **Sent:** | Monday, November 05, 2007 9:29 AM |
| **To:** | Summer Elizando |
| **Subject:** | hi |

Dear Summer,
Did you receive the Letter of Introduction and the Acceptance of your baby girl?
Could you fax back today and wire the funds. I will send the balance of the country fees to Vietnam today.
Call me if you have any questions.
Cordially,
Debbie Fischer

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [dfische1@tampabay.rr.com] |
| **Sent:** | Monday, November 19, 2007 12:04 PM |
| **To:** | Summer Elizando |
| **Subject:** | address in Hanoi |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

## Address for Dossier in Vietnam
## Hanoi Office

**Mr. Nguyen Dinh Lam**
**91 Thuoc Bac**
**Fhuog Hang Bo**
**Quan Hoan Kiem**
**Hanoi, Thanh Pho, Vietnam**

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Tuesday, December 18, 2007 3:10 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Yes and they will not be working Wed THur Friday but will see if that orphanage director will bring updated photos to Hanoi over the holiday. I have requested it.
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Tuesday, December 18, 2007 12:19 PM

Hello

I was just wondering if you had a chance to speak with the Vietnam office?

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Friday, December 21, 2007 3:15 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

ok

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Friday, December 21, 2007 10:18 AM
**Subject:** RE:

Great, Thanks. if something should come in will you call me. I will not be at work until next Wednesday...thanks

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Thursday, December 20, 2007 10:44 PM
**To:** Summer Elizando
**Subject:** Re:

They received her care package and they will get it to her and get more photos hopefully soon.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Tuesday, December 18, 2007 3:14 PM
**Subject:** RE:

Thanks, hopefully I will see something after Christmas then...did they happen to say weather or not they received her care package?

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Tuesday, December 18, 2007 3:10 PM
**To:** Summer Elizando
**Subject:** Re:

Yes and they will not be working Wed THur Friday but will see if that orphanage director will bring updated photos to Hanoi over the holiday. I have requested it.
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Tuesday, December 18, 2007 12:19 PM

Hello

I was just wondering if you had a chance to speak with the Vietnam office?

Summer Elizando
**Trident National Corporation**
1065 Grant Street

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Thursday, December 27, 2007 12:26 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

They are not back in the office yet. Will hope to talk with them later today.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, December 27, 2007 11:50 AM

HELLO, JUST HOPING FOR SOME PICS...ANY LUCK TALKING WITH THEM?

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

II

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Wednesday, January 02, 2008 12:50 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Great

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Wednesday, January 02, 2008 12:38 PM
**Subject:** RE:

Thank you! I know thing take time and are slow. I am just concern, I'm sure you know! Please just let me know when you here ANY new information! Thanks! Also today I received the email conformation that all my document are in Vietnam and signed for, so they should have everything!

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Wednesday, January 02, 2008 11:57 AM
**To:** Summer Elizando
**Subject:** Re:

Dear Summer,
We had made changes to our staff with our new representative in September when we were there. They are making those changes to our license as well as approving our new license for the new province.I spoke to Dr. Long myself on his cell phone on Dec. 28th and all the changes are coming through and they will be amending the license for the changes and getting it to us the first of the week. They will then approve our first families and hopefully get the Giving and Receiving Dates within 2 months. They took off so much time over the holidays. They took off from Dec 18th till now. Vietnam is slow at this time of year. I am finding out about if the package was delivered yet.I am sorry that this has taken longer. Will keep you posted.
Cordially,
Debbie Fischer--- Original Message -----

**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Wednesday, January 02, 2008 10:28 AM

Hello

I got your email and I will go today to get photos and fedex them to Vietnam. Have you spoken to anyone regarding updates or photos or both? I have not received anything since her original photo and I am getting concerned. Please email me or call me regarding this issue! Did her care package get to her?

Thanks!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

## summer elizando

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Monday, January 07, 2008 3:21 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

I am getting a full update from them later today as to when the gifts will be taken or have been taken and an idea on the updates. I will let you know by tomorrow.
Cordially,
Debbie Fischer----- Original Message -----

**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Monday, January 07, 2008 2:48 PM
**Subject:** RE:

I hate to be this way but...did the gifts get to her?  Any idea on pictures and updates?

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Monday, January 07, 2008 2:44 PM
**To:** Summer Elizando
**Subject:** Re:

They received the documents and the gifts. They will review and let me know.----- Original Message -----

**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Friday, January 04, 2008 2:25 PM

Hi!

Just wondering if you had spoken in anyone in Vietnam?

Summer Elizando
**Trident National Corporation**
1085 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Wednesday, January 09, 2008 12:21 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Yes they are going to get all the cases done before Feb.7 so will know more in the next 2 weeks.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Tuesday, January 08, 2008 11:26 AM

ANY WORD?

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Wednesday, January 16, 2008 11:06 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

I am working on all of this and will keep you posted.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Wednesday, January 16, 2008 10:25 AM

Hello Debbie

I am sorry to keep emailing you and I know that you when you hear a definite you will email us all. However, I am really concerned! I am concerned that I will not be able to adopt from Vietnam or I may lose my referral. I am concern that I may lose my money that I have already given. If that happens I can't adopt again, I am out of funds. I know that there is risk when adopting international however…! I am also worried that we will not be grandfathered in if the US and Vietnam doesn't sign in March. It is my understanding that there is a meeting on January 24, 2008 that will explain new procedures for adoption. Will you be attended this meeting? If something happens and LP doesn't get the license and I can't adopt through LP will I receive my Dossier/Money back? Has the facilitator in Vietnam started to look at our dossiers? What if there is a problem with my paperwork and it needs to be fixed and it doesn't make it before February 7, 2008? Please advise me on the above!

I don't know if there is any thing I can do but, I am willing to call, email or what ever needs to be done to get the ball rolling, please let me know!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

**summer elizando**

| From: | Debbie Fischer [debbie@aangelsadoption.org] |
|---|---|
| Sent: | Thursday, January 17, 2008 11:11 AM |
| To: | Summer Elizando |
| Subject: | Re: |

Dear Summer,
I have a new representative in Vietnam who is talking with DR. Long to see about the 2 changes they are making and when it will be issued to process with the adoptions. She has worked for 8 years there in adoptions. I have been working on this round the clock to find the right solution.
Will keep you posted.
Cordially,
Debbie Fischer

—— Original Message —-
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, January 17, 2008 10:41 AM
**Subject:** RE:

Please see below! Anything?

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Wednesday, January 16, 2008 11:06 AM
**To:** Summer Elizando
**Subject:** Re:

I am working on all of this and will keep you posted.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Wednesday, January 16, 2008 10:25 AM

Hello Debbie

I am sorry to keep emailing you and I know that you when you hear a definite you will email us all. However, I am really concerned! I am concerned that I will not be able to adopt from Vietnam or I may lose my referral. I am concern that I may lose my money that I have already given. If that happens I can't adopt again, I am out of funds. I know that there is risk when adopting international however...! I am also worried that we will not be grandfathered in if the US and Vietnam doesn't sign in March. It is my understanding that there is a meeting on January 24, 2008 that will explain new procedures for adoption. Will you be attended this meeting? If something happens and LP doesn't get the license and I can't adopt through LP will I receive my Dossier/Money back? Has the facilitator in Vietnam started to look at our dossiers? What if there is a problem with my paperwork and it needs to be fixed and it doesn't make it before February 7, 2008? Please advise me on the above!

I don't know if there is any thing I can do but, I am willing to call, email or what ever needs to be done to get the ball rolling, please let me know!

Summer Elizando
**Trident National Corporation**
1065 Grant Street

1

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Monday, January 21, 2008 3:57 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

Dear Summer,
We had a family death over the weekend.
I received a letter from Mr. Dao the Senior legal expert of the Department of Intercountry Adoption of Vietnam. writing on behalf of Dr. Long. He stated they are waiting for the consent of the People's Committee on our new office location. Upon receipt thereof, we can add it in your license. I will update you soon.
Cordially,
Debbie Fischer

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, January 17, 2008 3:48 PM

PLEASE CALL ME TONIGHT AFTER YOU TALK WITH THEM...I DON'T CARE IF ITS LATE.  THANKS

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

**summer elizando**

| | |
|---|---|
| **From:** | Hanoi Adoptions [HanoiAdoptions@state.gov] |
| **Sent:** | Monday, January 21, 2008 9:47 PM |
| **To:** | Summer Elizando |
| **Subject:** | RE: |

Dear Ms. Elizando,

Thank you for your concern. As we are keeping one copy of the licence of all Adoption Service Providers in Vietnam, we understand that the Little Pearls Adoption Agency which located at 306E. Tyler St., Suite 300, Tampa, Florida 33602, USA was licensed to work in Ha Nam province, Vietnam until September 6, 2011.

If you need further information, please do not hesitate to contact us.

Best regards,


**Hanoi Adoptions**
Consular Section
US Embassy, Hanoi
Rose Garden Tower
170 Ngoc Khanh, Hanoi
Tel : 84-4-8314590
Fax: 84-4-8314578
Public email: HanoiAdoptions@state.gov
Web-site:http://vietnam.usembassy.gov


**From:** Summer Elizando [mailto:selizando@tnc-detroit.com]
**Sent:** Friday, January 18, 2008 1:53 AM
**To:** Hanoi Adoptions
**Subject:**

Hello

I am currently adopting through Little Pearls Adoption agency. My Dossier was sent to Vietnam in December. I am hearing now the Little Pearls is NOT Licensed. Do you or can you help me? I don't know what to do or were I am in the process. I have had no updates and I am worried that I am not be in DIA if they are not licensed.

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

1

```
>
>
> Hanoi Adoptions
> Consular Section
> US Embassy, Hanoi
> Rose Garden Tower
> 170 Ngoc Khanh, Hanoi
> Tel : 84-4-8314590
> Fax: 84-4-8314578
> Public email: HanoiAdoptions@state.gov
> <mailto:HanoiAdoptions@state.gov>
>
> Web-site:http://vietnam.usembassy.gov <http://vietnam.usembassy.gov/>

>
>
>
> _____
>
> From: Summer Elizando [mailto:selizando@tnc-detroit.com]
> Sent: Friday, January 18, 2008 1:53 AM
> To: Hanoi Adoptions
> Subject:
>
>
>
> Hello
>
>
>
> I am currently adopting through Little Pearls Adoption agency.  My
> Dossier was sent to Vietnam in December.  I am hearing now the Little
> Pearls is NOT Licensed.  Do you or can you help me?  I don't know what

> to do or were I am in the process.  I have had no updates and I am
> worried that I am not be in DIA if they are not  licensed.
>
>
>
> Summer Elizando
>
> Trident National Corporation
>
> 1065 Grant Street
>
> Fenton, MI 48430
>
>
>
> 810.714.9680 Phone
>
> 810.714.9681 Fax
>
>
>
```

2

**summer elizando**

| | |
|---|---|
| **From:** | Hanoi Adoptions [HanoiAdoptions@state.gov] |
| **Sent:** | Monday, January 21, 2008 11:43 PM |
| **To:** | Trident Corp,,, |
| **Subject:** | RE: |

Dear Ms. Elizando,

We can not provide you with the copy of their license. However, this is their point of contact in Vietnam that we have in our file: Ms. Hang's phone number 84-904142270 and her email at nguyenhangbi@yahoo.com.

Regards,


Hanoi Adoptions
Consular Section
US Embassy, Hanoi
Rose Garden Tower
170 Ngoc Khanh, Hanoi
Tel : 84-4-8314590
Fax: 84-4-8314578
Public email: HanoiAdoptions@state.gov
Web-site:http://vietnam.usembassy.gov


-----Original Message-----
From: Trident Corp,,, [mailto:selizando@tnc-detroit.com]
Sent: Tuesday, January 22, 2008 10:43 AM
To: Hanoi Adoptions
Subject: Re:

Thank you for your information, if at possible do you have the email address or phone number to Little pearls office in Vietnam.  I would like to contact Mr Thoa, LittlePearls facilitator in Vietnam directly.
Again, thank you for your time!

Is there a way to get a copy of Little Pearls License?

Summer Elizando

Hanoi Adoptions writes:

> Dear Ms. Elizando,
>
> Thank you for your concern. As we are keeping one copy of the licence
> of all Adoption Service Providers in Vietnam, we understand that the
> Little Pearls Adoption Agency which located at 306E. Tyler St., Suite
> 300, Tampa, Florida 33602, USA was licensed to work in Ha Nam
> province, Vietnam until September 6, 2011.
>
> If you need further information, please do not hesitate to contact us.
>
> Best regards,
>

1

**Hanoi Adoptions**
Consular Section
US Embassy, Hanoi
Rose Garden Tower
170 Ngoc Khanh, Hanoi
Tel : 84-4-8314590
Fax: 84-4-8314578
Public email: HanoiAdoptions@state.gov
Web-site:http://vietnam.usembassy.gov

PLEASE FAX ALL INFORMATION TO THE FOLLOWING NUMBER 810.714.9681 OR EMAIL THE
INFORMATION TO ME DIRECTLY.  PLEASE, I CANT ASK YOU ENOUGH TO JUST
COMMUNICATE WITH US AND TELL US THE TRUTH.  February 7 IN COMING FAST AND
ACCORDING TO YOU WE WOULD HAVE OUR PAPERWORK INTO DIA BEFORE THEN.

YOU SHOULD ALSO KNOW THAT I HAVE CONTACTED RIC AND WILL CONTINUE TO CALL
UNTIL I HEAR FROM SOMEONE, SOMEONE AT LITTLE PEARLS.

AGAIN, I FEEL THAT OUR REALSONSHIP CAN BE SAVED, I JUST NEED YOU TO COMMUNICATE
WITH ME

THANK YOU AND I HOPE TO HEAR FROM YOU SOON!!!!!!!!

Summer Elizando
**Trident National Corporation**
1065 Grant Street
Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

2

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Thursday, January 24, 2008 4:25 PM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |
| **Attachments:** | Vietnam license til 2011.jpg |

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer' ; liz@aangelsadoption.org
**Sent:** Thursday, January 24, 2008 3:41 PM
**Subject:** FW:

Please still send the following items.

**From:** Summer Elizando [mailto:selizando@tnc-detroit.com]
**Sent:** Wednesday, January 23, 2008 1:44 PM
**To:** 'Debbie Fischer'; 'liz@aangelsadoption.org'
**Subject:**

I REALIZE THAT YOU DON'T HAVE MANY ANWSERS; HOWEVER I NEED A PHONE CALL.  THERE ARE SEVERAL QUESTIONS THAT I HAVE ASKED THAT YOU SHOULD HAVE THE ANWSER TO AND IT IS NOT DEPENDED ON VIETNAM.

I WOULD LIKE THE FOLLOWING:

A COPY OF YOUR FL LICENSE
A COPY OF THE OLD VIETNAM LICENSE
A COPY OF THE RECEIPT WIRETRANSER WHERE MY MONEY WAS TRANSFER TO VEITNAM TO HOLD THE BABY GIRL
I WOULD LIKE THE NAME OF THE "NEW GIRL" YOU HIRED IN VIENTMAN TO "HELP"
ARE YOU OR YOUR HUSBAND PLANNING ON TRAVELING TO VIETNAM SOON!?!?!?!

THERE ARE FIVE ITEMS ABOVE THAT I WOULD LIKE TO GET ANSWERED BY THE END OF THE DAY ON Thursday.  I DON'T WANT TO SOUND HARSH OR INSENTATIVE BUT I HAVE NO OTHER CHOICE BECAUSE I HAVE NO INFORMATION FROM YOU.

YOU SHOULD ALSO KNOW THAT I HAVE CONTACTED HANOI AND I RECEIVED THE FOLLOWING EMAIL FROM THEM...

Dear Ms. Elizando,

Thank you for your concern. As we are keeping one copy of the licence of all Adoption Service Providers in Vietnam, we understand that the Little Pearls Adoption Agency which located at 306E. Tyler St., Suite 300, Tampa, Florida 33602, USA was licensed to work in Ha Nam province, Vietnam until September 6, 2011.

If you need further information, please do not hesitate to contact us.

Best regards,

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [dfische1@tampabay.rr.com] |
| **Sent:** | Monday, January 28, 2008 12:39 PM |
| **To:** | Summer Elizando |
| **Subject:** | phone call |

Dear Summer,
Ric Feinberg has been in touch with Mr. Thao our Vietnam representative. Mr. Thao is working on it. I will keep you updated.
Cordially,
Debbie Fischer

## summer elizando

**From:**       Debbie Fischer [dfische1@tampabay.rr.com]
**Sent:**       Wednesday, January 30, 2008 11:22 AM
**To:**         Summer Elizando
**Subject:**    update

Dear Summer,
I am having a meeting this evening with Ric Feinberg. I will update you after the meeting.
Cordially,
Debbie Fischer

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [dfische1@tampabay.rr.com] |
| **Sent:** | Thursday, January 31, 2008 11:16 AM |
| **To:** | Summer Elizando |
| **Subject:** | Parent letter |

LITTLE PEARLS ADOPTION AGENCY, INC.
306 E. Tyler Street, Tampa, Florida 33602

January 31, 2008

Dear Summer,

Last Friday, January 25, 2008, I hired a Tampa, Florida attorney, Lynne L. England, to assist me with these matters. Unfortunately, on Saturday, Mrs. England's step-father passed away. As a result, the meeting we had scheduled with Ric Feinberg for Monday, had to be changed to Wednesday.

Mrs. England and I met with Ric Feinberg yesterday; however due to Mrs. England having to be with her mother during this time, she will not be able to contact you until the beginning of next week.

Thank you for your patience and kind understanding.

Sincecerely, President
Debbie Fischer
Little Pearls Adoption Agency, Inc.

Fenton, MI 48430

810.714.9680 Phone
810.714.9681 Fax

2

**summer elizando**

| | |
|---|---|
| **From:** | Debbie Fischer [debbie@aangelsadoption.org] |
| **Sent:** | Thursday, February 07, 2008 10:26 AM |
| **To:** | Summer Elizando |
| **Subject:** | Re: |

yes

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Thursday, February 07, 2008 9:39 AM
**Subject:** RE:

Ok, thanks!  Hopefully if we all hope and pray it will be WONDERFUL news!

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Thursday, February 07, 2008 9:36 AM
**To:** Summer Elizando
**Subject:** Re:

Will update you the beginning of the week.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Wednesday, February 06, 2008 1:51 PM
**Subject:** RE:

Ok, but we are hoping this is the last thing we need for our license!?  Thanks!

**From:** Debbie Fischer [mailto:debbie@aangelsadoption.org]
**Sent:** Wednesday, February 06, 2008 1:49 PM
**To:** Summer Elizando
**Subject:** Re:

We want to give a better update the first of the week. It is better to give the update then. Mr. Thao is saying the office
update has been approved and he will fax it.  They will probably not do it til after Tet.
I will email Suzanne.

----- Original Message -----
**From:** Summer Elizando
**To:** 'Debbie Fischer'
**Sent:** Wednesday, February 06, 2008 1:19 PM

Hello

Suzanne just said that you got an approval for the new location.  Can you tell me what that means?  How does this affect
us?  When will he go get it?

Summer Elizando
**Trident National Corporation**
1065 Grant Street

1