*Craig, et al v. Little Pearls Adoption Agency, Inc. et al.*
First Amended Complaint

# Exhibit K

## UNITED STATES FEDERAL DISTRICT COURT
## IN THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUZANNE & ROBERT CRAIG,<br>SEAN & LORI BOYNTON,<br>SUMMER ELIZANDO,<br>KEVIN & NICHOLE LUCAS<br>    Individuals,<br>  Plaintiffs,<br><br>v.<br><br>LITTLE PEARLS ADOPTION<br>AGENCY, INC.<br>a Florida For-Profit Corporation<br>DEBBIE FISCHER,<br>and RICHARD FEINBERG<br>    Individuals<br>Jointly and Severally,<br>  Defendants. | A Civil Action in the Middle District<br>Of Florida<br><br>Hon.: James S. Moody<br>Case No.: 10-cv-671-T30 TGW |

Sean Boynton
Bush Ross, P.A.
Attorney for Plaintiffs
1801 North Highland Avenue
Tampa, Florida 33602
(813) 204-6494
sboynton@bushross.com

Joni M. Fixel
Fixel Law Offices
Attorney for Plaintiff
4084 Okemos Road, Suite B
Okemos, MI 48864
(517) 332-3390
jfixel@fixellawoffices.com

Jonathan B. Sbar (P131016)
Robert L. Rocke (P710342)
Rocke, Mclean & Sbar, PA
Attorneys for Defendant Feinburg
2309 S. MacDille Ave.
Tampa, FL 33602
(813) 769-5600 - phone
(813) 769-5601 - fax
jsbar@rmslegal.com

**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' REQUEST FOR SUBPOENA FROM PAULA CADE**

1

NOW COMES Joni M. Fixel of the Fixel Law Offices who, in support of their Request for Subpoena, states as follows:

1. There is presently a certain Civil Action in the Middle District of Florida, *Craig v. Little Pearls Adoptions,* Case No. 10-cv-671-T30 TGW before the Honorable James S. Moody.

2. Joni M. Fixel, the Affiant, is representing the above captioned Plaintiffs in that matter and has been admitted before the Middle District of Florida *pro hac vice*. Her sponsor for this admission is Sean Boynton.

3. On October 25, 2010 the Court dismissed several counts of Plaintiff's Complaint, without prejudice, for the stated reason that the Complaint lacked the particularity required of allegations of fraud, based on Fed.R.Civ.Pr. 9(b) and the *Ashcroft v. Iqbal* extension of the *Twombly* decision, which requires more allegations than "unadorned, the-defendant-unlawfully-harmed-me" allegations to satisfy a 12(b) challenge, despite the Rule 8 "short, plain statement" requirement. The Court left leave to amend the allegations with more particularity.

4. Plaintiffs' counsel, the Fixel Law Offices, promptly set to work amending the complaint to include allegations as to the precise statements made and the precise dates and places in which the false statements in support of the fraud allegations were made.

5. It was discovered that the Plantiffs Craig had previously submitted a stack of email correspondence between themselves and Defendant Fischer to their counsel, Fixel Law Offices. These communications are vital in order to plead the false statements which Defendant Fischer made to the Craigs with the particularity required by Rule 9(b).

6. The Plaintiffs Craig had submitted these documents, via email, to a former paralegal of Fixel Law Offices named Paula Cade.

7. The Plaintiffs Craig, after having searched their own records, have been unable to find copies of the emails in their own papers or computer hard drives. The email account which the emails were sent through originally has been closed and the Craigs are unable to recover past emails from that way.

8. Paula was terminated from her employment with Fixel Law Offices after having received the documents. Attorney Fixel informed her that she should stop working on all projects, including the present case. She ignored this direction and attempted to bill $866 to Fixel Law Offices for work performed after having been told to stop all work on the project. Fixel Law Offices has refused to pay her this amount, because the work was unauthorized.

9. Paula was embittered by her termination.

10. Paula, it was discovered, had never submitted the emails she had received from the Craigs to Fixel Law Offices. Nor had she returned an external computer hard drive which contained this information to Fixel Law Offices.

11. Paula Cade has the only copies of the emails between the Plaintiffs Craig and the Defendant Fischer.

12. On June 9th, Attorney Fixel contacted Paula Cade's attorney, and demanded that Paula submit the information relevant to this suit. **Ex. A.**

13. At first, Paula denied that she had this information in her possession. *Id.* When Attorney Fixel pointed out that it was likely on the external hard drive, Mrs. Cade responded by pointing to the $866 in wrongful charges which she incorrectly feels she is owed. *Id.*

14. Mrs. Cade is wrongfully withholding the information to attempt to extort payment of a debt which she is not owed.

15. Mrs. Cade presently resides at 213 Janet Lane, Murphysboro, Illinois which is within the Southern District of Illinois. Thus, per the provisions of Rule 45, this is the proper court to issue this subpoena.

16. Withholding of a client's case information to extract a financial payment violates the Rules of Professional Conduct. It is improper conduct for an attorney, and equally improper for a paralegal.

17. Plaintiffs, therefore, pursuant to Fed.R.Civ.Pr. 34 and 45, as discussed in *Anderson v. Gov't of the Virgin Islands*, 180 F.R.D. 284 (D.Virgin Islands, 1998) will seek a subpoena from the District Court in whose jurisdiction Mrs. Cade ordering production of the records relevant to this action.

18. The Plaintiffs Craig have sought a stay of dismissal of their claim, based on lack of 9(b) particularity, pending resolution of this matter.

WHEREFORE Plaintiffs, in accordance with Fed.R.Civ.Pr. 34 and 45, now seek subpoena of these documents from Paula Cade.

Respectfully Submitted,

Dated November 10, 2010

_____
Joni M. Fixel (P56712)
Attorney for the Plaintiffs

UNITED STATES FEDERAL DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SUZANNE & ROBERT CRAIG,<br>SEAN & LORI BOYNTON,<br>SUMMER ELIZANDO,<br>KEVIN & NICHOLE LUCAS<br>    Individuals,<br>       Plaintiffs,<br><br>v.<br><br>LITTLE PEARLS ADOPTION<br>AGENCY, INC.<br>a Florida For-Profit Corporation<br>DEBBIE FISCHER,<br>and RICHARD FEINBERG<br>    Individuals<br>Jointly and Severally,<br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | A Civil Action in the Middle District<br>Of Florida<br><br>Hon.: James S. Moody<br>Case No.: 10-cv-671-T30 TGW |

Sean Boynton
Bush Ross, P.A.
Attorney for Plaintiffs
1801 North Highland Avenue
Tampa, Florida 33602
(813) 204-6494
sboynton@bushross.com

Joni M. Fixel
Fixel Law Offices
Attorney for Plaintiff
4084 Okemos Road, Suite B
Okemos, MI 48864
(517) 332-3390
jfixel@fixellawoffices.com

Jonathan B. Sbar (P131016)
Robert L. Rocke (P710342)
Rocke, Mclean & Sbar, PA
Attorneys for Defendant Feinburg
2309 S. MacDille Ave.
Tampa, FL 33602
(813) 769-5600 - phone
(813) 769-5601 - fax
jsbar@rmslegal.com

**PLAINTIFFS' SUBPOENA TO PAULA CADE**

1

Mrs. Cade: You are hereby ordered to produce the following in connection with the above captioned civil matter.

1. Any and all documents in your possession which are related to the above captioned civil matter.

2. Printouts of any and all documents which are stored in electronic format in connection with the same.

3. A certain computer hard drive which is in your possession which contains proprietary client information of the Fixel Law Offices related to the same.

4. If any documents which fit the above description were possessed by you at any time prior to the termination of your employment with the Fixel Law Offices, but have been lost, abandoned, or destroyed, an affidavit from you signed, under penalty of perjury, detailing your disposition of said documents and the reason for doing so.

The above demanded documents and hard drive should be served upon the Fixel Law Offices, 4084 Okemos Road, Suite B, Holt, MI 48864 via the shipping method of your choice, no later than 30 days following the date of this subpoena.

Date:_____                                                                 _____

                                                                                By: