UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUZANNE & ROBERT CRAIG, SEAN & LORI BOYNTON, SUMMER ELIZANDO, KEVIN & NICHOLE LUCAS, | ) ) ) ) |
| Plaintiffs, | ) Case No.: 8:10-cv-671-T30 TGW |
| vs. | ) ) ) |
| LITTLE PEARLS ADOPTION AGENCY, INC., a Florida for Profit Corporation, DEBBIE FISCHER and RICHARD FEINBERG, individuals, jointly and severally, | ) ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Defendant, Richard Feinberg ("Feinberg"), moves to extend the time period for responding to the First Amended Complaint (the "Amended Complaint") as follows:

1. The Plaintiffs served Feinberg on November 15, 2010 with the Amended Complaint, and the response is currently due December 2, 2010.

2. The Amended Complaint includes multiple claims and exhibits, and Feinberg seeks additional time to analyze and respond to the Amended Complaint.

3. Accordingly, Feinberg requests an extension to and including December 13, 2010 to respond to the Amended Complaint.

4. The Plaintiffs agree to the relief requested herein.

WHEREFORE, the Defendant requests that this Court extend their time to and including December 13, 2010 to respond to the Complaint.

Respectfully submitted,

/s/ Jonathan B. Sbar
Jonathan B. Sbar, FBN 131016
Robert L. Rocke, FBN 710342
ROCKE, MCLEAN & SBAR, PA
2309 S. MacDill Avenue
Tampa, FL 33629
Email: jsbar@rmslegal.com
Tel: (813) 769-5600
Fax: (813) 769-5601
Attorneys for Defendant, Richard Feinberg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the **CM/ECF filing system,** on the 24th day of November, 2010, to the following:

Sean C. Boynton, Esquire
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602
(813) 204-6494
(813) 223-9620 – FAX
Attorneys for Plaintiff

/s/ Jonathan B. Sbar
Attorney