# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:10-CV-671-T30 TGW

Plaintiff:
SUZANNE & ROBERT CRAIG, SEAN & LORI BOYNTON, SUMMER ELIZANDO, KEVIN & NICHOLE LUCAS,

vs.

Defendant:
LITTLE PEARLS ADOPTION AGENCY, INC., a Florida for Profit Corporation, DEBBIE FISCHER and RICHARD FEINBERG, individuals, jointly and severally,

For:
John Fixel
Fixel Law Offices
4084 Okemos Road
Suite B
Okemos, MI 48864

Received by Florida Process, Inc. on the 10th day of December, 2010 at 12:05 pm to be served on **Little Pearls Adoption Agency, Inc. c/o Debra L. Fischer, Registered Agent, 8047 Stimie Avenue North, St. Petersburg, FL 33710**.

I, Louis Kirchgessner, do hereby affirm that on the **14th day of December, 2010** at **5:50 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Debra L. Fischer** as **Registered Agent** at the address of: **8047 Stimie Avenue North, St. Petersburg, FL 33710** on behalf of **Little Pearls Adoption Agency, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
Defendant is a White female in her 50's, heavy set with blonde hair.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Louis Kirchgessner
Process Server

Florida Process, Inc.
P.O. Box 10476
Tampa, FL 33679
(813) 412-4946

Our Job Serial Number: FPR-2010002244

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:10-CV-671-T30 TGW

Plaintiff:
SUZANNE & ROBERT CRAIG, SEAN & LORI BOYNTON, SUMMER ELIZANDO, KEVIN & NICHOLE LUCAS,

vs.

Defendant:
LITTLE PEARLS ADOPTION AGENCY, INC., a Florida for Profit Corporation, DEBBIE FISCHER and RICHARD FEINBERG, individuals, jointly and severally,

For:
John Fixel
Fixel Law Offices
4084 Okemos Road
Suite B
Okemos, MI  48864

Received by Florida Process, Inc. on the 10th day of December, 2010 at 12:05 pm to be served on **Little Pearls Adoption Agency, Inc. c/o Debra L. Fischer, Registered Agent, 8047 Stimie Avenue North, St. Petersburg, FL 33710**.

I, Louis Kirchgessner, do hereby affirm that on the **14th day of December, 2010** at **5:50 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Debra L. Fischer** as **Registered Agent** at the address of: **8047 Stimie Avenue North, St. Petersburg, FL 33710** on behalf of **Little Pearls Adoption Agency, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
Defendant is a White female in her 50's, heavy set with blonde hair.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Louis Kirchgessner
Process Server

Florida Process, Inc.
P.O. Box 10476
Tampa, FL 33679
(813) 412-4946

Our Job Serial Number: FPR-2010002244

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e