UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE AND ROBERT CRAIG,
SEAN AND LORI BOYNTON,
SUMMER ELIZANDO,
KEVIN AND NICHOLE LUCAS,

PLAINTIFFS,

VS.                                        CASE NUMBER: 8:10-CV-671-T30-TGW

LITTLE PEARLS ADOPTION AGENCY, INC.
A Florida for Profit Corporation,
DEBBIE FISCHER and RICHARD FEINBERG,
Individuals, jointly, and severally,

DEFENDANTS.
_____/

## DEFENDANT'S MOTION TO DISMISS

The Defendant, Debbie Fischer (hereafter, " Mrs. Fischer" or "Defendant" ), by and through the undersigned counsel, and pursuant to Florida Rules of Civil Procedure (hereafter, "Fla.R.Civ.P.") Rule 1.070, hereby respectfully moves this Court for the entry of an order dismissing the Plaintiff's, **Suzanne and Robert Craig, Sean and Lori Boynton, Summer Elizando, and Kevin and Nichole Lucas,**
(hereafter, " Mr. and Mrs. Craig, Mr. and Mrs. Boynton, Ms. Elizando, and Mr. and Mrs.

Lucas") Complaint.

In support of this motion, Mrs. Fischer would state and show, as follows:


## FACTS UPON WHICH MRS. FISCHER'S RELIES FOR RELIEF

1. **THE PLAINTIFFS** have failed to make proper service on Defendant ( Mrs. Fischer)

and Mr. and Mrs. Craig, Mr. and Mrs. Boynton, Ms. Elizando, and Mr. and Mrs. Lucas failed to

have service of process by publication. See: Fla.R.Civ.P. 1.070.

2. Defendant ( "**Mrs. FISCHER**") request the court dismiss Mr. and Mrs. Craig, Mr. and Mrs. Boynton, Ms. Elizando, and Mr. and Mrs. Lucas complaint because she has no liability in this case.

## CONCLUSION

**THE PLAINTIF'S has** failed to: (1) make proper service of process; (2) she has no liability in this case.

## RELIEF REQUESTED

Based on the foregoing reasons, this Court should dismiss Mr. and Mrs. Craig, Mr. and Mrs. Boynton, Ms. Elizando, and Mr. and Mrs. Lucas' **complaint** *with* prejudice.

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that a true and correct copy of the foregoing Motion to Dismiss was furnished by first-class United States Mail to: Sean C Boynton, Esq. at Law offices of Bush Ross, PA, P.O. Box 3913, Tampa, Fl 33601.

By: *[signature]*
Debbie Fischer
8047 Stimie Avenue North
Saint Petersburg, Florida 33710