# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SUZANNE CRAIG, et al.,**

    Plaintiffs,

v.                                          Case No. 8:10-cv-671-T-30TGW

**LITTLE PEARLS ADOPTION AGENCY, INC., et al.,**

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Debbie Fischer's Motion to Dismiss (Dkt. 30). In her brief motion, Fischer asserts, without any support, two bases for dismissal. First, she contends that she was not properly served under Florida Rule of Civil Procedure 1.070 because Plaintiffs failed to serve by publication. Second, Fischer argues that the complaint should be dismissed because "she has no liability in this case."

Fischer's motion fails for various reasons. Fischer has failed to comply with Local Rule 3.01(a), which requires that motions be filed with a memorandum of law in support. As to Fischer's improper service arguments, the Florida Rules of Civil Procedure do not apply in Federal Court. In addition, even under the Florida Rules, service by publication is not required under these circumstances. Finally, Fischer's assertion that she has no liability in this case is improper at this stage of the litigation. The Court does not determine liability at the motion to dismiss stage.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Debbie Fischer's Motion to Dismiss (Dkt. 30) is **DENIED.**

2. Defendant Fischer shall file an answer to the Amended Complaint within twenty (20) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on January 7, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-671.mtd 30.frm