FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2011 AUG -2  AM 11: 27

CLERK
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| SUZANNE & ROBERT CRAIG, SEAN & LORI BOYNTON, SUMMER ELIZANDO, KEVIN & NICHOLE LUCAS,<br><br>Plaintiffs,<br><br>vs.<br><br>LITTLE PEARLS ADOPTION AGENCY, INC., a Florida for Profit Corporation, DEBBIE FISCHER and RICHARD FEINBERG, individuals, jointly and severally,<br><br>Defendants. | Case No.: 8:10-cv-671-T30 TGW |

### DEFENDANT FISCHER'S
### MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO
### PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Debbie Fischer ("Fischer"), appearing *pro se* this Court, hereby respectfully request an extension of time for filing an answer to the Plaintiffs' First Amended Complaint, and in support hereof state as follows:

1. I do not have an attorney to represent me and have insufficient financial resources to afford an attorney.

2. I shall require more time to locate an attorney who can and will represent *me in this manner.*

3. I have such scant knowledge of law that I need additional time for studying the rules of procedure and formulate a proper answer that the court will accept with penalizing me for foolish errors.

4. Facts have recently come to light that I believe will exonerate me from most if not all of the allegations against me, but I need time to investigate and gather support for these facts sufficient to plead them in my answer.

Defendant therefore begs this Court for a extension of 30 days to file the answer to the

Respectfully submitted,

*[signature]*

**Debbie Fischer**

**8047 Stimie Avenue
North
St. Petersburg, Fl 33710**

**Email:
dfische1@tampabay.rr.com
Tel: (727)381-6000
Fax: (727) 251-4013**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail, on the 30th day of July, 2011, to the following:

Sean C. Boynton,
Esquire Bush Ross, P.A.
1801 North Highland
Avenue Tampa, FL 33602
(813) 204-6494
(813) 223-9620 – FAX
Attorneys for Plaintiff

Joni M. Fixel
Fixel Law Offices
Attorney for Plaintiff
4084 Okemos Road,
Suite B
Okemos, Mi 48864
517-332-3390

Jonathan B. Sbar
Attorney for Defendant
Feinberg
2309 S. MacDill Ave
Tampa, Fl 33602
813-769-5600

*(signature)*

Debbie Fischer

8047 Stimie Avenue North

St. Petersburg, Fl 33710

727-381-6000

727-341-1345 fax