UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SUZANNE & ROBERT CRAIG, SEAN & LORI BOYNTON, SUMMER ELIZANDO, KEVIN & NICHOLE LUCAS,<br><br>Plaintiffs,<br><br>vs.<br><br>LITTLE PEARLS ADOPTION AGENCY, INC., a Florida for Profit Corporation, DEBBIE FISCHER and RICHARD FEINBERG, individuals, jointly and severally,<br><br>Defendants. | Case No.: 8:10-cv-671-T30 TGW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Kevin Lucas, Nichole Lucas and Richard Feinberg, hereby stipulate and agree that the claims of Kevin Lucas and Nicole Lucas against Richard Feinberg be dismissed with prejudice. Each party shall bear his or her own attorneys' fees and court costs.

| | |
|---|---|
| /s/ Joni M. Fixel | /s/ Jonathan B. Sbar |
| Joni M. Fixel, Esquire | Jonathan B. Sbar, Florida Bar No. 0131016 |
| Fixel Law Offices | 2309 S. MacDill Avenue |
| 4084 Okemos Road, Suite B | Tampa, Florida  33629 |
| Okemos, MI  48864 | Telephone:  813-769-5600 |
| (517) 332-3390 | Facsimile:  813-769-5601 |
| Attorneys for Plaintiffs | Attorneys for Richard Feinberg |

and

Sean C. Boynton, Esquire
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL  33602
(813) 204-6494
(813) 223-9620 – FAX
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the **CM/ECF filing system,** on the 8th day of September, 2011, to the following:

| | |
|---|---|
| Sean C. Boynton, Esquire | Jonathan B. Sbar, Esquire |
| Bush Ross, P.A. | Rocke, McLean & Sbar, P.A. |
| 1801 North Highland Avenue | 2309 S. MacDill Avenue |
| Tampa, FL  33602 | Tampa, FL  33629 |
| (813) 204-6494 | (813) 769-5600 |
| (813) 223-9620 – FAX | (813) 769-5601 - FAX |
| Attorneys for Plaintiff | Attorney for Richard Feinberg |

Debbie Fischer
8047 Stimie Avenue North
St. Petersburg, FL  33710

/s/ Jonathan B. Sbar
Attorney