UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE & ROBERT CRAIG, SEAN & )
LORI BOYNTON, SUMMER ELIZANDO, )
KEVIN & NICHOLE LUCAS, )
)
Plaintiffs, )   Case No.: 8:10-cv-671-T30 TGW
)
vs. )
)
LITTLE PEARLS ADOPTION AGENCY, )
INC., a Florida for Profit Corporation, )
DEBBIE FISCHER and RICHARD )
FEINBERG, individuals, jointly and severally, )
)
Defendants. )
_____)

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **12** day of **September**, 20**11**.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Kevin Lucas, Nichole Lucas and Richard Feinberg, hereby stipulate and agree that the claims of Kevin Lucas and Nicole Lucas against Richard Feinberg be dismissed with prejudice. Each party shall bear his or her own attorneys' fees and court costs.

| | |
|---|---|
| /s/ Joni M. Fixel | /s/ Jonathan B. Sbar |
| Joni M. Fixel, Esquire | Jonathan B. Sbar, Florida Bar No. 0131016 |
| Fixel Law Offices | 2309 S. MacDill Avenue |
| 4084 Okemos Road, Suite B | Tampa, Florida 33629 |
| Okemos, MI 48864 | Telephone: 813-769-5600 |
| (517) 332-3390 | Facsimile: 813-769-5601 |
| Attorneys for Plaintiffs | Attorneys for Richard Feinberg |

and

Sean C. Boynton, Esquire
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602
(813) 204-6494
(813) 223-9620 – FAX
Attorneys for Plaintiff