UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE & ROBERT CRAIG, SEAN & )
LORI BOYNTON, SUMMER ELIZANDO, )
KEVIN & NICHOLE LUCAS, )
)
      Plaintiffs, )    Case No.: 8:10-cv-671-T30 TGW
)
vs. )
)
LITTLE PEARLS ADOPTION AGENCY, )
INC., a Florida for Profit Corporation, )
DEBBIE FISCHER and RICHARD )
FEINBERG, individuals, jointly and severally, )
)
      Defendants. )
_____)

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Susanne and Robert Craig, Sean & Lori Boynton, Summer Elizando and Richard Feinberg, hereby stipulate and agree that the claims of Susanne and Robert Craig, Sean & Lori Boynton and Summer Elizando against Richard Feinberg be dismissed with prejudice. Each party shall bear his or her own attorneys' fees and court costs.

| | |
|---|---|
|    /s/ Joni M. Fixel    |    /s/ Jonathan B. Sbar    |
| Joni M. Fixel, Esquire | Jonathan B. Sbar, Florida Bar No. 0131016 |
| Fixel Law Offices | 2309 S. MacDill Avenue |
| 4084 Okemos Road, Suite B | Tampa, Florida 33629 |
| Okemos, MI 48864 | Telephone: 813-769-5600 |
| (517) 332-3390 | Facsimile: 813-769-5601 |
| Attorneys for Plaintiffs | Attorneys for Richard Feinberg |

and

Sean C. Boynton, Esquire
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602
(813) 204-6494
(813) 223-9620 – FAX
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the **CM/ECF filing system,** on the 5th day of October, 2011, to the following:

| | |
|---|---|
| Sean C. Boynton, Esquire | Jonathan B. Sbar, Esquire |
| Bush Ross, P.A. | Rocke, McLean & Sbar, P.A. |
| 1801 North Highland Avenue | 2309 S. MacDill Avenue |
| Tampa, FL  33602 | Tampa, FL  33629 |
| (813) 204-6494 | (813) 769-5600 |
| (813) 223-9620 – FAX | (813) 769-5601 - FAX |
| Attorneys for Plaintiff | Attorney for Richard Feinberg |

Debbie Fischer
8047 Stimie Avenue North
St. Petersburg, FL  33710


                                        /s/ Jonathan B. Sbar
                                        Attorney