UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE & ROBERT CRAIG, SEAN & )
LORI BOYNTON, SUMMER ELIZANDO, )
KEVIN & NICHOLE LUCAS, )
 )
    Plaintiffs, )    Case No.: 8:10-cv-671-T30 TGW
 )
vs. )
 )
LITTLE PEARLS ADOPTION AGENCY, )
INC., a Florida for Profit Corporation, )
DEBBIE FISCHER and RICHARD )
FEINBERG, individuals, jointly and severally, )
 )
    Defendants. )
_____)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Susanne and Robert Craig, Sean & Lori Boynton, Summer Elizando and Richard Feinberg, hereby stipulate and agree that the claims of Susanne and Robert Craig, Sean & Lori Boynton and Summer Elizando against Richard Feinberg be dismissed with prejudice. Each party shall bear his or her own attorneys' fees and court costs.

/s/ Joni M. Fixel
Joni M. Fixel, Esquire
Fixel Law Offices
4084 Okemos Road, Suite B
Okemos, MI 48864
(517) 332-3390
Attorneys for Plaintiffs

and

Sean C. Boynton, Esquire
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602
(813) 204-6494
(813) 223-9620 – FAX
Attorneys for Plaintiff

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Florida Bar No. 0131016
2309 S. MacDill Avenue
Tampa, Florida 33629
Telephone: 813-769-5600
Facsimile: 813-769-5601
Attorneys for Richard Feinberg

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **6** day of **October**, 20**11**.

JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE