UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE CRAIG, et al., :
:
:
:
Plaintiffs, : CASE No. 8:10-CV-671-T-30TGW
:
v. :
:
LITTLE PEARLS ADOPTION :
AGENCY, INC., et al., :
:
:
Defendants. :
:

## ORDER

THIS CAUSE came on for consideration upon Defendant's Motion to Compel (Doc. 40). Defendant Richard Feinberg moved for the entry of an order compelling Plaintiff Summer Elizando to respond to discovery requests. The parties subsequently filed a Joint Stipulation of Dismissal with Prejudice (Doc. 42), which this court granted (Doc. 43). Consequently, the motion is moot.

It is, therefore, upon consideration,

ORDERED:

That Defendant's Motion to Compel (Doc. 40) be, and the same is hereby, **DENIED** as moot.

DONE and ORDERED at Tampa, Florida, this 12th day of October, 2011.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE