UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE CRAIG, et al.,

    Plaintiff(s),

v.                                    CASE NO: 8:10-cv-671-T-30TGW

LITTLE PEARLS ADOPTION AGENCY,
INC., et al.,

    Defendant(s).
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. Plaintiffs filed a Motion for Sanctions Against Fischer Due to Her Dilatory Tactics in Violation of 28 U.S.C. § 1927 (Dkt. #48) on November 3, 2011. A review of the file reveals that Defendant DEBBIE FISCHER has failed to timely respond to said Motion(s) as permitted by Local Rule 3.01(b). Defendant shall file a response to said Motion(s) **within fourteen (14) days** of the date of this Order or shall **SHOW CAUSE in writing within fourteen (14) days** of this Order why the Court should not consider said Motion(s) without a response by Defendant Debbie Fischer.

**DONE** and **ORDERED** in Tampa, Florida on November 29, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

F:\Docs\2010\10-cv-671.osc fischer.wpd