**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUZANNE CRAIG, ROBERT CRAIG,
NICHOLE LUCAS, KEVIN LUCAS,
SUMMER ELIZANDO, LORI BOYNTON
and SEAN BOYNTON,

      Plaintiffs,

v.                                                                            Case No: 8:10-cv-671-T-30TGW

LITTLE PEARLS ADOPTION AGENCY,
INC. and DEBBIE FISCHER,

      Defendants.

_____

**ORDER OF DISMISSAL**

      Before the Court is the Stipulation and Order of Dismissal (Dkt. #62).  Upon review and

consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice and without costs to any party.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 4th day of June, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-671 stip to dismiss 62.docx